TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

---------------------------------------------------------------------------------------------------

FROM: 10579062
TO:
SUBJECT: SF95_WrightCharlesSubmExhibits
DATE: 01/25/2017 10:28:04 AM

RECEIVED

JAN 27 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

\*      UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF LOUISIANA
        LAKE CHARLES DIVISION

CHARLES W. WRIGHT, JR., 08410-379              PLAINTIFF

V.    2:15-CV-02734  See P

UNITED STATES                                  DEFENDANT

    PLAINTIFF'S FIRST SUBMISSION OF EXHIBITS IN SUPPORT OF CONSOLIDATED MOTIONS, FOR SUMMARY
JUDGMENT, ETC

Comes now Plaintiff and submits the following numbered list of exhibits, upon which he intends to rely for his motion for summary judgment, to compel discovery, to resist any possible future defense motion for summary judgment, or for any other proper purpose whatsoever. Plaintiff invites the government to rely upon this submission, with any desired additions, so as not to burden the record unreasonably with duplicative items. The intent of supplying the # of pages, as well as the # of the first page, is to assist the reader in finding any item herein. With any luck, the 1st page number provided herein will coincide with the first page number of that document, within the filed pleading.

Abbreviations:
  BEMR - Bureau Electronic Medical Records, maintained by the Department of Justice-Federal Bureau of Prisons (DOJ-FBOP)
  BP8 -  A form entitled "Documentation of Informal Resolution" used to document the fact that the inmate tried to resolve an administrative issue or dispute informally
  BP9 - Form used to make a formal request to the warden
  BP10 - Form used to appeal a warden's decision to Regional
  BP11 - Form used to appeal a Regional decision to Central Office of the DOJ-FBOP, in Washington, DC
  CE - Clinical Encounter
  CEAN - Clinical Encounter - Administrative Note
  Cop-out - common term for "Inmate Request to Staff"
  MLP - Mid Level Provider, often a Physicians Assistant
  PA-C  Used to designate a Physicians Assistant. The letter after the dash indicates which PA provided care.
  RMD - Regional Medical Director
  URC - Utilization Review Committee, a committee maintained to control allocation of medical resources
  URD - Utilization Review Decision, that is a decision by the URC

| EX.# | BATES## | DATE | PAGE # & # OF 1ST PAGE | | DESCRIPTION/CONTENTS |
|---|---|---|---|---|---|
| 1 | | 12-14-16 | 6 | 5 | Government's Response to Plaintiff's Request for Documents |
| 2. | | 12-14-16 | 4 | 11 | Government's Response to Plaintiff's Interrogatories |
| 3. | | 1-3-17 | 1 | 15 | Affidavit of Mark J. Titus regarding ladders to upper bunks |
| 4. | | 12-28-16 | 1 | 16 | Affidavit of Mark J. Titus regarding mattresses stored in trailers |
| 5. | | 2010 | 2 | 17 | 7 Minute Safety Trainer from Forrest City Low Food Service employee packet |
| 6. | | 2010 | 4 | 19 | Forrest City Low Food Service Initial Job Orientation materials |
| 7. | | 2010 | 2 | 23 | Forrest City Low Food Service Inmate Training Log, Personal Cleanliness on reverse |

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

---------------------------------------------------------------------------------------------

| 8. | | 9-11-16 | 1 | 25 | Cop-out to Oakdale-1 Food Service (FS) regarding sanitation, etc (Stilley) |
| 9. | | 9-11-16 | 1 | 26 | Cop-out to Oakdale-1 FS regarding safety training, records, etc (Stilley) |
| 10. | | 12-21-16 | 1 | 27 | Cop-out seeking written ruling on the foregoing cop-outs (Stilley) |
| 11. | | 1-20-15 | 1 | 28 | BP9 - Plaintiff formal administrative request to warden for medical care |
| 12. | | 4-9-15 | 2 | 29 | Warden's response to the foregoing BP9 |
| 13. | | undated | 1 | 31 | BP8 request for documentation of informal resolution - medical care |
| 14. | | undated | 1 | 32 | BP8 request for documentation of informal resolution - bottom bunk |
| 15. | | 2014 | 6 | 33 | Calendar showing contemporaneous record of certain events Jan.-June 2014 |
| 16. (prepped for litigation) | | | 17 | 39 | Abstract of medical record sets "A" (BOP ##) and "B" (WRI ##) |
| 17. | No # | 12-17-16 | 1 | 56 | Medical Duty Status - Bottom bunk pass given for torn right bicep tendon |
| 18. | A17 | 8-30-16 | 1 | 57 | CEAN for med trip 8-22-16 |
| 19. | A18 | 8-30-16 | 1 | 58 | CEAN for med trip 8-22-16 |
| 20. | A19-22 | 8-29-16 | 4 | 59 | CE - shoulder started popping the previous night |
| 21. | A23 | 8-29-16 | 1 | 63 | CEAN - shoulder started popping again last night, very sore. |
| 22. | A24-27 | 8-26-16 | 4 | 64 | CE - dressing change, etc. Page 27 is co-signature by Dr. Alexandre. |
| 23. | A28-31 | 8-23-16 | 4 | 68 | CE - Met trip return encounter. Fourth page shows that co-sign is not needed. |
| 24. | A32-33 | 8-22-16 | 2 | 72 | CE - Nursing - Medical Return Trip encounter |
| 25. | A35-37 | 8-12-16 | 3 | 74 | CE - Medical return trip encounter - from Dr. DeLapp. |
| 26. | A61-64 | 11-18-16 | 4 | 77 | Health Problems - includes note of shoulder injury |
| 27. | A72 | 8-9-16 | 1 | 81 | Medical Duty Status form - Bottom bunk pass given |
| 28. | A85-87 | 8-22-16 | 3 | 82 | Operative Report of surgery this day by Dr. David DeLapp |
| 29. | A93 | 8-12-16 | 1 | 85 | Document preparatory to surgery 10 days later (no apparent name) |
| 30. | A94 | 8-22-16 | 1 | 86 | Post Operative Discharge Instructions |
| 31. | A95 | 4-1-15 | 1 | 87 | Page 1 of a 2 page Radiology Results - page 2 is missing |

END OF EXHIBITS FROM SET "A" OF MEDICAL RECORDS

| 32. | B41-43 | 5-14-15 | 3 | 88 | CE concerning return from trip to Ortho clinic in Leesville |
| 33. | B84 | 7-21-14 | 1 | 91 | CEAN - consultation request for MRI Arthrogram right shoulder |
| 34. | B85-86 | 7-18-14 | 2 | 92 | Med return trip from Ortho Appointment |
| 35. | B96-97 | 6-2-15 | 2 | 94 | Patient Education Assessments and Topics for 7-18-14 thru 6-2-15 |
| 36. | B118 | 5-1-15 | 1 | 96 | Surgery Order Form from Doctor's Hospital |

2

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

-----------------------------------------------------------------------------------------------------------

| 37. | B119 | 5-1-15 | 1 | 97 | Consultation Request - Right shoulder arthroscopy |
| 38. | B128-129 | 7-18-14 | 2 | 98 | Orthopedic Center fax |
| 39. | B136 | 7-31-14 | 1 | 100 | URC approves Orthopedic, saying "Consult to follow after MRI completed" |
| 40. | B137 | 7-31-14 | 1 | 101 | URC forwards request to Radiology to the Regional Director for review |
| 41. | B138 | 7-29-14 | 1 | 102 | URC approves Orthopedic, to be scheduled with outside contract specialist |
| 42. | B139 | 7-18-14 | 1 | 103 | Fax from Dr. Delapp, MRI ordered, etc. |
| 43. | B140 | 8-1-14 | 1 | 104 | Review by Te Cora Ballom, DO, RMD |

44. B141  1-27-15  1  105  Screenshot from Integrated Medical Solutions - Rescheduling orthopedic surgery pending Radiology consult, which is in turn pending URC approval

45. B142  4-3-15  1  106  Screenshot, similar to previous document.  Says that the Radiology consult is still pending URC approval

| 46. | B143 | 5-1-15 | 1 | 107 | Screenshot, similar to previous document |
| 47. | B157-159 | 3-1-16 | 3 | 108 | CE for Orthopedic/Rheumatology |
| 48. | B160 | 2-26-16 | 1 | 111 | CEAN - numbness in forearm, needs to renew bottom bunk pass |
| 49. | B161-163 | 2-24-16 | 3 | 112 | CE - Follow up visit |
| 50. | B200 | 5-5-16 | 1 | 115 | Medical Duty Status form - bottom bunk pass thru 9-1-16 |
| 51. | B201 | 3-1-16 | 1 | 116 | Medical Duty Status form - bottom bunk pass thru 9-1-16 |
| 52. | B202 | 2-24-16 | 1 | 117 | Medical Duty Status form - temp bottom bunk pass - torn right bicep tendon |
| 53. | B236-237 | 4-14-14 | 2 | 118 | CE - sick call/triage for increasing pain in right arm |

54. B240-241  2-26-14  2  120  CE - Visit to PA-C on referral from sick call/triage for pain in right arm/known torn biceps tendon

| 55. | B242 | 2-26-14 | 1 | 122 | CE - Sick/call/triage, referred to MLP, see previous exhibit |
| 56. | B250-252 | 2-11-14 | 3 | 123 | CE - Evaluation by PA-C for injury when Plaintiff fell on the ice ~ 2 weeks ago |
| 57. | B319 | 6-9-14 | 1 | 126 | Medical Duty Status - Temp lower bunk pass given for torn right bicep tendon |
| 58. | B320 | 4-14-14 | 1 | 127 | Medical Duty Status - Sling authorized but not a lower bunk pass |
| 59. | B321 | 9-11-13 | 1 | 128 | Medical Duty Status - No restrictions or injury noted |
| 60. | B343 | 2-19-14 | 1 | 129 | Radiology report for x-ray of right shoulder |
| 61. | B345 | 2-12-14 | 1 | 130 | URC - Orthopedic granted - will be scheduled with outside contract specialist |
| 62. | B348 | 9-9-13 | 1 | 131 | Medical Summary of Federal Prisoner/Alien in Transit |
| 63. | B357 | 9-13-13 | 1 | 132 | Initial and Change in Sentry Classification |
| 64. | B364 | 9-9-13 | 1 | 133 | BP149 Intake Screening (medical) |

3

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

---------------------------------------------------------------------------------------------------------

65. (prepped for litigation)    3    134    Timeline of events

)
)
By: _____          $1-25-17$
Charles William Wright, Jr.          Date
FCI Oakdale-1
PO 5000
Oakdale, LA 71463-5000

## CERTIFICATE OF SERVICE (PRISON MAILBOX RULE)

Plaintiff by his signature above certifies pursuant to 28 USC 1746 that he placed a copy of this pleading in the prison outgoing mail box, on the date stated, with sufficient 1st class postage attached, addressed to the clerk of the court for filing and service on all parties entitled to same, via CM/ECF.

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

*Plaintiff's Exhibit "1"*

| | |
|---|---|
| CHARLES W. WRIGHT, JR. ) | CIVIL ACTION NO. 15-2734 |
| ) | |
| ) | |
| VERSUS ) | JUDGE MINALDI |
| ) | |
| UNITED STATES OF AMERICA ) | MAGISTRATE JUDGE KAY |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR DOCUMENTS

**COMES NOW**, Defendant, the United States of America, through undersigned counsel, who responds to Plaintiff's Requests for Documents as follows:

### GENERAL OBJECTIONS

1. The United States objects to the Requests to the extent that Plaintiff seeks to impose obligations broader than, or inconsistent with, the permissible scope of discovery as set forth in Rules 26 and 34 of the Federal Rules of Civil Procedure.

2. The United States objects to the Requests to the extent that they seek documents and information protected from disclosure by the attorney-client privilege, the work product doctrine, the common interest in litigation privilege, the deliberative process privilege, the official information privilege, or any other privilege, or that would result in the disclosure of the mental impressions, conclusions, opinions, memoranda, notes or summaries, legal research, or legal theories of Defendant's attorneys. The inadvertent identification of any information or document that is protected by an applicable privilege or doctrine shall not constitute a waiver of any applicable privilege as to that information or document.

1

3. The United States objects to the Requests to the extent that they are overly broad, unduly burdensome, vague, and not reasonably calculated to lead to the discovery of relevant, admissible evidence regarding the parties' claims and defenses in this action. The "unduly burdensome" objection encompasses both the concept that the burdens imposed by the Requests are, on their face, unreasonable and oppressive and the concept that the burdens associated with responding to the Requests far outweigh any possible relevance or probative value of the information sought.

4. The United States objects to Plaintiff's Requests to the extent that they request documents that are publicly available; not within the possession, custody, or control of the United States Department of Justice; cumulative or duplicative; and/or equally available to Plaintiff, including, but not limited to, copies of Plaintiff's own documents.

5. The United States responds to these Requests based upon documents and information currently known and available to the Department of Justice and expressly reserves its rights to supplement, amend, and/or correct its responses should the need arise.

6. The United States objects to the instructions set forth in Plaintiff's discovery requests to the extent that they exceed the scope of discovery permitted by the Federal Rules of Civil Procedure. Plaintiff will be provided with hard copies of material in the order in which it has been forwarded to the undersigned.

7. These General Objections shall be applied to and included in the Response to each of Plaintiff's Requests as if set forth fully therein.

REQUEST FOR PRODUCTION NO. 1

Please provide a copy of all documents, electronically stored information, and tangible things the disclosing party has in its possession, custody or control and may use to support its claims and defenses, unless the use would be solely for impeachment.

RESPONSE TO REQUEST FOR PRODUCTION NO. 1

See above objections. Subject to said objection, Documents Bates Stamped WRI-0001-0366 were produced on August 8, 2016, and Documents Bates Stamped BOP 001-101 were produced on December 14, 2016.

REQUEST FOR PRODUCTION NO. 2

Please provide a complete set of all medical records related to Plaintiff's injury, in chronological order and Bates stamped. Plaintiff acknowledges receipt of a prior set, but certain documents are missing, and it is not in the date order. If the Plaintiff might assist the Defendant in any way in the assembly of a proper set of documents, please advise and Plaintiff will put forth all reasonable efforts to make this process as easy and straightforward as possible. Please provide this information via hard copy and as also a pdf file (searchable to the extent practicable, otherwise images) posted to the internet with a username and password provided to Plaintiff.

RESPONSE TO REQUEST FOR PRODUCTION NO. 2

See above objections. Subject to said objection, Documents Bates Stamped WRI-0001-0366 were produced on August 8, 2016, and Documents Bates Stamped BOP 001-101 were produced on December 14, 2016.The documents were forwarded in the order that they were provided.

REQUEST FOR PRODUCTION NO. 3

Please provide all diagnostic images in electronic format, by posting same to the internet via a suitable provider such as DropBox and also provide reasonable access to computer resources to allow the Plaintiff to view any electronic files submitted. The prison library has computers and we should be able to use those computers for purposes of this litigation if counsel for the government instructs that this should be the case.

RESPONSE TO REQUEST FOR PRODUCTION NO. 3

See above objections. Subject to said objections, images will be forwarded if available.

REQUEST FOR PRODUCTION NO. 4

Please provide copies of all emails, faxes, letters or other stored communications between any Department of Justice-Federal Bureau of Prisons (DOJ-BOP) employee/contractor and 1) another DOJ-FBOP employee contractor, or 2) any outside contractor/provider, about the Plaintiff's condition, treatment, etc.

RESPONSE TO REQUEST FOR PRODUCTION NO. 4

See above objections. Subject to said objection, Documents Bates Stamped WRI-0001-0366 were produced on August 8, 2016, and Documents Bates Stamped BOP 001-101 were produced on December 13, 2016.

REQUEST FOR PRODUCTION NO. 5

Please provide copies of any offers, outside proposals, or requests for proposals prepared by the DOJ-FBOP concerning any of the services (particularly but not limited to medical services) required or appropriate for the Plaintiff, related to the injury or treatment involved in this litigation.

RESPONSE TO REQUEST FOR PRODUCTION NO. 5

See above objections.

REQUEST FOR PRODUCTION NO. 6

If not otherwise already provided, please provide copies of all authorizations for travel outside the prison, broadly construed to include all documentation actually produced or otherwise required for the purpose of taking Plaintiff outside the prison for treatment.

RESPONSE TO REQUEST FOR PRODUCTION NO. 6

See above objections. Subject to said objections, Documents Bates Stamped WRI-0001-0366 were produced on August 8, 2016, and Documents Bates Stamped BOP 001-101 were produced on December 14, 2016.

REQUEST FOR PRODUCTION NO. 7

Please provide all documentation, laws, regulations, polices or other writings which are construed by the DOJ-FBOP, to prohibit the Plaintiff from purchasing his own mattress, box springs, pillow, mattress cover(s), etc, to ensure that Plaintiff has suitable bedding consistent with his medical condition. Please also provide the same information that would bar the DOJ -FBOP from purchasing bedding of the quality of a Simmons, Sealy-PosturePedic, or similar mattress, for use by injured inmates who need quality bedding to

4

prevent pain or ameliorate the pain caused by injury, failure to timely treat an injury or some combination thereof. If any rule or writing mentioned herein in is not published in the Federal Register, please provide copy of the document to Plaintiff. If the law or regulation is known to be included in the prison law library and may be referenced by customary citation that is sufficient.

RESPONSE TO REQUEST FOR PRODUCTION NO.7

See above objections.

REQUEST FOR PRODUCTION NO. 8

Please provide documentation showing all purchases of bedding (mats, mattresses, pillows) by or for Oakdale-1 at any time in the past 10 years. Please include documentation showing the specifications, the price per unit, all parties invited to bid, all bid proposals , and the contract or agreement whereby each shipment of bedding was purchases.

RESPONSE TO REQUEST FOR PRODUCTION NO.8

See above objections.

REQUEST FOR PRODUCTION NO. 9

Please provide all maintenance records for the water fountain and the sidewalk area where the injury occurred, for the time period 1-1-2012 to the present time.

RESPONSE TO REQUEST FOR PRODUCTION NO. 9

See above objections.

REQUEST FOR PRODUCTION NO. 10

Please provide all documentation of organizational charts, employment authorizations, total employment, and times that authorized positions are empty, for FCI Oakdale-1 from 1-1-20 until the present time.

RESPONSE TO REQUEST FOR PRODUCTION NO. 10

See above objections.

REQUEST FOR PRODUCTION NO. 11

Please provide documentation of all complaints, "cop-outs" (inmate request to staff), and administrative appeals concerning the maintenance of the area where the injury occurred, or nearby said area.

RESPONSE TO REQUEST FOR PRODUCTION NO. 11

    See above objections.

Respectfully submitted,

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY

*/s/ Cristina Walker*
Cristina Walker-LA# 08497
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101-3068
(318) 676-3600 // Fax: (318) 676-3642

Served 12-14-16.

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

Plaintiff's Exhibit "2"

| | | |
|---|---|---|
| CHARLES W. WRIGHT, JR. | ) | CIVIL ACTION NO. 15-2734 |
| | ) | |
| | ) | |
| VERSUS | ) | JUDGE MINALDI |
| | ) | |
| UNITED STATES OF AMERICA | ) | MAGISTRATE JUDGE KAY |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

**COMES NOW**, Defendant, the United States of America, through undersigned counsel, who responds to Plaintiff's Interrogatories as follows:

### GENERAL OBJECTIONS

1. The United States objects to the interrogatories to the extent that Plaintiff seeks to impose obligations broader than, or inconsistent with, the permissible scope of discovery as set forth in Rules 26 and 34 of the Federal Rules of Civil Procedure.

2. The United States objects to the interrogatories to the extent that they seek documents and information protected from disclosure by the attorney-client privilege, the work product doctrine, the common interest in litigation privilege, the deliberative process privilege, the official information privilege, or any other privilege, or that would result in the disclosure of the mental impressions, conclusions, opinions, memoranda, notes or summaries, legal research, or legal theories of Plaintiff's attorneys. The inadvertent identification of any information or document that is protected by an applicable privilege or doctrine shall not constitute a waiver of any applicable privilege as to that information or document.

1

3. The United States objects to the Interrogatories to the extent that they are overly broad, unduly burdensome, vague, and not reasonably calculated to lead to the discovery of relevant, admissible evidence regarding the parties' claims and defenses in this action. The "unduly burdensome" objection encompasses both the concept that the burdens imposed by the interrogatories are, on their face, unreasonable and oppressive and the concept that the burdens associated with responding to the interrogatories far outweigh any possible relevance or probative value of the information sought.

4. The United States objects to Plaintiff's Interrogatories to the extent that they request documents that are publicly available; not within the possession, custody, or control of the United States Department of Justice; cumulative or duplicative; and/or equally available to Plaintiff, including, but not limited to, copies of Plaintiff's own documents.

5. The United States responds to these Interrogatories based upon documents and information currently known and available to the Department of Justice and expressly reserves its rights to supplement, amend, and/or correct its responses should the need arise.

6. These General Objections shall be applied to and included in the Response to each of Plaintiff's Requests as if set forth fully therein.

INTERROGATORY NO. 1

Please provide the name and if known the address, phone number, email and fax of each individual likely to have discoverable information, along with the subjects of the information, that the Defendant may use to support its claims or defenses, save those whose use would be solely for impeachment. Please make sure the response includes the names of all person turned on the water at the water fountain at which Plaintiff was injured or ordered the same.

2

ANSWER

See above objections. This interrogatory is overbroad and reasonably calculated to lead to the discovery of admissible evidence. Discovery is in its infancy and all facts are not yet known.

INTERROGATORY NO. 2

Please  provide the name, addresses, phone numbers, emails and fax numbers of all expert witnesses used by the defense for any purpose, whether or not retained for expert testimony at trial, along with all information that would be disclosed through FRCivP $26(a)(2)(B)(i)$ through (vi) concerning any potential expert witness. If no expert witnesses are currently retained, please supplement responses as soon as any such information becomes reasonably available.

ANSWER

Objection. Discovery is in its infancy and all facts are not yet known. Defendant will supplement in accordance with the Federal Rules of Civil Procedure and the Court's pretrial deadlines.

INTERROGATORY NO. 3

Please provide a complete list of all inmate employees at FCI-Oakdale-1 on the date of Plaintiff's injury complained of, along with their job title, along with the pay actually paid to them for the month of the injury.

ANSWER

See above objections. Discovery is in its infancy and all facts are not yet known. Defendant will supplement in accordance with the Federal Rules of Civil Procedure and the Court's pretrial deadlines. The information regarding pay has no relevance to the claims proposed by the complaint and is not reasonably calculated to lead to the discovery of admissible evidence.

INTERROGATORY NO. 4

Please provide a complete list of all employment authorizations for FCI Oakdale-1 as of the date of Plaintiff's injury, and say which authorized positions were then filled and which were then vacant.

ANSWER

See above objections. Furthermore, the interrogatory is overbroad and not reasonably calculated to lead to the discovery of admissible evidence. The information has no relevance to the claims proposed by the complaint and is not reasonably calculated to

lead to the discovery of admissible evidence.


INTERROGATORY NO. 5

Please state all remedial measures taken as a result (in whole or part) of Plaintiff's accident and medical treatment complained of by Plaintiff.


ANSWER

See above objections. Discovery is in its infancy and all facts are not yet known. Defendant will supplement in accordance with the Federal Rules of Civil Procedure


Respectfully submitted,

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY

*/s/ Cristina Walker*
Cristina Walker-LA# 08497
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101-3068
(318) 676-3600 // Fax: (318) 676-3642

Served 12-14-16

4

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

-------------------------------------------------------------------------------------------------

FROM: 10579062                    *Plaintiff's Exhibit "3"*
TO:
SUBJECT: AFDT_TitusMarkLadders
DATE: 12/30/2016 04:31:20 PM

\*    AFFIDAVIT OF MARK J. TITUS REGARDING THE USE OF LADDERS FOR ACCESS TO TOP BUNKS AT YAZOO, MS.

Comes now Mark J. Titus and for his affidavit states the following facts under oath or affirmation:

1. Affiant is a federal prisoner, ID # 32081-034, currently housed at FCI Oakdale-1, PO Box 5000, Oakdale, LA 71463. Affiant will soon be released from prison, but can be readily located through the US Probation Office. Affiant is of sound mind and legal age and makes this affidavit on the basis of personal knowledge.

2. Affiant was previously housed at the Yazoo Federal Prison Complex, (Yazoo) in Yazoo, MS, which consists of multiple facilities of different security levels. This is not a contract facility. Rather this complex is owned and operated by the Department of Justice-Federal Bureau of prisons. Employees at the complex generally are DOJ-FBOP employees.

3. While at Yazoo, prison authorities became aware of the dangers of accessing top bunks.

4. Yazoo prison authorities installed ladders on all the bunks. This was done approximately _6 - 2014,_

5. At the same time, Yazoo prison authorities placed a bright yellow sticker on all the bunks, informing inmates that they should enter and exit the top bunk ONLY by way of the ladder.

6. This change was made because DOJ-FBOP employees determined that entry and exit from top bunks by such improvised means as jumping, stepping on unsecured chairs or tables, etc., was unreasonably dangerous.

VERIFICATION

Affiant Mark J. Titus by his signature below, pursuant to 17 USC 1746, declares under penalty of perjury that the foregoing facts are true and made with personal knowledge, subject to suitable reservations as to facts (if any) preceded by the words "on information and belief."

)
)
By: _____          _1 - 3 - 2017_
Mark J. Titus                          Date

\* AFFIDAVIT OF MARK TITUS        Plaintiff's Exhibit "4"

Comes now affiant, Mark Titus, and for his affidavit states the following on oath or affirmation:

1. Affiant is a federal prisoner, ID # 32081-034, currently housed at FCI Oakdale-1, PO Box 5000, Oakdale, LA 71463. Affiant anticipates being released from prison soon after the date of this affidavit, but can be readily located through the US Probation Office. Affiant is of sound mind and legal age and makes this affidavit on the basis of personal knowledge.

2. Affiant was previously housed at the Yazoo Federal Prison Complex, (Yazoo) in Yazoo, MS, which consists of multiple facilities of different security levels.

3. While at Yazoo, the prison procured mattresses for the compound, from Unicor, a federal prison industry that makes goods using prison inmate labor.

4. The mattresses were procured for the purpose of providing mattresses for the inmate population of Yazoo.

5. The mattresses were of reasonable quality, much better than the mats then in use at Yazoo.

6. Yazoo discarded the mats that were replaced with the mattresses.

7. The discarded mats were roughly of the quality of the mats now in use at Oakdale-1, based upon the observations of Affiant.

8. An ordering mistake was made whereby Yazoo substantially more mattresses than needed for the compound. Affiant believes the total of unused mattresses to be approximately 1,800.

9. Said mattresses were placed into a warehouse.

10. Afterwards the mattresses were moved to another warehouse location, on two separate occasions.

11. Thereafter the mattresses were removed to rented trailers, of the kind used to transport goods on the highways in tractor-trailer combinations.

12. The transfer to trailers took place in approximately June or July 2015.

13. Affiant was transferred from Yazoo on or about 9-1-16.

14. At the time of transfer, Affiant could determine by physical observation that the trailers full of mattresses were still on the Yazoo prison complex property.

15. On information and belief the mattresses are still in trailers at Yazoo, incurring continuing rental charges for the use of the storage trailers.

VERIFICATION

Affiant Mark J. Titus by his signature below, pursuant to 28 USC 1746, declares under penalty of perjury that the foregoing facts are true and made with personal knowledge, subject to suitable reservations as to facts preceded with the words "on information and belief."

)
)
By: _____          12-28-2016
Mark J. Titus                        Date

*Plaintiff's Exhibit "5"*

**7-Minute SAFETY TRAINER**

**Slips, Trips, and Falls**

**Trainer Outline 3010**

**Goals:** **This safety session should teach employees to:**
- Recognize the many workplace slip, trip, and fall hazards.
- Prevent conditions and acts that cause slips, trips, and falls.

**Applicable Regulations:** **29 CFR 1910.22(a)(1) and (2), 1910.23, 1910.25-27, .176**



**I. Slips, Trips, and Falls Cause Many Injuries—Sometimes Serious Ones**

Thousands of disabling injuries—and even deaths—occur each year as a result of slips, trips, and falls:
- From heights, on stairs, and on level ground
- At work and at home

**2. Safety Regulations Try to Remove Slip, Trip, and Fall Hazards**

OSHA and company rules try to prevent slips, trips, and falls by requiring:
- Floors that are kept clean, dry, and in good repair
- Aisles, stairs, and passageways that are free of clutter and obstructions
- Safe ladder design and use
- Rails and guards around floor and wall openings
- Clean, orderly, sanitary work areas

**3. Maintain Work Areas to Prevent Slips, Trips, and Falls**
- Keep walkways, aisles, and stairs free of tools, materials, and other hazards.
- Clean up any leaks or spills on floors, stairs, entranceways, and loading docks promptly.
- Repair or report floor problems, such as broken planks, missing tiles, etc.
- Block off and mark floor areas that are being cleaned or repaired.
- Keep cords, power cables, and air hoses out of walkways.
- Place trash promptly in proper containers.
- Keep drawers closed.

**4. Take Precautions on Stairs and Dock Edges**
- Report missing or broken stair rails and slippery or damaged treads.
- Walk, don't run, on stairs.
  --Hold onto stair rails while going up and down.
- Don't jump on or off platforms and loading docks, and stay away from edges.
- Don't carry a load you can't see over, especially on stairs or around dock edges.

**5. Choose and Use Ladders Carefully**
- Use a ladder, not boxes or chairs, to reach high places.
- Use only ladders that have all their parts.
  --Check that cleats, rungs, and steps are firm and unbroken.




**7-Minute SAFETY TRAINER**

**Slips, Trips, and Falls**

**Trainer Outline 3010**

- ✪ Choose a ladder that's the right height for the job.
- ◉ Place ladders firmly on level surfaces.
- ◉ Hold the rails and face the ladder as you climb it.
- ◉ Center your body between the ladder rails; don't lean to the side.

### 6. Pay Attention to Your Movements and Surroundings

- ◉ Focus on where you're going, what you're doing, and what lies ahead.
  - —Expect the unexpected.
  - —Take responsibility for fixing, removing, or avoiding hazards in your path.
- ◉ Wear sturdy shoes with nonskid soles and flat heels.
- ◉ Avoid baggy or loose pants you could trip over.
- ◉ Walk, don't run.
- ◉ Wipe your feet when you come in from rain or snow.
- ◉ Report or replace any burned out lights or inadequate lighting.
- ◉ Watch out for floors that are uneven, have holes, etc.
- ◉ Keep your hands at your sides, not in your pockets, for balance.
- ◉ Don't carry loads you can't see over.
- ◉ Walk slowly on slippery surfaces.
  - —Slide your feet and avoid sharp turns.
- ◉ Sit in chairs with all four chair legs on the floor. Make sure all wheels or casters are on the floor.
- ◉ Be constantly alert for—and remove or go around—obstructions in your path.

### 7. Learn to Fall 'Properly'

If you do fall, you can reduce the chance of serious injury if you:

- ◉ Roll with the fall
- ◉ Bend your 'elbows and knees and use your legs and arms to absorb the fall
- ◉ Get medical attention after a fall to treat anything torn, sprained, or broken

### Discussion Points:

—As you conduct this session, ask participants to identify possible slip, trip, and fall hazards in the work area. Have them remove hazards after the session.

### Conclusion: Be Alert and Safety Conscious—Prevent Slips, Trips, and Falls

Pay attention to your movements and remove postential hazards from your path so you—and other won't be injured by slips, trips, or falls.

### Test Your Knowledge



Have your employees take the slips, trips, and falls quiz. By testing their knowledge, you can judge their understanding of how to prevent these accidents and whether you need to review this important topic again soon.

©1995 Business & Legal Reports, Inc.

Plaintiff's Exhibit "6"

## FOOD SERVICE INITIAL JOB ORIENTATION
## FCC FORREST CITY

You have been assigned to work in the Food Service Department. It is your responsibility to perform your job assignment as safely as possible.

You will be required to review your job description as part of your orientation training. If for any reason you change jobs while assigned to the Food Service Department, it is your responsibility to review the job description for your new position prior to starting your duties. The job descriptions are located in the "Policies & Procedures" manuals, which are available throughout the department. If the job description for your assignment is not available, see the Assistant Food Service Administrator before beginning your new job. You will also be given additional refresher training at the end of your yearly anniversary date.

There are a number of general safety rules to be followed while assigned to Food Service. All workers are required to wear steel toe safety boots. Boiling water is not to be used as a cleaning agent. Serious burns result from workers trying to take shortcuts by using boiling water to clean with. Food Service workers and utility workers are not allowed to eat food in the preparation areas or the kitchen area at any time.

Food Service workers shall wash their hands upon reporting for work, after using the bathroom facilities, and after eating. Always report *any* illness or injury to your immediate supervisor no matter how small. Keep yourself clean; personal hygiene is mandatory. You are responsible to report to your supervisor for inspection upon reporting to work daily.

While working in Food Service, there are many jobs that require lifting. Caution and care should be taken when lifting. Get help if you need it and practice proper lifting techniques. There are many chemicals used in Food Service. Make sure you read the MSDS sheets and understand the manufacturer's intended use of a chemical before using it. Always wear gloves and goggles when using caustic chemicals. **NEVER MIX ANY CHEMICALS.** Many accidents on work sites occur due to horseplay on the job. Horseplay will not be tolerated at any time. We all have a right to a safe work place and your cooperation is necessary.



If you have safety related questions, do not hesitate to ask your supervisor. *Safety is everyone's responsibility, and everyone needs to take an active role.* We have located a Safety Information Binder in the kitchen area. This binder includes the following: Safety Talk Information, General Equipment Information, Various Chemical Information, etc.

| Inmate: STILLEY, OSCAR | Reg. No. 10579-062 | DATE: 7-30-10 |

## FOOD SERVICE RULES AND REGULATIONS
## FCC FORREST CITY

### UNIFORMS
All inmates must wear institution issued khaki shirts and trousers, steel toed shoes, Food Service smock/shirt, Food Service issued ball cap or paper hat and a beard guard "if necessary", from the beginning of your shift until being released by your detail supervisor.

### TARDINESS
Anyone reporting to work late will receive a warning and be docked pay for time missed for the first offense. Repeated tardiness will result in loss of pay, reduction of grade and/or an Incident Report.

### WORK HOURS
Work hours in the Food Service Department vary depending on your assignment, your scheduled working hours will be outlined on the job description in which you must sign for when being assigned to a detail.

**If you work a 5:00AM shift, you must be ready to report to work, no later than 4:30AM. **
**If you work a PM shift, you must report to Food Service by 11:30 AM or on
PM Food Service work call - whichever is sooner.**

### COUNT TIME
Once count is called and the Cook Supervisor begins calling names, there is to be absolutely **NO TALKING** until the departmental count is announced to be clear by the Cook Supervisor that began the count. If any violation of this rule occurs, the count will immediately stop and started over again, and an incident report will be issued to the individual or individuals responsible for interfering with the count.

### CONTRABAND IN FOOD SERVICE
No personal property is authorized in Food Service by inmates. This includes books, cards, radios, mugs, gym bags, commissary bags, clothing, dew rags, etc. ANY inmate personal property brought into Food Service will be confiscated as contraband.

### WORK EVALUATIONS
Work evaluations are done monthly by your supervisor. Evaluations consist of a rating scale of one to five in various areas. All bonuses will be based on your individual rating.

### PAY REGULATIONS
Employees assigned to the Food Service Department start at Grade 3. If Food Service is over quota you will start at Maintenance Grade. Inmates can earn promotions up to Grade 1 based on your evaluations and the availability of grades on your detail. There is no minimum or maximum amount of time you must remain at any Grade level. Educational, RDAP, and Financial responsibility requirements must be met before inmates are eligible for grade promotions. A zero (0) is given for the day for unsatisfactory work, unexcused absences, or idles. If three (3) zeros are received for unsatisfactory work or unexcused absences in one pay period, you will be paid Maintenance pay.

### PAY SCALE
Grade 1 ----- .40/hr
Grade 2 ----- .29/hr
Grade 3 ----- .17/hr
Grade 4 ----- .12/hr
Maintenance --- $5.25/mth

### CALLOUTS - IDLE - CONVALENCE - EDUCATION CLASSES
If you have a call-out or Education class anytime after your report time to be at work, you must first report to your supervisor to be released from work. If you receive an idle or convalescence, you must take a copy to your work supervisor the same day it is issued. Failure to follow the above-mentioned rules places you in an un-excused absence from work status. You are not paid for time missed due to any of the above.

### VACATIONS
Inmate vacations may be scheduled after completion of one year of work and a clear conduct record for that period. To apply for a vacation, you need to get a vacation application from the Food Service Clerk and have your direct supervisor recommend you for a vacation. After your supervisor signs the form and it is approved by an Assistant Food Service Administrator, your unit team will process the vacation based on your time worked and your conduct.

# Initial Job Orientation

| Department:  FOOD SERVICE | Work Start Date:       8 - 1 - 10 |
|---|---|
| Person Giving Training: | SENTRY Assignment Date:  7 - 30 - 10 |
| Inmate: STILLEY, OSCAR | Reg. Number:    10579 - 062 |

Prior to the work start date of a specific job assignment, and at least annually thereafter or whenever a new process, equipment, or chemical is introduced into the work area, each inmate will receive initial job training by his supervisor concerning safe work methods. The training shall include demonstrations of safety features in their department, and their practices. Workers will be trained to recognize the hazards involved in the work place, to understand the protective devices and clothing that is provided, and to report any deficiencies to their supervisor. It is our policy not to accept "lack of knowledge or skill" as a cause of an accident. All training shall be documented.

## PURPOSE

Upon assignment to a job or detail, and at least annually thereafter or whenever a new process, equipment, or chemical is introduced into the work area each inmate shall receive job training by his supervisor concerning safe work methods. The training shall include demonstrations of safety concerns related to the particular work assignment. All workers shall be trained to recognize and/or identify the hazards involved in their work areas to include equipment operating procedures, hazardous materials communication, personal protective equipment requirements (PPE), and general safety and sanitation procedures, and become familiar with the requirement to report any deficiencies to supervisory staff.

## TOPICS OF DISCUSSION

**Fire Safety:** Discuss location of exits, fire equipment (extinguishers and standpipe hose stations), evacuation plans, and areas of assembly (for emergency or fire drills, alarms).

**Lock-out/Tag-out:** Discuss the importance of the Lock-out/Tag-out program and the steps necessary in order to comply with the program Discuss the personnel that are authorized to remove locks and the various machinery & equipment located in the shops. Also inform the inmate of the different types of energy sources that might have to be locked-out.

**Detail /Job Safety:** Discuss basic safety rules, safe work habits, specific equipment used within each area, accident injury reporting procedures, how to identify and utilize the proper personal protective equipment associated with each assignment, and the general safety/sanitation requirements of each work area.

**Hazardous Materials in the Work:** Discuss the proper use and handling of products found in the following categories of chemicals in your work area and where to find Material Safety Data Sheets. It will be the responsibility of the inmate to read the label on each product to be utilized to determine the proper category it falls under and follow the proper safety procedures on the label or material safety data sheet.

## HAZARDOUS MATERIALS IDENTIFICATION SYSTEM (HMIS)

**High hazard level chemicals,** such as chemicals with a HMIS rating of 3 or 4, an NFPA 704 rating of 3 or 4, or chemicals with labels indicating Flammable, Danger, Poison, Toxic, Corrosive or Carcinogenic must be used under the direct supervision of a staff member. The bin card system must be utilized for accountability.

**Moderate hazard level chemicals,** such as chemicals with a HMIS rating of 2, a NFPA 704 rating of 2, or chemicals with labels indicating Warning, or Combustible may be used with extended supervision. They may be issued to inmates for use; however, they must be accounted for and secured at the end of the work day. The bin card system must be utilized for accountability.

Note: If a warning label is provided and HMIS or NFPA 704 rating information is not available, the Safety Manager must determine the appropriate level of supervision.

**Low hazard level chemicals,** such as chemicals with a HMIS rating of 0 or 1, an NFPA 704 rating of 0 or 1, or chemicals with labels indicating Irritant or Caution may be issued and used by inmates without direct supervision.

**FLAMMABLE:** The flammable label indicates that the chemical will ignite easily. Flammable materials have a flash point (the lowest temperature at which a liquid or solid gives off sufficient vapors to sustain combustion) of 100 degrees Fahrenheit or less. While working with the chemical, eliminate all ignition sources (no smoking, flares, sparks or flames in immediate area). All electrical equipment used when handling the product must be grounded.

**COMBUSTIBLE:** The combustible label indicates much the same as the flammable label except the flash point of the product is greater than 100 degrees Fahrenheit. The same steps must be taken when using these chemicals. A combustible material will not ignite as easily as a flammable material.

**POISON/TOXIC:**      Poisons and toxins are Extremely Hazardous to the health of the workers. Some toxins may be fatal if inhaled or absorbed through skin. Fire will produce irritating, corrosive and/or toxic gases and contact with gas or liquid may cause burns. Proper Personal Protective Equipment *MUST* be utilized.

**Equipment Training:** Discuss the use, of any equipment and/or machinery which the inmate employee is expected to use while in his particular work assignment including pressurized containers such as oxygen, acetylene, and propane. In addition, discuss the importance for machine guards (where applicable) and reporting detective or unsafe equipment to supervisory personnel. The inmate must understand that he is not to operate any energized equipment prior to proper training by the detail supervisor.

**Note:** List specific equipment which the inmate has received training on and is authorized to operate. Also, record any and all additional training thereafter. Supervisory staff are to ensure that no inmates are to operate any equipment without proper training.

| Specific Training / Equipment and PPE | Date | Inmate Initials | Staff Initials |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### HAZARDOUS COMMUNICATION: "Right to Know"

The following information is to advise you that the OSHA standard, 29 CFR 1910.1200. Requires that you receive training in Hazard Communication. This training is called "Right to Know". In other words, you as a worker have the right to know the types of hazardous chemicals you work with or may be exposed to while working, and the hazards associated with those chemicals.

The institution has a comprehensive Hazardous Communication program in place as an institution supplement and it is available to you upon request from your supervisor. You must be able to recognize and understand the use of labels and Material Safety Data Sheets (MSDS).

**The MSDS sheet is a document that states:**

1. The name of the chemical
2. The hazardous ingredients
3. Health Information such as effects of exposure
4. First aid and emergency procedures
5. Physical data
6. Fire and explosion data
7. Reactivity data
8. Environmental information
9. Personal Protection information
10. Special precautions
11. Miscellaneous information
12. Transportation data

These Material Safety Data Sheets should be kept with each chemical that is stored in the chemical storage cabinet. It is your responsibility to ask your supervisor to look at documents. This is your "Right to Know", the types of hazardous chemicals you work with. There are hazardous

chemical areas in this institution of which you may come in contact with while working. Your supervisor must advise you of the chemicals you work with and the hazards associated with them. Your supervisor must also advise you anytime a new chemical is introduced into the work area.

It is important to remember that this information can only help you if you do the following:

1. Read labels and Material Safety Data Sheets
2. Know where to find the information about the chemical you work with
3. Follow warnings and instructions
4. Use the correct clothing and equipment when handling hazardous substances
5. Practice sensible, safe work habits

Another important fact to remember is, if you receive information or training which you don't understand, you need to ask your supervisor for clarification. The information contained on this form is for the sole purpose of advising you of your "Right to Know", the types of hazardous chemicals you may work with or be exposed to while working at the institution.

### GENERAL SAFETY/SANITATION

Maintaining a clean work area is the responsibility of all inmates assigned to any work area. Sanitation is a key measure in maintaining a safe, healthy, orderly work environment.

STILLEY, OSCAR                    10579-062

**Inmate Printed Name**          **Register Number**

                                 7-30-10

**Inmate Signature**             **Date**

_____

**Supervisor Signature**         **Date**

**NOTE:** *This form is to be kept on file by the work supervisor as long as the inmate is assigned to the detail and retained in accordance with policy.*

*Inmate drivers are required to obtain an inmate driving permit prior to operating any vehicles and motorized equipment.*

4

Plaintiff's Exhibit "7"

| Specific Training / Equipment and PPE | Date | Inmate Initials | Staff Initials |
|---|---|---|---|
| 1.  Dish Machine | 7-30-10 | | |
| 2.  Pulper | 7-30-10 | | |
| 3.  Proofer | 7-30-10 | | |
| 4.  Gas Oven | 7-30-10 | | |
| 5.  Deep Fat Fryers | 7-30-10 | | |
| 6.  Kettles | 7-30-10 | | |
| 7.  Gas Grill | 7-30-10 | | |
| 8.  Mixer | 7-30-10 | | |
| 9.  Vegetable Chopper | 7-30-10 | | |
| 10.  Vertical Cutter Mixer | 7-30-10 | | |
| 11.  Floor Blower | 7-30-10 | | |
| 12.  Meat Slicer/Buffalo Chopper | 7-30-10 | | |
| 13.  Microwave/CF | 7-30-10 | | |
| 14.  Segregation Delivery Carts | 7-30-10 | | |
| 15.  Stationary Hot Box | 7-30-10 | | |
| 16.  Stationary Cold Box | 7-30-10 | | |
| 17.  Mobile Hot Box | 7-30-10 | | |
| 18.  Mobile Refrigerator/Freezer | 7-30-10 | | |
| 19.  Beverage Dispenser | 7-30-10 | | |
| 20.  Milk Dispenser | 7-30-10 | | |
| 21.  Coffee Machine | 7-30-10 | | |
| 22.  Potato Peeler | 7-30-10 | | |
| 23.  Gas Steamer | 7-30-10 | | |
| 24.  Floor Buffer | 7-30-10 | | |
| 25.  Floor Stripper | 7-30-10 | | |
| 26. | | | |

**Each year a refresher training will be provided.  All refresher training will be conducted on January 1st of each year.

| Yearly Training (insert year) | Inmate's Name/Reg. No. | Inmate's Signature |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## FOOD SERVICE PERSONAL CLEANLINESS

### HAND WASHING

Food Service Employees SHALL keep their hands and exposed portions of their arms clean!

### CLEANING PROCEDURES

Employees shall clean their hands and exposed portions of their arms with soap by vigorously rubbing the surfaces of their lathered hands and arms for at least 20 seconds and thoroughly rinsing with clean water. Employees shall pay particular attention to the areas underneath the fingernails and between the fingers.

### SPECIAL HAND WASHING PROCEDURES

After using the bathroom, contacting body fluids and discharges (coughing or sneezing) and after handling any waste containing fecal matter, body fluids, or body discharges, and before beginning or returning to work, Food Service Employees shall wash their hands TWICE using the guidelines above AND shall use the nailbrush attached to the sink to clean their fingertips, under their fingernails, and between their fingers.

### WHEN TO WASH YOUR HANDS

Food Service Employees shall clean their hands and the exposed portions of their arms at the following times:

(A) After touching bare body parts other than clean hands and clean, exposed portions of arms.

(B) After using the bathroom.

(C) After coughing, sneezing or using a handkerchief or tissue, smoking or using tobacco, eating or drinking.

(D) After handling dirty utensils or Equipment.

(E) Immediately before preparing food including working with food, clean equipment, utensils and before unwrapping sealed food items.

(F) During FOOD preparation, as often as necessary to remove soil and contamination and to prevent cross contamination when changing tasks.

(G) When switching between working with raw foods and ready to eat foods.

(H) After doing any other things that will contaminate your hands.

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B Plaintiff's Exhibit "8"

---

FROM: 10579062
TO: Food Service
SUBJECT: ***Request to Staff*** STILLEY, OSCAR, Reg# 10579062, OAK-E-B
DATE: 09/11/2016 11:56:48 AM

To: Director of Food Service
Inmate Work Assignment: Food Service

I started work on Friday, 9-9-16. I noticed that the bathroom was locked, when I reported to work. I asked a Correctional Officer if he could open the door for me. He advised me that he did not have the key and thus couldn't open the door.

This violates the Standards and Expected Practices of the American Correctional Association (ACA). The ACA, with material financial assistance from the Department of Justice-Federal Bureau of Prisons (DOJ-FBOP) has produced a work entitled "Standards for Adult Correctional Institutions, 4th Edition" (Standards, 4th Ed.). Pursuant to the Standards and Expected Practices in the Standards, 4th Ed., any food service facility must maintain adequate toilet and hand washing facilities. This is of course required by state and/or local building codes, health and safety regulations, etc. Locking the toilet during meals is a serious violation of many legal authorities.

After the door was unlocked, I went into the toilet to review the facilities. I was heartened to note that the soap dispenser was full, and that paper towels were available. I appreciate your good work in that regard. Thank you!!!

However, I noticed that the doors to the stalls had been crudely cut down. This leaves the person using the toilet exposed, which increases the probability that they just won't use the toilet as may be necessary and appropriate. Humans aren't designed to defecate in view of other humans. That's why nearly all toilets are placed in enclosures for personal privacy.

In addition, the exposed wood is a source of contamination, not designed to allow proper cleanup. The original door was made of plywood, but it was covered with a plastic material that was designed for easy and thorough cleaning. Therefore I request that the cut-down stalls be removed and replaced with quality commercially produced full height stalls and stall doors.

I also request that personnel be informed that inmate toilets may not be locked while inmates remain on the premises.

Perhaps there may be a concern about "stealing" food. If that is the concern, I would like to guarantee your entire food stock against theft or peculation of any kind, by any persons whether or not inmates. I was an attorney on the streets for 19 years. One of my areas of practice was known as "illegal exaction" litigation. This basically involved suing either for the recovery of illegal taxes, or for restitution against officials receiving unauthorized pay, benefits, or property held by public entities.

I certainly don't want this to be a burden to anyone. Therefore I suggest that inmates and staff be allowed to take any food item, or other item suitable for use on the prison compound, provided they simply replace the goods, and place 30% of the cost of the goods in a fund from which 1) all "shrinkage" would be made good, and 2) the remainder, if any, would be equitably divided amongst the inmate work crew.

In this way Oakdale-1, and by extension the taxpayers, would suffer no loss because someone carried food away. Who cares if they carry food away as long as they replace the food with food of equal or better quality? Plus, since the inmate workers would be the beneficiaries of any leftover funds, your entire inmate work crew would constitute a set of eyes and ears looking for any cheating or theft. Nobody wants their bonus stolen by dishonest persons. If losses occur, everyone will want to know why it happened and how to prevent it in the future.

This provides the framework whereby the inmate workers can have ready access to toilets and sinks, while maintaining their privacy and dignity. I have seen much employee time spent looking for "stolen" food, which often is just scavenged food that otherwise would go to waste. This work will become superfluous, allowing Oakdale-1 to direct those resources to more productive and useful pursuits, such as getting real, thick, juicy chicken fillets on Tuesday.

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B Plantiffs Exhibit "9"

---------------------------------------------------------------------------------------

FROM: 10579062
TO: Food Service
SUBJECT: ***Request to Staff*** STILLEY, OSCAR, Reg# 10579062, OAK-E-B
DATE: 09/11/2016 09:50:38 AM

To: Food Service Director
Inmate Work Assignment: Food Service

I was assigned to Food Service by my Unit Manager, Ms. L. Barker. My first day was Friday, 9-9-16. I made certain observations that I would like to bring to the attention of the Director of Food Service, and such other personnel as might be appropriate. I was presented with a 2 page document entitled "Initial Job Orientation." This document says:

Prior to the work start date of a specific job assignment, and at least annually thereafter or whenever a new process, equipment, or chemical introduced into the work area, each inmate will receive initial job training by his supervisor concerning safe work methods. The training shall include demonstrations of safety features in their department, and their practices. Workers will be trained to recognize the hazards involved in the work place, to understand the protective devices and clothing that is provided, and to report any deficiencies to their supervisor. It is our policy not to accept "lack of knowledge or skill" as a cause of an accident. All training shall be documented.

I was asked to sign this document along with an "Initial Equipment Safety Training" log showing that I have been trained on 31 separate pieces of equipment, plus "Food Service Orientation," plus "Health and Hygiene Initial Orientation." The latter 2 documents are fairly self explanatory. However, I haven't been given the Initial Equipment Safety Training" nor have I been trained in the safe use of any piece of equipment. Having practiced law on the streets for 19 years, it is against my personal policy to make false statements of material facts to the federal government. Inmates are in this prison for that very reason.

Don't feel bad - lots of other departments of this prison do the same thing. In my initial Admission and Orientation session upon arrival at this prison, I was asked to sign a document saying that I had viewed a video about AIDS. I had not viewed the video so I refused to sign any such statement.

I have a BSBA - Administrative Management degree with high honors from the University of Arkansas - Fayetteville (1988) plus a law degree from the same university in 1990. I have 19 years experience operating a law firm with up to 4 attorneys. I have skills relevant to providing effective training, and documenting the same. I would be happy to use those skills for the benefit of Oakdale-1 Food Service.

I have been told by Ms. Wilson, Director of Education, from her mouth to my ears, that Oakdale-1 has had computers purchased specifically for installation in the housing units, for the use of the inmates, for 3 years. I would need such computers, with appropriate software, to provide the training listed on the forms provided to me. I would also need these computers to keep records of the training, and to provide records to Food Service concerning who has received training on which items of equipment. As an added bonus, I can assist in documenting "on the job experience" in which one inmate works under the supervision of a more experienced inmate, on a specific piece of equipment. This will help supervisors keep tabs on the extent of cross-training of the inmate work force, and ensure that the work crew always has sufficient well trained personnel in case of illness, transfer, confinements in SHU, etc.

Can I have the job of providing safety and equipment training? I certainly hope so. I'll do my best to make you proud of me. I will of course need the computers mentioned above. It might take a short period of time to do the installations, but not very long. I'll keep you posted on what software I need added to do the job. I might need one or two other inmates to help me with technical expertise on software, in order to make the process efficient.

One good turn calls for another. Since Ms. Barker has kindly sent you a lawyer with a relevant undergraduate degree, you might offer in return a part time librarian for Eva-2. I'll need one of the dayrooms anyway, for the computers and other materials necessary for my job. I might as well put together a decent library for the unit, with newspapers and periodicals, reference works, and other resources suitable for educational purposes. I look forward to discussing these issues in person. I'm nearly out of time and must submit this document.

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B    Plaintiffs Exhibit "10"

---------------------------------------------------------------------------------

FROM: 10579062
TO:
SUBJECT: ADM_FoodServiceRemedies
DATE: 12/21/2016 12:03:34 PM

Questions remaining on Oscar Stilley's food service copouts outstanding as of 12-21-16, attached hereto and incorporated herein as if set forth word for word, for the convenience and ready reference of our Food Service Administrator:

1) Protocol for getting a minimum of 20 minutes to eat. Lt. Gore agrees that we're entitled to it, and we've been getting it most of the time, so far as I can tell. What's your pleasure as to the best way to ensure the 20 minute time frame is reliably respected? Best case, open dining hours, which is the preferred option under the ACA Standards and Expected Practices. Also consider my proposal to announce when the serving is complete, with dining hall to remain open 20 more minutes. Please understand that I tend toward tolerance, especially when I see a good faith attempt to show tolerance in return, and to do the best job reasonably possible under the circumstances.

2) Extra cheese, turkey burgers, other food. Thank you for getting better turkey burgers, which I am actually capable of eating, and also for the better hot dogs! How about a plan to ensure that the full $2.95 per inmate per day (inflation adjusted) is expended on food items? How about using any extra to upgrade the pizza or burgers or other favored foods, or to provide special items such as cake or ice cream? How about getting misshapen watermelons and serving watermelon regularly? They're cheap during the season, which is the only time I would want them. How about letting us make and serve good fresh baked hot bread rather than commercial bread?

3) What's the response with respect to my proposal for security against shrinkage? We can cut shrinkage to zero, at no cost to the taxpayers. The inmate workers will actually be better off.

4) What's your pleasure with respect to training inmates on the safe and effective use of Food Service equipment, documenting that training accurately, etc?

5) Can I either get reconsideration of your position on opening the toilets/washroom at all times that inmates are in Food Service, or else a written decision? I hope that you will reconsider and leave the door unlocked at all times that inmates are in Food Service. If not, will you be so kind as to state your reasons for locking the door to the toilets and washroom?

BONUS QUESTIONS

I didn't ask about these matters, but they might actually be helpful to you. I'd like to be helpful.

6) How about letting me prepare a notice about how to lighten the load on the dishroom workers? If inmates are conditioned to stack their glasses neatly, and to stack their trays neatly, the dishwasher can process the trays much more efficiently. If you want to consider this, let me know and I'll draft a notice, for your consideration. If you like it you can post it electronically, and see what happens.

7) Lots of inmates wash their glasses in hot water. How about labeling one "coffee" spigot as "hot water" and using the other for coffee. This would leave more space between inmates washing glasses, and those washing glasses, etc., thus making it easier to let inmates get coffee while others use the hot water.

Thank you!!!

Oscar Stilley

*Plaintiff's Exhibit "11"*

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Charles Wright_____  _08410-379_____  _____  _FCI - Oakdale_
        LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.              UNIT         INSTITUTION

**Part A– INMATE REQUEST**

In January of last year I fell at pill line and seriously injured my right shoulder and arm. I have been promised numerous times to go see an orthopedic doctor and have recieved approval to do so from the Utilization Review Board. This is all broken promises as I have yet to go get my serious medical needs met. This constitutes deliberate indifference and cruel and unusual punishment, a violation of the Constitution for these united States of America. I demand that I be scheduled with an orthopedic doctor within the next thirty (30) days.

_January 20, 2015__                                    _Charles Wright_____
        DATE                                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**



_____                    _____
        DATE                                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: _812309-71_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                        CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____  _____  _____  _____
                LAST NAME, FIRST, MIDDLE·INITIAL         REG. NO.       UNIT         INSTITUTION

SUBJECT: _____

_____                    _____
        DATE                                        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                                    BP–229(13)
                                                                            APRIL 1982



U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Complex

P.O. Box 5060
Oakdale, LA 71463

*Plaintiff's Exhibit "12"*

Name:                    Charles Wright
Register Number:         08410-379
Housing Unit:            Rapides

RE:  Administrative Remedy (BP-9) ID # 812309-F1


This is in response to your Request for Administrative Remedy received
on March 2, 2015, in which you request to be seen by an Orthopedic
physician as approved by the Utilization Review Committee (URC).
You allege you fell on ice injuring your right shoulder and arm that
had not been cleared while at pill line.  You also allege deliberate
indifference and cruel and unusual punishment in violation of the
Eighth Amendment to the Constitution for these United States of
America.


A review of your electronic medical record indicates you arrived
at the Federal Correctional Complex (FCI I), Oakdale, Louisiana,
on December 10, 2013.  An investigation into this matter revealed
on February 11, 2014, you were evaluated by a Mid-Level Practitioner
(MLP) for right shoulder pain due to a fall on ice about two weeks
prior.  There is a mass in the right arm, close to your right elbow,
with a bruise in the same location.  You stated you had tenderness
on the tendon at the shoulder.  Meloxicam medication was prescribed
for pain.  An x-ray of the right shoulder revealed negative results
except for mild Degenerative Joint Disease and bronchiectasis.  An
Orthopedic Surgery consult was submitted and approved for a ruptured
right bicep tendon.  On February 26, 2014, you were evaluated by
an MLP for right arm pain.  Naproxen medication was prescribed for
pain.  On April 14, 2014, you were evaluated by an MLP for right
arm pain.  A sling was issued.  On June 9, 2014, you were evaluated
by an MLP for discomfort to your left arm, and Naproxen medication
was refilled.  A bottom bunk pass was issued.  On June 17, 2014,
you were evaluated by an MLP for pain.  You were notified that the
Orthopedic consult was approved and you were given the time frame
regarding an appointment.  On July 18, 2014, you went to an Orthopedic
consult appointment.  The diagnosis was right shoulder rotator cuff
tear, long head bicep rupture.  A Magnetic Resonance Image (MRI)
of the right shoulder was recommended.  The bicep does not need
surgical intervention.  A steroid injection was administered to the
right shoulder.  Naproxen medication was to be continued.  On
July 21, 2014, a Radiology consult was submitted for an MRI.  On
July 28, 2014, the Radiology consult was approved by the URC.  On
July 29, 2014, the URC approved an Orthopedic consult.

Charles Wright
Reg. No. 08410-379
Administrative Remedy ID # 812309-F1
Page 2

On July 31, 2014, the URC approved an Orthopedic consult after the
MRI was completed.   On July 31, 2014, the URC forwarded the Radiology
consult to the Regional Medical Director for review.   The consult
was approved.   An appointment is pending at this time.   On
December 1, 2014, you were evaluated by a physician for chronic care
clinic.   Meloxicam medication was prescribed for pain.

Accordingly, this response is provided for informational purposes
only.   If dissatisfied with this response, you may appeal to the
Regional Director at 344 Marine Forces Drive, Grand Prairie, Texas
75051.   Your appeal must be received in the Regional Office within
20 calendar days of the date of this response.

Becky Clay, Complex Warden
FCC Oakdale

4/9/15
Date

*Plaintiff's Exhibit "43"*

# DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.16, <u>Administrative Remedy Program</u>, (December 31, 2007), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

| Inmate Name | Charles Wright | Register Number | 08410-379 |
|---|---|---|---|

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the basis for the complaint occurred. (If related to UDC appeal, specify relevant section of Inmate Discipline Policy) I fell over a year ago at pill line and injured my right shoulder and tore tendons in my right arm. I have been promised to see an orthopedic doctor for this and it has not materialized. I have written numerous cop-outs to various people and none have been answered to this date. Basicly, I am being ignored. It is time for action as I have put up with this pain long enough.

2. Briefly state the action you request to resolve your complaint.

I demand to see an orthopedic doctor very soon to tend to my serious medical condition. Failure to do so will further reflect the deliberate indifference that has already been displayed.

3. Briefly state the action(s) you have taken and with whom you have spoken to resolve your complaint.

I have been to medical and have written cop-outs

---

### 4. GIVE THIS COMPLETED FORM TO YOUR UNIT COUNSELOR FOR RESPONSE.

| TO BE COMPLETED BY STAFF | Date Received by Counselor for Response | |
|---|---|---|

5. Summary of investigation (place response on this form):




6. What actions were taken to resolve this matter informally (place response on this form):




7. Explain reasons for no resolution (place response on this form):




Date & Time Issued BP-8 _____     Unit Team Member: _____
Date & Time Inmate Returned BP-8 _____     Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and BP-9 BP229(13) issued: _____

Unit Manager/Camp Administrator Signature: _____

On _____ (date), this issue was informally resolved.

_____          _____
Inmate Signature                          Date

**Distribution:** (1) If complaint is informally resolved, forward the original, signed and dated by the inmate to the Unit Counselor for filing.
(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.16, Administrative Remedy Program, (December 31, 2007), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

| Inmate Name | Charles Wright | Register Number | 08410-379 |
|---|---|---|---|

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the basis for the complaint occurred. (If related to UDC appeal, specify relevant section of Inmate Discipline Policy)

I have been given a lower bunk pass for over a year now. I have been suffering with and injured shoulder and have a very tough time getting on an upper bunk. My counselor, Counselor Miller, has been advised of teh lower bunk pass and refuses to give me a lower bunk

2. Briefly state the action you request to resolve your complaint.

Assign me a lower bunk as medical has determined necessary

3. Briefly state the action(s) you have taken and with whom you have spoken to resolve your complaint.

I have presented to Counselor Miller my lower bunk pass but it has been fruitless.

---

4. GIVE THIS COMPLETED FORM TO YOUR UNIT COUNSELOR FOR RESPONSE.

| TO BE COMPLETED BY STAFF | Date Received by Counselor for Response | |
|---|---|---|

5. Summary of investigation (place response on this form):

Plaintiff's Exhibit "14"

6. What actions were taken to resolve this matter informally (place response on this form):

7. Explain reasons for no resolution (place response on this form):

Date & Time Issued BP-8_____      Unit Team Member:_____
Date & Time Inmate Returned BP-8_____      Unit Team Member:_____
Date & Time Investigation on BP-8 Completed and BP-9 BP229(13) issued: _____

Unit Manager/Camp Administrator Signature:_____

On _____ (date), this issue was informally resolved.

_____          _____
Inmate Signature                              Date

Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate to the Unit Counselor for filing.
(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

# January 2014

## December

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

## February

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | |

*Plaintiff's Exhibit "15"*

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | 1 New Year's Day | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 *Letter from Home # 1-1914* | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 Martin Luther King Day | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 *Slipped on the ice at Medical NO St Flex day To see me due to ice* | 29 *No lift or st flex - medical on Thursday* | 30 | 31 Chinese New Year *Docks could booster could Not get seen for Doctor* | |

# February 2014

| | | March |
| --- | --- | --- |

January
Su Mo Tu We Th Fr Sa
          1  2  3  4
 5  6  7  8  9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

March
Su Mo Tu We Th Fr Sa
                   1
 2  3  4  5  6  7  8
 9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | 1 |
| 2 NO Staff Medical | 3 | 4 | 5 | 6 | 7 | 8 NO staff Medical |
| 9 No Staff Medical | 10 Sick Call Pain in Rght arm and infection under Rght arm | 11 | 12 | 13 Approved For ooth Dr orthopedic special list | 14 Valentine's Day | 15 |
| 16 | 17 Presidents' Day | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 Sick Call Rght arm Pain + infection | 27 | 28 | |

# March 2014

*Note (top, handwritten):* 20th Thursday mail from Federal Public Defender! #1336142
Clearly marked Special Mail open only in The
Presence of inmate Attorney-client Correspondence
from Crooks

**February**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | |

**April**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 Ash Wednesday @ HHS | 6 | 7 | 8 |
| 9 Daylight Savings Time Begins | 10 | 11 Copost To Council yet miller Stamp for postage | 12 | 13 | 14 | 15 |
| 16 | 17 St. Patrick's Day Set CCJ1 Denie 1 Kel Bot MJ cleaned always sig 7777777 | 18 | 19 | 20 First Day of Spring! Copost To Councilor recommendation about MJ ARM @ Complned BB About MJ R-Sht Accusation miller RSHT | 21 | 22 Willard about house Thomas Bell Brat 0 smore sin |
| 23 spring Letter Lunch Yok The Cook Bus | 24 INmate Request for overdue cool-in ads | 25 Received Lest That Been This Hod been opened in The Mail Room | 26 I will + Co wil + hot spot me Altreat MH | 27 | 28 | 29 |
| 30 | 31 | | | | | |

## April 2014

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 Passover | 15 | 16 | 17 | 18 Good Friday | 19 |
| Palm Sunday | | Earth Day | | | | |
| 20 Easter | 21 | 22 | 23 Administrative Professionals Day | 24 | 25 Arbor Day | 26 |
| 27 | 28 | 29 | 30 | | | |

**March**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

**May**

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

# May 2014

| April | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

| June | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 Cinco de Mayo | 6 | 7 | 8 | 9 Attempt to make 9:00 list Gont Remove Richard was wanting to meet Alessio | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 Victoria Day | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 Memorial Day | 27 | 28 | 29 | 30 | 31 |

## June 2014

| | | | | | | |
|---|---|---|---|---|---|---|
| **May** | | | | | | |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

**July**
Su Mo Tu We Th Fr Sa
      1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

Flag Day (14)

Summer Begins (21)

Father's Day (15)

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

-------------------------------------------------------------------------------------

*Plaintiff's Exhibit "1b"*

FROM: 10579062
TO:
SUBJECT: SF95_WrightCharlesAbstractA-Pt1
DATE: 01/25/2017 10:48:39 AM

*    PART 1 OF ABSTRACT OF 101 PAGE MEDICAL RECORD SUPPLEMENT PROVIDED TO CHARLES WILLIAM
WRIGHT 12-14-16
ABBREVIATIONS: "CE" means Clinical Encounter; "CEAN" means Clinical Encounter-Administrative Note
THIS SET OF MEDICAL RECORDS IS IDENTIFIED BY THE LETTER "A" AND THE BATES NUMBER
Trulincs does not support bold, underline, italics, or any other emphasis except capitalization. Capitalization herein is
overutilized out of necessity.  Some edits have been made without notice where the error & correction seem to be obvious.
BRACKETED BATES NUMBERS indicate that the document is included in Plaintiff's exhibit list submitted in support of
summary judgment.

Bates#    DATE          AUTHOR          DESCRIPTION

[No #]    12-7-16    Theresa Savant, FNP    MEDICAL DUTY STATUS: Bottom bunk pass on the basis of torn right bicep
tendon.

1-2    11-17-16  Theresa Savant, FNP    CE about skin problem/moles.

3-8    11-1-16    Savant               CE -- Complaints: 1) Cholesterol med is 20 mg Atorvastatin, 2)  Gastrointestinal doing
well, 3)  Hypertension, on BP meds,  4)  Orthopedic/Rheumatology - on Naprosyn, not working too well.  Aching pain, level 5,
needs rest, standing exacerbates. Left knee, lower back, right shoulder, 5)  Pulmonary/respiratory - on Albuterol inhaler, 3-
4x/year.

5                                      History to left knee, lower back and right shoulder.  States had surgery to torn cartilage
repair, "I turned over and heard a pop, now it pops a lot." Updated consult to include this data. Waiting for follow up
appointment." Ten year stroke risk is 9.1%.

6                                      Assessment includes injury of shoulder and upper arm.  New med is Ibuprofen 800s,
Renew Acetaminophen 325 mg

7                                      Meds: Albuterol inhaler 90 mcg, AmLODIpine 20 mg, [BP] Atorvastatin 20 mg
Hydrochlorothiazide 25 mg tab & Lisinopril for BP, DISCONTINUE Naproxen
                    New Radiology request orders Ankle-2 View AP/Lat
                    [Left], General Radiology - Foot-General
                    [Bi], General Radiology-Foot-Standing [Bi]
                    Chronic pain to both feet

8    Counseling: Plan of care

13-15  10-20-16  Shamekia Nwafor        CE for suspected glaucoma: red, light sensitive eyes OU X 1 week ago for 3 days,
then stopped.  Age related cataract - follow-up in 6 months; Other RTC X 6 months for OIP check OU

15    10-14-16  Brandon Byrd, RN         CEAN Bleeding mole

16    9-30-16    C. Peloquin, ANP-BC     CEAN Chronic care

[17]   8-30-16    C. Peloquin, ANP-BC     CEAN  Paperwork for 8-22-16 Medical Trip to Doctor's Hospital at Deer Creek for
Operative Report Services of Dr. David DeLapp.  ALL of these reports are on the right shoulder:

    PREOPERATIVE DIAGNOSES: 1) Rotator cuff tear, 2) Bony impingement syndrome with a prominent acromion, 3)
Undersurface AC joint spurs, 4) Abnormal signal on the superior labrum, 5)  Supscapularis tendinopathy, 6)  Infraspinitis
tendinopathy.

    POSTOPERATIVE DIAGNOSES:  1) Supraspinitus rotator cuff tear, 2)  Infraspinatus rotator cuff tear, 3)  Type 1 SLAP
tear, 4)  Partial-thickness anterior labral tear, 5)  Bony impingement syndrome with a prominent acromion, 6) AC joint
degenerative joint disease with undersurface spurring.

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

----------------------------------------------------------------------------------------------------

PROCEDURES - RIGHT SHOULDER ARTHROSCOPIC: 1) Supraspinatus tendon tear repair with double loaded Healix corkscrew suture anchor, 2) Infraspinatus tendon tear repair with double loaded metallic DePuy-Mitek suture anchor, 3) Resection partial-thickness anterior labral tear, 4) Resection type 1 SLAP tear, 5) Partial acromionectomy, 6) Resection undersurface AC joint-spurs.

[18]  8-30-16   C. Peloquin, ANP-BC        CEAN  Paperwork for 8-22-2016  Medical Trip Return from Orthopedic Center of Louisiana, LLC services of Dr. David DeLapp.

ASSESSMENT ON RIGHT SHOULDER: 1) Supraspinitus full thickness tear, 2) Abnormal signal superior labrum, 3) AC joint hypertrophy with inferior spur, 4) Subscapularis tendinpathy, 5) Infraspinitus tendinopathy, 6) Questionable short head of the biceps tendon rupture, 7) Obesity.

PLAN: 1) We discussed various treatment options at great length with the patient including surgical versus nonsurgical intervention. Alternatives, risks, benefits and complications were thoroughly discussed. All questions were answered to the patient's full satisfaction. Patient wishes to proceed with right shoulder arthroscopic repair of full thickness supraspinatus rotator cuff tendon tear, resection versus repair of superior labral tear. Partial acromionectomy and resection of undersurface AC joint osteophyte. I believe this represents informed consent. 2) We discussed postoperative course including he will have to do his own physical therapy and gave the patient specific instructions that he understands and states he will be compliant with. 3) He will need to wear a sling postoperatively for one month. 4) He will be unable to lift, push, or pull anything of any weight over approximately 2-3 pounds for the first 3 months. 5) Contact the clinic if there are any further concerns or questions regarding the surgery.

[19-22]  8-29-16   C. Peloquin, ANP-BC   CE  CHIEF COMPLAINT IS ORTHOPEDIC/RHEUMATOLOGY. Subjective: Complaints of popping to right shoulder starting last night; very painful; Hx of arthroscopic repair of Supra/infraspinatus tears with metallic suture anchors X2 on 8-22-16 services of Dr. DeLapp; Arm sling in use; hasn't been taking Tylenol for pain. Pain level 6.
Page 20 Wound clean, dry, and intact
Page 21 Awaiting scheduling for follow up with Ortho
Page 22 Counseling: Plan of Care

[23]   8-29-16   Kerstin Ducote, RN       CEAN  Shoulder started popping again last night. Very sore.

[24-26]  8-26-16   Patricia Bradford, RN   CE  Came to have dressing changed. Sharp pain noted when trying to lift arm.

25  ASSESSMENT  Inmate is s/p surgery to right shoulder to repair rotator cuff. This is the first dressing change since surgery. Dressing removed, drainage to gauze is old and dry. There are four small areas with stitches. Stitches are secure with no bleeding or drainage. Surrounding skin has been irritated by very sticky tape. Three areas have developed irritation and redness from the tape. Shoulder was cleaned with Dial soap and water and dried with gauze. Two large band aids covered the two larger wounds and a small band aid covers the small stitch. The irritations were cleaned with Betadien and covered with three small band aids. Inmate tolerated procedure well. Inmate provided additional band aids for showering and will return to health services for the weekend nurse to check.
27  Joel Alexandre, MD, cosigned the foregoing.

[28-31]   8-23-16   Mary Thomas FNP-C   CE  Med trip return encounter. Pain 8/10, inmate reports high pain tolerance. BP 152/86. Post op instructions were discussed.
30  ASSESSMENT: Other specified postprocedural states, Z9889- Current- Will place consult for Orthopedist F/U, await additional medical documentation and revise POC as needed, continue pain medication as prescribed.

PLAN:
New Consultation requests: Orthopedist, target date 9-5-16, scheduled target date 9-5-16, Priority - Urgent
REASON FOR REQUEST: Presents to Health Services this am, is s/p Right shoulder arthroscopic repair supra/infaspinatus tears with metallic suture anchors x 2, additional hand written post procedures diagnoses are illegible, currently AAO x 3, NAD reports pain level is currently an 8/10, current treatment regimen is Naproxen and Acetaminophen, inmate reports having a high pain tolerance, b/p was 152/86 upon return to the facility, all additional vital signs were stable with the exception of pain level, the following discharge post operative instructions were recommended;

-F/U with Ortho in 2 weeks.
PROVISIONAL DIAGNOSIS:
S/P Right shoulder arthroscopic repair supra/infraspinatus tears with metallic suture anchors x 2.

TRULINCS  10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

------------------------------------------------------------------------------------------------------

NEW NON-MEDICATION ORDERS:  Remove sutures to the operative site on 9-5-16 (2 weeks post-op)
    COUNSELING:  Plan of care.
  31  Page 4 of document, shows that co-pay is not required, and that co-sign is not required.

[32-33]   8-22-16   Elizabeth Perkins, RN       CE  Nursing - Medical Trip Return encounter performed at Health Services.
Follow-up scheduled for the next day at HSU for evaluation.
  34  co-sign/review

[35-37]   8-12-16   C. Peloquin, ANP-BC       CE  Medical trip return encounter performed at Health Services.  Return from
Dr. Delapp, Orthopedic Center of Louisiana.

38       8-12-16   R. Catoire, RN               CE  Patient returned from Ortho consult to see MLP now.

39-42   8-9-16   C. Peloquin, ANB-BC       CE  COMPLAINT 1:  Orthopedic complaint of swollen area to left lateral leg
above knee; burning and numbness all the time.  Wakes me up at night from sound sleep; X3 years; increased intensity during
last year.
ROS  Musculoskeletal General:
    Yes; Gait abnormality, Hip Pain, Knee Pain, Low Back Pain, Neck Pain, Shoulder Pain, Spasm, Swelling.
    No: Within normal limits, Hx of falls

  40  BP shows as corrected to 115/77.

  41  Favoring gait; ROS comments: Hx of Slipping on ice 2013 (sic; actual date 1-29-2014) with right bicep Tendon Tear.
Getting EKG today and new glasses.
    EXAM COMMENTS: 11-24-14 negative

  PLAN: New Consultation Requests:  Orthopedist, Target date = 9-29-16, Priority = Routine;  offsite, nonsurgical
    REASON for Request:  Lateral leg above knee with C/o of numbness and burning X3 years, swelling approx 5.0 X 4.0 CM,
no skin breaks or erythyma at present.
    2-10-16 XR Left Femur-Negative
    2-10-16 XR Left Knee-Negative
    Hx arthroscopic knee surgery 1990
    Hx of Staph Infection to Left Knee 2000
    COUNSELING: Plan of Care

43       8-9-16   Kerstin Ducote, RN                CEAN  Scheduling note encounter performed at Health Services.  Swollen area on
leg.

3

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

------------------------------------------------------------------------------------------------

FROM: 10579062
TO:
SUBJECT: SF95_WrightCharlesAbstractA-Pt2
DATE: 01/25/2017 10:48:51 AM

*         PART 2 OF ABSTRACT A INVOLVING 101 PAGES SENT BY CRISTINA WALKER IN RESPONSE
          TO DISCOVERY REQUEST UNDER COVER LETTER 12-14-2016  (BATES NUMBERS 44-101)
          [BRACKETED BATES NUMBERS INDICATE THAT THE DOCUMENT IS INCLUDED IN THE FILED EXHIBITS]

BATES #    DATE       AUTHOR          DESCRIPTION

44-46    7-22-16   Brandon Byrd, RN        CE Preventive Health Visit-Male encounter performed at Health Services.
    45                                     Inmate ambulates without difficulty. Waiting on eyeglasses ordered by opt.
    46      COUNSELING: Plan of Care, Access to Care
    47      7-22-16    Dr. Joel Alexandre, MD   COSIGN/REVIEW: Signoff on the foregoing.
    48      7-22-16    C. Peloquin, ANP-BC      COSIGN/REVIEW:  Another signoff.

49-51   7-1 to 11-18 2016, multiple authors. VITALS ALL: This is an aggregation of data.

52       Last 3 years  multiple authors        PPDs

53       Last 3 years apparently - multiple authors   DEVICES AND EQUIPMENT   Eyeglasses 2013 and 2016; compression
garment-leg, 2-24-14; sling 4-14-14 Gaeton Galante, PA-C

54       8-1 thru 8-5-16                     FECAL OCCULT BLOOD

55       8-9 thru 11-17-16                 PAIN MANAGEMENT   Left knee, right shoulder, lower back, upper arm, upper
leg, 4-10 on the scale, Naproxen and Ibuprofen used.

56      7-1-16     C. Peloquin, ANP-BC        SUPPLIES  Cover sutures in shower with the bandaids supplied.

57      9-9-13    Tara Ross, RN/DC/IOP        ALLERGIES Allergic to mold and mold drugs through allergy specialist who did
testing.

58-59 7-22 thru 11-17 of 2016 - multiple authors    PATIENT EDUCATION ASSESSMENTS AND TOPICS: Includes 8 entries
for "Plan of Care" and 4 entries for "Access to Care."

60   7-1-16      Brandon Byrd, RN            BLOOD GLUCOSE, non fasting, value was 113

[61-64]  11-18-16   Heather Howard, AHSA/RN     HEALTH PROBLEMS:
    62                                     Nontrauma rupture of other tendon -- Rupture of right bicept (sic) tendon from
shoulder incertion. Spasm of left thigh muscle, massage encouraged. Age related cataract.
    63-64                                  Right Rotator Cuff Tear;  bottom of page under "Other specified postprocedural
states" are entries for both 10-27-16 and 8-24-16 "Will place consult for orthopedist F/U, await additional medical
documentation and revise POC as needed, continue pain medication as prescribed."

65    11-18-16 end date        Patricia Bradford, RN   TREATMENTS: Bradford took surgery sutures out on 9-6-16, Brandon
Byrd, RN, performed EKG 8-9-16.

66-70  10-20-16       Shamekia Nwafor, OD      VISION SCREEN, 20/50 both eyes

71       11-18-16                           IMMUNIZATIONS - flu and MMR refused

[72]    8-9-16       Carol Peloquin, ANP-BC      MEDICAL DUTY STATUS: Hx of torn right bicep tendon; Eyeglasses,
Compression garment-leg, sling authorized.  Bottom bunk pass given.

73-75  7-1 to 11-18-16  Heather Howard, AHSA/RN   MEDICATION SUMMARY (recent history)
    74   Naproxen for pain

4

TRULINCS  10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

---------------------------------------------------------------------------------------------------------

| 76-78 | 11-3-16 | FMC Butner | CHEMISTRY - lab results |

| 79 | 8-7-15 | J. McMickin, RN | VACCINE CONSENT - Flu vaccine refusal |
| 80 | 4-20-12 | Ducote | VACCINE CONSENT - MMR vaccine refusal |

| 81 | 8-22-16 | Doctor's Hospital | LABORATORY - comparative report |

| 82 | 8-30-16 | Dr. DeLapp, Tech TF | ECG |

| 83-84 | 8-30-16 | Dr's hospital | Chest xrays (no obvious title) |

[85-87] 8-22-16      David DeLapp, MD      OPERATIVE REPORT. See Bates A-17 for summary, read this document for full report. Faxed 8-23-16, stamped by Dr. Alexandre 8-30-16.

| 88-90 | 8-22-16 | Tanya Fournier, RT | SPIROMETRY |

| 91 | 8-22-16 | Anesthesiologist | ALLERGIES |

| 92 | 8-22-16 | Anesthesiologist | ANESTHESIA RECORD |

[93]      8-12-16      Doctor's Hospital      CHIEF COMPLAINT: Right Shoulder.  Correctly identifies Jan 2014 as date of injury, but says "six months prior sustained an injury when he slipped on the ice in 01/2014." Notes the lawsuit and amount claimed. Summarizes med history, meds, allergies, systems, family & social history.

[94]      8-22-16      Dr. DeLapp      POST OPERATIVE DISCHARGE INSTRUCTIONS:  Items to report include temperatures over 101, persistent nausea/vomiting, excessive pain/bleeding, numbness, tingling, inability to move arm No active range of motion to operative extremity for 1 month; wear sling to operative extremity for 1 month. Followup appointment 9-6-16 @ 11:10 AM, as I read it.  Additional instructions and treatment/care & comments.

[95]      4-1-16      Radiologist      RADIOLOGY RESULTS page 1 of 2.  No explanation of why page 2 is missing.  Can't find the name of the radiologist.  Report was to be delivered to Gaeton Galante, Theresa Savant's name is stamped below.  Handwritten note says received and signed 8-2-16, stamp is illegible but appears to say 8-4-16.

REPORT # RAD 0401-0405      EXAM DATE & TIME: 4/1/15  1330
0401 -0001 MRI/UPPER EXTREMITY JOINT W CONT
MR arthrogram right shoulder 4-1-15.
HISTORY:  Right shoulder pain. Fall. Rotator cuff tear.
TECHNIQUE: Multiplanar, multisequence images were obtained of the right shoulder post intra-articular injection of dilute gadolinium solution.
FINDINGS: Full thickness tear of the anterior aspect of the supraspinatus with 2 cm retraction.  Posterior aspect of the supraspinatus shows mild abnormal bursal surface signal. Abnormal bursal surface signal of the infraspinatus. Abnormal internal signal of the subscapularis. Teres minor tendon appears intact. The long head biceps tendon and biceps anchor appear intact. Diminished expected size to the superior labrum with mild abnormal internal signal. Type 2 acromion is seen with mild AC joint hypertrophy and reactive marrow changes. No acute fracture or dislocation. Extension of interarticular gadolinium into the subacromial/subdeltoid bursal space.

IMPRESSION:
1.  Full-thickness tear supraspinatus with mild retraction.
2.  Tendinopathy of the subscapularis and infraspinatus.
3.  Mild AC joint hypertrophy with inferior spur formation.

| 96 | 8-10-16 | FMC Butner | CHEMISTRY collected 8-10-16, reported the following day. |

| 97 | 8-15-16 | Carol Peloquin, ANP-BC | ECG (Borderline) |

| 98 | 8-9-16 | Kayla Milligan | BILLING and specifications for eyeglasses, cost $163. |

99-101 7-22-16      B. J. Byrd, RN      VACCINE CONSENTS
END OF 101 PAGE SUPPLEMENTAL MEDICAL RECORD SET DESIGNATED BY THE LETTER "A"

5

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

---------------------------------------------------------------------------------------------------------

FROM: 10579062
TO:
SUBJECT: SF95_WrightCharlesAbstractB-Pt1
DATE: 01/25/2017 10:49:09 AM

*       PART 1 OF ABSTRACT OF MEDICAL RECORDS OF CHARLES W. WRIGHT, JR., PAGES 1-84 OF 366 PAGES (SET "B")

Plaintiff identifies records from this set with the letter "B" to distinguish these records from the 101 page supplemental medical record set designated with the letter "A."

BATES#    DATE        AUTHOR          DESCRIPTION/CONTENTS

1        5-29-15  Joel Alexandre, MD    CEAN - CHART REVIEW
   2      same as above but stamped in red "See Amendment"
   3-4       Same as above.                    "Amendment made to this note by Alexandre, Joel MD/CC on 5-29-15 at 15:44.

5-6    5-29-15     K. Veals, FNP        CE  Cold symptoms - med change effectuated

7-11   5-27-15     K. Veals, FNP        CE  Cold symptoms  10 and 11 are cosign/review pages for Alexandre, MD.
   9   COUNSELING: Access to care, Plan of Care, New Medication

12-16 Seems to duplicate the above, red stamp says "See Amendment"

17     5-27-16     Patricia Bradford, RN  Sick call for cold, nose bleed Saturday, cough with chills.
    18    CEAN showing Alexandre's review of above

19-23 5-15-15    Joel Alexandre, MD        CE COMPLAINT 3: Indicates an MRI done last month for Orthopedic/Rheumatology.
[See A-95 for documentation of this MRI.]
   20 Severe limitation on ROM of right shoulder with painful arc.

24-28    5-15-15   Repeat of the foregoing with red "See Amendment"
   26 Severe limitation on ROM of right shoulder with painful arc.
   28 COUNSELING: Plan of Care.

29-33 5-15-15  Repeat of the foregoing with red "See Amendment"
   31 Severe limitation on ROM of right shoulder with painful arc.

34     5-15-15 Alexandre                     See Amendment // Amendment made by Alexandre this day.

35     5-15-15  Reva Christian, LPN      CEAN  Orders for labs
   36         Alexandre's cosign for previous page.

37-39   5-12-15  K. Veals, FNP               CE for sick call. Substantial paragraph.  Wants CCC (Chronic Care Clinic)
medications.  Right shoulder pain is included in list.  Meloxicam for pain, see page 38.

40     5-12-15  Kerstin Ducote, RN        CEAN  Needs renewal of CCC meds.

[41-43] 5-14-15  K. Veals, FNP              CE   Chief complaint is Orthopedic/Rheumatology  Subjective involves return
from Ortho clinic in Leesville.  Slipped on ice in front of pill window in Feb 2014 (sic) and injured right shoulder.  "The doctor told
me I have 3 things wrong with my right shoulder; tear to cartilage, tear to rotator cuff, and a bone spur.  After I have surgery can
I get my bottom bunk pass back?  I'm not worried about it now.  After the surgery I was told not to climb, push or pull."

ASSESSMENT: Arthropathy, unspecified, 716.9 - Current, Chronic, Not Improved/Same - Medical return trip from the
Orthopedic clinic.
  Medical surgery order form from Orthopedic Center of Louisiana:  Procedure Description & Diagnosis are required for
scheduling surgery.  Procedure Description: Right shoulder Ortho repair full thickness supraspinates RTC tear, resect vs repair
superior labral tear, PA, resect undersurface.
   Pain: No

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

-------------------------------------------------------------------------------------------------------

42   PLAN: New consultation request for Orthopedic Surgery, target date is 7-22-15, priority routine.
    (text under "Reason for Request") A 60 y/o WM fell in front of pill window in Feb 2014 (sic) and injured right shoulder. Inmate returned from the orthopedic clinic in Leesville on 5-1-15 with Dx: RTC tear, and Labral tear. Recommending: R. Shoulder Arthroscopy, Sling x1 month post op, Naprosyn BID. A 60 y/o WM fell in front of pill window in Feb 2014 (sic) and injured right shoulder. Medical Surgery Order form from Orthopedic Center of Louisiana: Procedure Description & Diagnosis are required for scheduling surgery. Procedure Description: Right Shoulder Ortho repair full thickness supraspinates RTS tear, resect vs. repair superior labral tear, PA, resect undersurface.Ider. Inmate returned from the orthopedic clinic in Leesville on 5-1-15 with Dx: RTC tear, and Labral tear. Recommending: R Shoulder Arthroscopy, Sling x1 month post op, Naprosyn BID.

44-45  5-1-15  K. Veals, FNP  (Says "See Amendment" in red letters) CE appears to track 46-47, can't quite ascertain the differences.

46-47  5-1-15  K. Veals, FNP          CE Amendment but cannot ascertain the differences.
   47   COUNSELING: Access to Care
   48   5-14-15 K. Veals, FNP          SEE AMENDMENT  Amendment to note 5-14-15

49-50  4-6-15  Jarryd Mayeaux, RN      CE  Pain to upper right thigh, knot has been there 2 weeks.  Pain at 2 but gets worse as day goes on.
   50   COUNSELING: Plan of Care
   51   4-6-15  Cosign above by Ava Joubert, MD, DrPH on 4-8-15

52-54  3-7-15  Theresa Savant, FNP     CE  Left leg pain with a knot on thigh.  Toes turn blue at time.  Not swollen today but tender.  Red spot on top of left foot.  Toes get discolored in hot shower.
   53   Toes get deep purple in hot shower.  Advised to loosen shoe laces.  COUNSELING: Plan of Care

55   3-16-15   Kerstin Ducote, RN       CEAN about knot on left thigh, toes turning blue at times.

56   3-11-15   Debra Phillips, HIT      CEAN  Entire medical record, 210 pages, copied for inmate.

57   2-13-15   Joey McMickin, RN        CEAN  Complaining of lower back and left leg pain, states knee locks up at times.

58   2-3-15    James Reed, RN           CEAN  Request a pusher pass, c/o bil leg pain for 1 year, no trauma, no edema or discoloration to legs.

59-62  12-1-14   Joel Alexandre, MD      CE  Chronic Care Encounter  Complaint 3 is Orthopedic/Rheumatology about January 2014 injury, rupture of biceps tendon one week later. Says he has been seen by an orthopedist, needs an MRI before going for ortho follow up.
   61   Meloxicam 15mg tab prescribed for Arthropathy, unspecified.
   62   Meloxicam 7.5 discontinued of even date, see previous entry - pain meds doubled. COUNSELING: Access to Care

63-64  11-18-14  Gaeton Galante, PA-C    CE  Complaint 1 is pain lower back with c/o pain and numbness lateral legs to the knees.
   64   New Radiology Request Orders:  General Radiology-spine/Lumbar-3 view, routine priority.  Specific reason is pain lower back radiating down lateral aspect both legs to the knees.  X-ray ordered.  COUNSELING: Access to Care, 2X.

65   11-12-14  Patricia Bradford, RN    CEAN  Sick call c/o lower back pain and burning pain to bilateral legs for 3 weeks.

66-67  10-30-14  Shamekia Nwafor, OD     CE for Glaucoma suspect - visual field.  Open angle with borderline findings.  Current, Chronic, Not Improved/same - Same.  VF within normal limits and Reliable OU.  Follow up in 1 year.
   67   COUNSELING: Plan of Care
   68   10-30-14  Joel Alexandre, MD      Co-sign the foregoing.

69   10-22-14  Joey McMickin, RN        CEAN for headaches and dizziness starting 2 weeks ago.

70-72  10-15-14  Mary Thomas, FNP-C      CE elevated blood pressure at 216/122 this AM, daily dizziness and headaches, will re-adjust medications and place on BP checks to monitor effectiveness.

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

----------------------------------------------------------------------------------------------------------

73     10-15-14    R. Catoire, RN              CEAN, headache and dizziness last 6 days.

74     10-1-14     Sandra Pearce, RN           CEAN - scheduled for pneumonia vaccine

75-80  9-8-14      J. Melendez, MD             CE Patient does not know why he was given an inhaler, hasn't had problem
since age 18. Hypertension.
76                                             Orthopedic/Rheumatology, "I slipped down during an ice storm and hurt my rt
shoulder. Had pain and difficulty moving it. # days later I had a very sharp pain in my rt upper arm."
Seen for clinics section includes Orthopedic/Rheumatology
77     ASSESSMENT: Includes "Nontraum rupture of other tendon, 727.69-Current, Chronic, Not improved/Same" New
meds include Meloxicam 7.5 mg tablets - daily x 180 days
80     Counseling on Access to Care, Patient verbalizes understanding.

81-82  8-14-14     Shamekia Nwafor OD          CE Chief complaint is Eyes/Vision Problems. Assessment: Open angle
with borderline findings. 365.01 - Current, Chronic, Not Assessed - Needs VF test OU to determine diagnosis of POAG vs.
Glaucoma suspect. Will schedule testing.
82     Patient Educated on importance of getting VF tested.
83     Foregoing document Cosigned by Te Cora Ballom, RMD (Regional Medical Director) on 8-15-14.

[84]   7-21-14     Gaeton Galante, PA-C        CEAN (not face to face encounter) New consultation request:
Radiology, (no priority stated) Needs MRI Arthogram right shoulder. [This was done 4-1-15, documentation OUT OF DATE
ORDER, see Bates A-95.] He was seen by Dr. DeLapp in Leesville and was diagnosed with a Right shoulder RCT and rupture
of the long head bicep. Bicep does not need surgery. He wants a MRI Arthogram and then a f/u in his office after the MRI is
complete.
     Provisional Diagnosis: Right shoulder RCT
     Orthopedic Surgery: Reason for Request: Inmate needs a f/u appointment with Dr. DeLapp in Leesville LA after his MRI
right shoulder is complete.

8

---

FROM: 10579062
TO:
SUBJECT: SF95_WrightCharlesAbstractB-Pt2
DATE: 01/25/2017 10:49:22 AM

* PART 2 OF ABSTRACT MEDICAL RECORD OF CHARLES W. WRIGHT, JR., PAGES 85-142 OF 366 PAGES (SET "B")

BATES# DATE AUTHOR DESCRIPTION/CONTENTS

[85-86] 7-18-14 Patricia Bradford, RN Medical return trip, back from Ortho appointment.
86 Assessment: Inmate return from ortho appt. Dx: right shoulder long head bicep rupture. Recommends MRI of right shoulder. [For page 1 of Radiologist Report of MRI provided 4-1-15 see Bates # A-95, an OUT OF ORDER document.] Bicep does not need surgical intervention. Steroid injection given today, continue Naproxen 500 mg. PLAN: Disposition: Follow up at Sick Call as Needed. Patient Education Topics - Counseling - Plan of Care.

87-91 7-18-14 to 7-18-15 (Multiple authors) VITALS ALL

92 2015-2013 multiple authors PPDs

93 7-18-14 to 7-18-15 Galante & Phillips DEVICES AND EQUIPMENT Galante provided the sling 4-14-14, Debra Phillips, HIT, is shown for eyeglasses 12-18-13.

94 7-18-14 to 7-18-15 Jarryd Mayeaux, RN PAIN MANAGEMENT Only entry is 4-6-15 for leg muscle.

95 9-9-13 Tara Ross, RN/IDC/IOP ALLERGIES Mold and mold drugs, (specialist did testing) and aspirin.

[96-97] 7-18-14 to 6-2-15 multiple authors PATIENT EDUCATION ASSESSMENTS AND TOPICS There are 7 "Access to Care" and 7 "Plan of Care" entries.

98-100 10-20-15 Multiple authors HEALTH PROBLEMS List entitled "Current" Includes
NON TRAUM RUPTURE OF OTHER TENDON
2-26-14 08:47 EST Galante, Gaeton PA-C
Rupture of right bicept tendon from shoulder incertion. Axis III, Code Type ICD-9, Code 727.69, Diagnosis date 2-11-14, Status - CURRENT, Status Date - 2-11-14
2-11-14 09:13 EST [This entry is identical the the prior entry save for date and time.]

101 7-18-14 to 7-18-15 Joey McMicklin, RN TREATMENTS Two EKGs only

102-105 5-10-16 Shamekia Nwafor, OD VISION SCREENS 20/50 OD, OS, OU, correctible to 20/30 OD, 20/25 OS (page 104).

106 7-18-14 to 7-18-15 multiple authors IMMUNIZATIONS

107-116 7-18-14 to 7-18-15 multiple authors MEDICATION SUMMARY HISTORICAL Pain meds are on page 110.

117 5-27-15 Dr. Alexandre, Chairman URC The request for Orthopedics has been Forwarded to the Regional Medical Director for review. This has a stamp "Scanned" which if I read correctly says C. Tost, Health Svc. Assist.

[118] 5-1-15 Dr. DeLapp SURGERY ORDER FORM Comes from Doctor's Hospital at Deer Creek. Procedure description says "R shoulder arthro repair full thickness supraspinitus RTC tear, resect vs(???) repair superior labral tear, PA resect undersurface ACJ osteophyte. There are 3 slots for diagnoses, but they put in another one below the line. Delivered by fax. Reviewed 5-14-16 by what appears to be an "FNRC" but I can't make out the name. Stamped 5-15-15 by Dr. Alexandre. The information I can glean, as near as possible, is:

| DIAGNOSIS ICD-9 CODE | DIAGNOSIS ONLY | CPT CODE |
|---|---|---|
| 840.4 (or 846.4) | RCT | 29827 |
| 840.8 | labral tear | 29807 |

9

9

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

--------------------------------------------------------------------------------------------------------

| 726.2 | BTS(???) | 29826 |
| 726.91 | ACJ osteophyte | 29824 |

[119]    5-1-15        Joel Alexandre, MD        Consultation Request.  Dx: RTC Tear, Labral Tear  Recommending R Shoulder Arthroscopy, Sling x Time post op  Naprosyn B/D (???)  This was reviewed by K. (illegible) FNP-C, on 5-1-15.  Dr. Alexander signed off on it 5-14-15.  The text at the bottom of the form is set forth verbatim:

Report may be hand written or (preferably) typed on this form.  If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff.  While discussion of diagnostics/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary primary care provider, the institution utilization review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

[FOR ENTRIES FROM 5-1-15 TO 1-26-15 SEE BATES ## B-44-57.]

120   1-26-15        D. Phillips, HIT        Cop-out (Inmate Request to Staff) from Wright to Phillips for a "copy of my medical records.  210 pages acknowledged received by Wright on 3-6-15.

121   1-28-15        Wright                VACCINE CONSENT

122-123  11-12-14        FMC Butner        LAB REPORTS

124   11-12-14        Quest Diagnostics, Inc.   URINALYSIS LABS

125   11-24-14        DIANAssociates        RADIOLOGY REPORT, Nathan Myatt, MD.  Exam type = L. spine 3v LBP Lspine.  Findings and conclusions: Negative except for mild degenerative disc disease.  L5-S1.

126   10-28-14        Dr. Te Cora Ballom, RMD   UTILIZATION REVIEW DECISION - Dr. Ballom, Regional Medical Director, as Chair of the URC, approves Radiology, to be scheduled with outside contract specialist.  This record does not show the exact procedure authorized, or why.

127   8-9-14        M. Miller, LPN        INFLUENZA VACCINE CONSENT

[Unexplained partial gap in record between 7-18-14 and 10-28-14. See documents identified on screenshot pages 141, 142, 143.]

[128-129] 7-18-14        Dr. David DeLapp        FAX FROM ORTHOPEDIC CENTER OF LOUISIANA, LLC  -  (Both Tiffany Hayes, PA-C, and J. David DeLapp, M.D., FAAOS appear at the end of the document, but neither have signatures. Insurance: IMS  Chief complaint: Right arm.  HPI: Patient is a 60 year old right hand dominant male who six months prior sustained an injury when he slipped on the ice in 1-2014.  He complains of 8/10 sharp, throbbing, aching pain which wakes him from sleep.  Worse when raising his arm.  He is now complaining of pain over the shoulder and states he cannot lift his arm above a certain level without severe pain.  He has no had any treatment for this.  He is wearing a sling for immobilization along with taking naproxen. He is a resident of the Oakdale federal prison.
EXAMINATION:
   VITAL SIGNS: Height 5 feet 10 inches with shoes. Weight 211 pounds. Temperature 98.8F.  BMI 30.3.
   GENERAL: Alert and oriented, well developed and well nourished male in severe distress.
   RESPIRATION: Unlabored.
   Right arm: Positive long head of the biceps Popeye deformity with short head of the biceps still remaining intact.  Pain with cross body abduction.  Positive impingement symptoms.  Pain across the rotator cuff with resistance but negative drop arm sign.
   RANGE OF MOTION: Limited through range of motion.  Severe pain through range of motion.
   AROM: Forward flexion 90 degrees.  Abduction: 90 degrees.
129 RADIOGRAPHIC EVALUATION: RIGHT ARM: Two views on 7-18-14 demonstrate type II acromion with mild degenerative joint disease through the AC joint. No acute bony abnormalities.

10

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

-----------------------------------------------------------------------------------------------------------

ASSESSMENT:
Right shoulder injury after slipping on the ice in January with
1. Long head of the biceps complete rupture of the insertion at the shoulder with Popeye deformity.
2. Rotator cuff tear.
3. Bony impingement syndrome.

PLAN:
1. We discussed various treatment options at great length with the patient.
2. We will obtain an MRI for further evaluation.
3. He has been provided with a subacromial steroid injection here in clinic for pain and anti-inflammatory relief.
4. Continue with the naproxen.
5. He may wear the sling only to his comfort.
6. Follow up in the clinic with the above MRI test results.

130  9-19-14      J. Melendez, MD        SPECIAL CHEMISTRY - PSA total

131  9-15-14      Robert Pugatch, MD      RADIOLOGY REPORT for CSR 2V HTN Chest, findings and conclusion
negative.

132  9-11-14      McMickin              ECG
133              Joel Alexandre, MD      Review the foregoing.

134-135      (Apparently duplicates of prior 2 pages.)

[136]  7-31-14   Dr. K. Russell, SCR MAST MD  URC Chairman Russell approves Orthopedic. Handwritten note says
"Consult to follow after MRI completed."

[137]  7-31-14   Dr. K. Russell, SCR MAST MD   URC Chairman:  Request for Radiology forwarded to the Regional Director
for review.

[138]  7-29-14   Dr. K. Russell, SCR MAST MD    URC Chairman Russel approves Orthopedic, saying that it will be
scheduled with an outside contract specialist.

[139]  7-18-14   Dr. David Delapp, MD         FAX SHEET: Dx: R Shoulder RCT, Long Head Bicep Rupture, bony
impingement. MRI L (I think this is an "L") shoulder ordered.  Bicep does NOT need surgical intervention. Steroid injection
given. Continue Naprosyn 500 mg. F/U p MRI c test results. (p and c have lines over them, which I can't make with Trulincs.)

[140]  8-1-14   Te Cora Ballom DO RMD         REVIEW - apparently of the foregoing fax sheet.

[141]  1-27-15   Integrated Medical Solutions     RESCHEDULED: 4-3-15 9:00 AM offsite appointment, Orthopedic Center of
LA LLC  - Orthopedic Surgery - FCI Oakdale - CONSULT
   Type of Service: Consult. Diagnosis R/Shoulder RCT  Ortho Center of LA, 337.239.8000 Sandy
   Comments: Schedule after Radiology Consult. Radiology consult pending URC approval
UNDER "DOCUMENTS" for 8-8-14, category "BEMR Consult" is shown a file named "wright.pdf." "BEMR" is the acronym for
Bureau Electronic Medical Records.

[142]  4-3-15   Integrated Medical Solutions     SIMILAR to above document. Under comments it says
   Schedule after Radiology consult
   Radiology consult pending URC approval
   I spoke lassette on 3-26-15 @ 10:28 AM appointment needs to be rescheduled the office is going to be closed due to
Good Friday.

UNDER "DOCUMENTS" for date 1-23-15, Category "BEMR Consult," is a document entitled "wright.pdf."

II

TRULINCS  10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

----------------------------------------------------------------------------------------------------

FROM: 10579062
TO:
SUBJECT: SF95_WrightCharlesAbstractB-Pt3
DATE: 01/25/2017 10:49:37 AM

*       ABSTRACT OF MEDICAL RECORDS OF CHARLES W. WRIGHT, JR., PAGES 143-232 OF A 366 PAGE SET (SET "B")

BATES#     DATE          AUTHOR                    DESCRIPTION/CONTENTS

[143]     5-1-15     Integrated Medical Solutions   Similar to prior document. It has Clinical Notes dated 5-6-15, also an estimated cost of $194.05.
UNDER "DOCUMENTS" are two documents. The first has the date 5-6-15, is under the Category "Clinical Notes," and has the filename Wright,Charles.pdf. The second has the date 3-26-15, is under the Category "BEMR Consult" and has the filename "wright.pdf."

144-146   5-10-16     Shamekia Nwafor, OD       OPTOMETRY EXAM
   145  COUNSELING: Access to Care
   147  Cosignature on the foregoing, Dr. Alexandre, of even date

148-152   5-5-16      Joel Alexandre, MD        CE  Complaint 1 is "Other problem." Includes Orthopedic/Rheumatology:
MRI was done last month. Mobic does not seem to help. Feels Naproxen would work better.
[NOTE: Plaintiff cannot find documentation of any MRI done the previous month.]
   152  Counseling: Access to care.

153-155 4-12-16        Theresa Savant, FNP      CE  Has allergies, the pills aren't working.
   155 COUNSELING: Plan of Care

156       4-8-16      Brandon Byrd, RN          CEAN Has allergies, pills aren't working.

[157-159] 3-1-16      Rashauna Moody, ANP       CE  Orthopedic/Rheumatology:
   SUBJECTIVE: I have been having pain and numbness to the right elbow that travels down to my pinky finger. I have torn my right bicep tendon and right rotator cuff. The Meloxicam only works for a short period of time. I been (sic) eating Tylenol at night I take about 3 at a time. The Meloxicam doesn't last me the whole month. I used to drive trucks and used to rest my right elbow and had this same pain the right pinky finger (sic). I was told that the cartilage was word down in my neck. Can I have my bottom bunk pass renewed?
   158  Exam Comments: Musculoskeletal: Very limited ROM of the cervical spine. + paraspinous musculature tenderness bilaterally of the cervical spine with increased tenderness to right paraspinous musculature. Tenderness of right elbow that follow the ulnar nerve distribution. Limited abduction of the right shoulder to appx 90 degrees with pain in the AC joint region. ASSESSMENT (includes): Arthropathy, unspecified, 716.9, Current.
   159  Other: Bottom bunk renewed (for 6 months) chronic shoulder pain/rotator cuff injury/past history of bicep tendon rupture. At the end of encounter, inmate mentioned he would be out of prescription medications soon. Chart Review Chronic Care medications not due to expire until May 24, 2016.
   Patient education topics include exercise and plan of care. Exercise: Rotator cuff exercises demonstrated and neck exercises demonstrated with handouts provided. Ulnar exercises also given.
   Plan of Care: Tylenol 975 mg three times daily as needed for breakthrough pain. You are not to exceed 15 mg of Meloxicam daily. Await callout for neck x-ray. MDS updated for bottom bunk for 6 months.

[160]     2-26-16     Carol Autin, RN, IOP/IDC  CEAN  I have numbness in my forearm and need to renew my bottom bunk pass.

161-163 2-24-16        Rashauna Moody, ANP       CE  Skin problem, leg rash.
   162               Other: At the end of the exam, inmate was trying to discuss chronic care problems such as right shoulder pain and blurted out "I need my bottom bunk renewed; I hadn't had it in a long time and they are checking papers for bottom bunk." He was advised his chronic care issues and bottom bunk request was not going to be discussed and his visit was already concluded. MDS updated for compression TED Hoes.
   163  Counseling: Plan of Care: Your sick call visit has been concluded and chronic care concerns and request for bottom bunk were done when visit was concluded and will not be addressed today.

TRULINCS  10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

---------------------------------------------------------------------------------------------------------------

164      2-19-16          Kerstin Ducote            CEAN  Follow up rash on leg

165-167  1-26-16          Mary Thomas, FNP-C        CE  About rash and upper left leg and thigh and knee.

168      1-26-16          R. Catoire, RN            CEAN  Sick call for rash and pain to legs for 1 year.

169-170  11-24-15            Shamekia Nwafor, OD    CE  Optometry exam
    170  Counseling: Access to care
171      11-24-15  Cosignature by Dr. Joel Alexandre

172      11-17-15         Carol Autin, RN, IOP/IDC      CEAN  Fecal occult blood samples taken.
173      11-17-15         Cosignature by Joel Alexandre, MD

174-175  11-13-15         R. Harvey, PA-C           CE  Chronic right shoulder and lower back pain.  2+ years. (sic)
Exacerbating factors:  Exercise worsens right shoulder pain.   Relieving factors:  NSAIDS  Meloxicam 15 mg for pain renewed.
Counseling:  Plan of care.

176      11-13-15         R. Catoire, RN            CEAN  Renewal of Chronic Care Clinic medications

177-178  10-20-15         R. Harvey, PA-C           CE  skin problem - cream prescribed.

179      10-20-15         Brandon Byrd, RN          CEAN  - renew my Rx, skin issue.

180      7-19-15 to 7-19-16   multiple authors      VITALS ALL

182      2013-2015                                  PPDs

183      7-19-15 to 7-19-16                         DEVICES AND EQUIPMENT - includes sling

184      7-19-15 to 7-19-16      Susan Johnstone, CLS-T    FECAL OCCULT BLOOD - negative

185      7-19-15 to 7-19-16      multiple           PAIN MANAGEMENT

186      9-9-13               Tara Ross RN/IDC/IOP     ALLERGIES - mold and mold drugs - allergy specialist did testing.

187-188  5-10-16 to 10-5-15       Multiple authors       PATIENT EDUCATION ASSESSMENTS AND TOPICS  Include
warning not to exceed 15 mg Meloxicam daily.  There are 3 entries for counseling for "Access to Care" and 7 for "Plan of Care"
during this time period.

189-191      about 2014 to 2016   Multiple authors       HEALTH PROBLEMS  "Rupture of right bicept tendon from
shoulder incertion" dated 2-11-14 and 2-26-14 are at page 190.

193-196  5-10-16          Shamekia Nwafor, OD       VISION SCREENS

197      7-19-16          A. Shaw, Medical Lab Asst    URINE DIPSTICK

198      5-10-16          Shamekia Nwafor, OD       Order for eyeglasses from Unicor.

199   7-9-15 TO 7-9-16       Kerstin Ducote, RN     IMMUNIZATIONS - One entry for 10-7-15

[200]      5-5-16          Joel Alexandre, MD        MEDICAL DUTY STATUS  Hx of torn right bicep tendon.   Lower
bunk.  Cleared for food service.  May have compression garment - leg, Sling, Eye Glasses. Expires 9-1-16

[201]      3-1-16          Moody Rashauna ANP-BC      MEDICAL DUTY STATUS - same as above except for date.

[202]      2-24-16         Moody Rashauna ANP-BC      MEDICAL DUTY STATUS - Temp bottom bunk pass given for torn
right bicept tendon.

203-210  7-19-15 to 7-19-16  Multiple authors           MEDICATION SUMMARY HISTORICAL  Meloxicam and Naproxen is

13

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

--------------------------------------------------------------------------------------------------------

at page 206.

211    9-9-15              Bethany Harrell, RDH          DENTAL SOAP/ADMIN ENCOUNTER - Dental Hygiene appointment
will be rescheduled.

212-213 10-5-15            Bethany Harrell, RDH          DENTAL ROUTINE CARE - Hygiene Appointment  Page 213 says
"Instructed inmate how to obtain medical, dental, and mental health care."

214    6-6-16    William Courville, BS/Treatment Spec  PSYCHOLOGY SERVICES GROUP PARTICIPATION   All
attendance is "Complete Session" all participation is "Good" all homework is "Satisfactory."

215   2-10-16   Allen Skrenta, MD (reading radiologist) RADIOLOGY REPORT  - left femur.
    216  Same as above except for left knee.

217-219  11-13-15           Quest Diagnostics        LAB REPORT - blood lipids and more.

220       11-20-15              Charles White, MD (reading radiologist)  CXR Chest (apparently chest xray)
    221       11-23-15              Dandan He, MD        Review the foregoing

222       10-17-15    D. Joffrion, RN              VACCINE CONSENT FORM -- Influenza

223       (This page only says "Exhibit A")

224-228  6-17-14    Mary Thomas, FNP-C          CE  Chronic care encounter.  COMPLAINT 1: Hypertension:  "I'm in pain
because of my arm, that's probably why its a little high."  COMPLAINT 3: Orthopedic/Rheumatology:  Subjective:  "I wear this
sling most of the time, but I'm going out next month."
    Hx: Bicep Tendon Rupture
        Orthopedic consult approved, inmate aware of time frame regarding appointment.  HSA notified of the above finding.
    229  Te Cora Ballom, RMD cosigned the foregoing on 6-18-14

230-232  6-9-14        Gaeton Galante, PA-C        CE  Sick call/Triage  Complaint 1: Med refill. c/o discomfort left arm.  He
has DJD.
    231   Exam: right arm in sling for torn bicept tendon.  Ortho appt in July 2014.
    PLAN: RENEW MEDICATION ORDERS Naproxen 500 mg tab - Indication - Nontraum rupture of other tendon
    232   Counseling: Access to care

14

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

---------------------------------------------------------------------------------------------------------

FROM: 10579062
TO:
SUBJECT: SF95_WrightCharlesAbstractB-Pt4
DATE: 01/25/2017 10:49:58 AM

* PART 4 OF ABSTRACT OF MEDICAL RECORD OF CHARLES W. WRIGHT, JR., PAGES 233-366 OF A 366 PAGE SET (SET "B")

BATES#   DATE        AUTHOR          DESCRIPTION/CONTENTS

233    6-4-14     R. Catoire, RN      Patient request sick call for renewal of CCC (Chronic Care Clinic) medication. Patient also has pain to left arm, denies injury.

234    5-15-14    Patricia Bradford, RN   CEAN for preventive care - fecal occult blood testing.
  235  5-15-14  Cosignature on the foregoing by Te Cora Ballom, RMD.

[236-237] 4-14-14      Gaeton Galante, PA-C    CE  Sick Call/Triage. Pain right arm. States that the pain is increasing over the past week. Inmate has decreased ROM with pain on rotation, flexion and extension. Pain is around the AC joint and the deltoid muscle. X-ray Feb 2014 shows mild AC joint DJD and bronchiectasis.
ASSESSMENT: Arthropathy, unspecified, 716.9 Current, Chronic, Initial
  237  Sling issued. Counseling, Access to care

238-239 3-7-14     Carol Autin, RN, IOP/IDC    CE  Follow-up encounter at Health Services. Soft skin tissue follow up.
  239  Counseling: Access to Care

[240-241]  2-26-14     Gaeton Galante, PA-C     CE Sick Call/Triage  Subjective: c/o pain in right arm. He has a known torn bicepts tendon. c/o an infection in axilla right arm.
  241  Naproxen prescribed: Indication: Nontrauma rupture of other tendon. Disposition: Follow up at sick call as needed. Counseling: Access to care.

[242]    2-26-14    D. Joffrion, RN         CEAN - Request for pain to right shoulder and complaint of new infection under same arm. Inmate was given appointment and seen by MLP.

243    2-26-14 Same as above except Sick Call/Triage scheduled for same day with MLP 03.

244    No perceived difference between this page and 243.
  245    2-26-14   D. Joffrion, RN        See Amendment. Amendment made to this note by D. Joffrion, RN.
  246    2-26-14    Gaeton Galante, PA-C    Cosign/Review. Reviewed by Galante.

247-248  2-14-14     Gerald Gerdes, OD      CE for Optometry
  249  Cosigned by Te Cora Ballom, RMD

[250-252]  2-11-14    Gaeton Galante, PA-C         CE Chief complaint - Pain. Subjective: c/o pain in right shoulder. States he fell on ice about 2 weeks ago. ....
  OBJECTIVE: Musculoskeletal: Right shoulder--the inmate has a "Popie"(sic) looking mass in the right arm close to the right elbow. There is also a bruise in this location. This is indicative of a ruptured bicept tendon. He has tenderness at the incertion of the bicept tendon on the shoulder.
  ASSESSMENT: .... Nontraum rupture of other tendon, 727.69 - Current, Temporary/Acute, Initial - Rupture of right bicept tendon from [Page 251] shoulder incertion.
  PLAN: New medication orders: Meloxicam tablet, 15mg orally, daily x90 days
  NEW RADIOLOGY REQUEST ORDERS: General Radiology-Shoulder-3 View x/Axillary [Right]  Frequency = 1 time. Due date 2-18-14. Priority: Routine
  NEW CONSULTATION REQUESTS: Orthopedic surgery: [due date and priority columns are blank]
  REASON FOR REQUEST: Right shoulder--the inmate has a "Poppie"(sic) looking mass in the right arm close to the right elbow. There is also a bruise in this location. this is indicative of a ruptured bicept tendon. He has tenderness at the incertion of the bicept tendon on the shoulder.
  PROVISIONAL DIAGNOSIS: Ruptured right bicept tendon.
  DISPOSITION: Follow up at sick call as needed:
  OTHER: Meds ordered, consult requested, x-ray requested.   15

15

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

--------------------------------------------------------------------------------------------------------

PATIENT EDUCATION TOPICS: Counseling, Access to Care

253    2-11-14    Joey McMicken, RN            CEAN Sick call/triage. Inmate complaining of right shoulder pain, knot in right axillary, and has black stricks on fingernails, infected 3rd toe right foot. Sick call/triage scheduled MLP 03 for the same day.

254-272 [These pages relate to matters prior to Plaintiff's arrival at Oakdale-1, and have little if any relevance to this litigation.]

273    12-10-13    Kerstin Ducote, RN            HEALTH SCREEN - Appears to be the standard screening for inmates arriving at Oakdale-1.
    277 Instructed inmate how to obtain medical, dental, and mental health care.
    278 Cosigned same day by Roger Jones, MD/CD
279-293 [These pages relate to matters prior to Plaintiff's arrival at Oakdale-1, and have little if any apparent relevance to this litigation.]

297-298    11-20-16    Misty Rios, FNP            INMATE INTRA-SYSTEM TRANSFER - Sensitive medical information for transport. Bolded drugs are required for transport. Known Over the Counter medications are listed. Pending appointments are listed. Allergies are listed - Penicillin, Aspirin. No data found for Devices/Equipment. Travel: Direct travel - No. Travel Restrictions is blank. "Universal Precautions" reminded, for transporting any inmate.

299-301    9-9-13 to 7-17-14    Debra Phillips, HIT        VITALS ALL  Summary list of vitals compiled by Phillips.

302    2013 to 2015        Debra Phillips, HIT        PPDs - compilation of 3 entries by Phillips.

303-304    2014            multiple            MEDICATION ADMINISTRATION RECORD - Appears to be pill line medications for February and March 2014. None are pain medications. Actually, this seems only to relate to Sulfamethoxazole/Trimeth 800mg/160mg tab.

305    9-9-13 to 7-17-14    Debra Phillips, HIT        DEVICES AND EQUIPMENT - Includes sling with a start date of 4-14-14 and eyeglasses 12-18-13.

306    9-9-13 to 7-17-14    Debra Phillips, HIT        FECAL OCCULT BLOOD -  All tests negative.

307    9-9-13            Tara Ross, RN/IDC/IOP        ALLERGIES - Allergy to mold and mold drugs through testing; also an allergy to aspirin.

308    9-11-13 to 6-17-14    Various            PATIENT EDUCATION ASSESSMENTS AND TOPICS - "Access to Care" is entered 6 times for this time period.

310-312    2013 to 2016        Various            HEALTH PROBLEMS - Nontraum rupture of other tendon (Code 727.69) is on page 311.

313-316    5-10-16            Shamekia Nwafor        VISION SCREEN

317-318    [outside date range, no apparent relevance]

[319]    6-9-14            Gaeton Galante, PA-C    MEDICAL DUTY STATUS - Temp lower bunk pass given for torn right bicept tendon, expiration date 12-9-14. Sling start date 4-14-14, eyeglasses start date 12-18-13.

[320]    4-14-14            Gaeton Galante, PA-C    MEDICAL DUTY STATUS - Mentions sling and eyeglasses, blank as to lower bunk pass.

[321]    9-11-13            Frank Molina, HSS        MEDICAL DUTY STATUS - No restrictions. No mention of eyeglasses or sling. No mention of anything under Housing Status or Physical Limitation/Restriction.

322-330  9-9-13 to 7-17-14  Debra Phillips, HIT        MEDICATION SUMMARY HISTORICAL - Meloxicam on page 324, Naproxen on page 325.

331-340  [Dental Health History Screen, various other docs, all outside date range]

16

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

--------------------------------------------------------------------------------------------------------

341    6-20-14    Mary Thomas, FNP-C    LAB REPORTS
   342    Review by Te Cora Ballom, RMD on 7-14-14; but scanned date of 6-27-14. Review date entered is probably wrong.

[343]    2-19-14    Sunita Nankoo, MD, reading radiologist    RADIOLOGY REPORT - RT. Shoulder Pain Shoulder: Findings and Conclusion: Negative except for mild ac jt djd bronciectasis. [Assumed to be readings of x-rays.]
   344    2-19-14    Te Cora Ballom    Reviewed by Te Cora Ballom, DO RMD

[345]    2-12-14    Dr. K. Russell, SCR MAST MD    URC - Request for Orthopedic granted; will be scheduled with outside contract specialist.

346    12-18-13 [date glasses received] Roberto Garza    ORDER FORM - To Unicor, for glasses

347    12-15-13    B. Harrell, RDH    INMATE REQUEST TO STAFF (COP-OUT) Request for routine dental care, ie..cleaning plates, etc... Ms. Harrell responds with stamp saying "Your name has been added to to both ["to both" is in handwriting, I'm not positive this is correct] waiting list. Watch call-outs."

[348]    9-9-13    J. Kelso, LVN    MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT
-
Provides for current medical problems, none of which involve right shoulder. Lists Medications Required for Care En Route, none of which are painkillers. Has a space for Additional Comments, in which allergies are mentioned. Has a space for special needs affecting transportation. Includes question about medical ability to travel by bus, van, car, airplane; ability to stay overnight at another facility en route to destination; Medical reasons for restricting length of time prisoner can be in travel status; Asks if prisoner requires any medical equipment while in transport status. Provides the phone and extension for the detention facility from which the prisoner departs.

349-356  [Outside date range, no apparent relevance.]

[357]    9-13-13    [can't read signature, no printed name] INITIAL AND CHANGE IN SENTRY CLASSIFICATION - Shows Regular Duty, Cleared to Work Food Service, Care Level CARE2.

358-362  [Out of date range, no apparent relevance.]

363    Appears to be a photocopy of Bates # 348.

[364]  9-9-13    T. Ross, RN    INTAKE SCREENING [MEDICAL] BP149 reviewed. Approved for transfers. No disability.

365  9-11-13    Dr. Letich Ligon, DDS, CDO    Clinical Dental Records. Space for "Recommended Treatment Plan" is blank.
   366  Reviewed and approved by Dr. Ligon on 9-11-13.
[END OF BATES STAMPED DOCUMENT SET.]

17

**Bureau of Prisons**
**Health Services**
**Medical Duty Status**

*Plaintiffs Exhibit "17"*

Reg #: 08410-379                    Inmate Name:   WRIGHT, CHARLES

**Housing Status**

___ confined to the living quarters except ___meals ___pill line ___treatments   Exp. Date: _____

___ on complete bed rest: ___ bathroom privileges only   Exp. Date: _____

X cell:  X cell on first floor ___ single cell  X lower bunk ___airborne infection isolation  Exp. Date:   09/01/2017

X other:  Meets BOP criteria for bottom bunk: torn right bicep tendon.   Exp. Date:   09/01/2017

**Physical Limitation/Restriction**

X  all sports   Exp. Date:   09/01/2017

___ weightlifting: ___upper body ___lower body   Exp. Date: _____

___ cardiovascular exercise: ___running ___jogging ___walking ___softball   Exp. Date: _____
   ___football ___basketball ___handball ___stationary equipment

X  other:  Must wear protective shoeware whever required by policy.   Exp. Date:   05/19/2021

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Eye Glasses | 08/09/2016 | | |
| Compression garment - leg | 02/24/2016 | | |
| Sling | 04/14/2014 | | |
| Eye Glasses | 12/18/2013 | | |

**Work Restriction / Limitation:**

Cleared for Food Service:   Yes

X  No Restrictions

**Comments:**  N/A

_____ Savant, Theresa FNP _____                    12/07/2016
Health Services Staff                    Date

Inmate Name: _____ WRIGHT, CHARLES _____   Reg #:   08410-379   Quarters:   P03

*ALL EXPIRATION DATES ARE AT 24:00*

Bureau of Prisons Plaintiffs Exhibit "18"
**Health Services**

**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WRIGHT, CHARLES | | | Reg #: | 08410-379 |
| Date of Birth: | ~~6/10/1954~~ | Sex: | M    Race: WHITE | Facility: | OAK |
| Note Date: | 08/30/2016 13:15 | Provider: | Peloquin, C. ANP-BC | Unit: | P03 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE  1**     **Provider:** Peloquin, C. ANP-BC

      Paperwork for 08/22/2016 Medical Trip to Doctor's Hospital at Deer Creek for Operative Report services of Dr.
      David DeLapp

      Preoperative Diagnoses
      Right Shoulder:
      1. Rotator cuff tear.
      2. Bony impingement syndrome with a prominent acromion.
      3. Undersurface AC joint spurs.
      4. Abnormal signal on the superior labrum.
      5. Subscapularis tendinopathy.
      6. Infraspinatus tendinopathy.

      Postoperative Diagnoses
      Right Shoulder:
      1. Supraspinatus rotator cuff tear.
      2. Infraspinatus rotator cuff tear.
      3. Type 1 SLAP tear.
      4. Partial-thickness anterior labral tear.
      5. Bony impingement syndrome with a prominent acromion.
      6. AC joint degenerative joint disease with undersurface spurring.

      Procedures
      Right shoulder arthroscopic:
      1. Supraspinatus tendon tear repair with double loaded Healix corkscrew suture anchor.
      2. Infraspinatus tendon tear repair with double loaded metallic DePuy-Mitek suture anchor.
      3. Resection partial-thickness anterior labral tear.
      4. Resection type 1 SLAP tear.
      5. Partial acromionectomy.
      6. Resection undersurface AC joint spurs.

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Peloquin, C. ANP-BC on 08/30/2016 13:41

BOP 0017

Bureau of Prisons *Plaintiff's Exhibit "19"*
**Health Services**
Clinical Encounter - Administrative Note

| Inmate Name: | WRIGHT, CHARLES | | | | Reg #: | 08410-379 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Race: WHITE | Facility: | OAK |
| Note Date: | 08/30/2016 12:54 | Provider: | | Peloquin, C. ANP-BC | Unit: | P03 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE 1**   **Provider:** Peloquin, C. ANP-BC

   Paperwork for 08/12/2016 Medical Trip Return from Orthopedic Center of Louisiana, LLC services of Dr. David DeLapp.

   Assessment:
   Right Shoulder
   1. Supraspinatus full thickness tear.
   2. Abnormal signal superior labrum.
   3. AC joint hypertrophy with inferior spur.
   4. Subscapularis tendinopathy.
   5. Infraspinatus tendinopathy.
   6. Questionable short head of the biceps tendon rupture.
   7. Obesity.

   Plan:
   1. We discussed various treatment options at great length with the patient including surgical versus nonsurgical intervention. Alternatives, risks, benefits and complications were thoroughly discussed. All questions were answered to the patient's full satisfaction. Patient wishes to proceed with right shoulder arthroscopic repair of full thickness supraspinatus rotator cuff tendon tear, resection versus repair of superior labral tear, partial acromionectomy and resection of undersurface AC joint osteophyte. I believe this represents informed consent.
   2. We discussed postoperative course including he will have to do his own physical therapy and gave the patient specific instructions that he understands and states he will be compliant with.
   3. He will need to wear a sling postoperatively for one month.
   4. He will be unable to lift, push or pull anything of any weight over approximately 2-3 pounds for the first 3 months.
   5. Contact the clinic if there are any further concerns or questions regarding the surgery.

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Peloquin, C. ANP-BC on 08/30/2016 13:16

BOP 0018

Bureau of Prisons
Health Services    Plaintiff's Exhibit "20"
Clinical Encounter

| Inmate Name: | WRIGHT, CHARLES | | | | Reg #: | 08410-379 |
|---|---|---|---|---|---|---|
| Date of Birth: | ~~05/16/1954~~ | Sex: | M | Race: WHITE | Facility: | OAK |
| Encounter Date: | 08/29/2016 09:50 | Provider: | Peloquin, C. ANP-BC | | Unit: | P03 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**    **Provider:** Peloquin, C. ANP-BC

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

**Subjective:** Complaints of popping to Right Shoulder starting last night; very painful; Hx of Arthroscopic Repair of Supra/Infraspinatus Tears with Metallic Suture Anchors X 2 on 8/22/16 services of Dr DeLapp; Arm Sling in use; Hasn't been taking Tylenol for pain

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 08/29/2016 10:07 |
| Location: | Shoulder-Right |
| Quality of Pain: | Deep |
| Pain Scale: | 6 |
| Intervention: | POC: Ibuprofen |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Days |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | Unsure |
| Relieving Factors: | Tylenol |
| Comments: | |

**ROS:**

**Musculoskeletal**
  **General**
      Yes: Shoulder Pain
      No: Within Normal Limits

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/29/2016 | 07:05 OAX | 97.3 | 36.3 | | Ducote, Kerstin RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/29/2016 | 07:05 OAX | 62 | | | Ducote, Kerstin RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/29/2016 | 07:05 OAX | 16 | Ducote, Kerstin RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

BOP 0019

Inmate Name:   WRIGHT, CHARLES
Date of Birth:   ▓▓▓▓▓▓▓
Encounter Date:  08/29/2016 09:50

Sex:      M     Race:  WHITE
Provider:  Peloquin, C. ANP-BC

Reg #:    08410-379
Facility:  OAK
Unit:      P03

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 08/29/2016 | 07:05 OAX | 123/84 | | | | Ducote, Kerstin RN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 08/29/2016 | 10:09 OAX | 70.0 | 177.8 | Peloquin, C. ANP-BC |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 08/29/2016 | 10:09 OAX | 217.0 | 98.4 | | Peloquin, C. ANP-BC |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Skin**

**General**

Yes: Tenderness

No: Within Normal Limits

**Wound**

Yes: Clean, Dry and Intact

**Head**

**General**

Yes: Atraumatic/Normocephalic

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Ears**

**Canal**

Yes: Within Normal Limits, Patent

**Nose**

**General**

Yes: Nares Patent, Turbinates Normal

**Mouth**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate

**Auscultation**

Yes: Regular Rate and Rhythm (RRR)

**Abdomen**

| Inmate Name:   WRIGHT, CHARLES | | | Reg #:   08410-379 |
| Date of Birth: | Sex:   M   Race:   WHITE | | Facility:   OAK |
| Encounter Date:   08/29/2016 09:50 | Provider:   Peloquin, C. ANP-BC | | Unit:   P03 |

**Exam:**

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Musculoskeletal**

**Shoulder**

Yes: Tenderness R, Decreased Range of Active Motion R, Decreased Range of Passive Motion R

No: Normal Exam R, Full Range of Motion R, Non-Tender on Palpation R, Normal Active ROM R, Normal Passive ROM R

**Gait**

Yes: Normal Gait

**ROS Comments**

Right Shoulder popping with pain starting last night; very painful; Hx of Arthroscopic Repair of Supra/Infraspinatus Tears with Metallic Suture Anchors X 2 on 8/22/16 services of Dr DeLapp; Arm Sling in use; Hasn't been taking Tylenol for pain

**Exam Comments**

Sutures to Right Shoulder related to Sx; removal on 09/05/2016

Awaiting Scheduling for Follow Up with Ortho

Reiterated:

Wear arm sling at all times X 1 month

Ice as needed

Regular checking circulation to fingers to Right with Color return in less than 3 seconds; if not report to Medical

Exercise fingers and wrist as tolerated

Dry dressing daily

**ASSESSMENT:**

Other specified postprocedural states, Z9889 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Ibuprofen Tablet | 08/29/2016 09:50 | 800 mg Orally - Two Times a Day x 7 day(s) |

**Indication:** Other specified postprocedural states

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 10/28/2016 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-HIV 1/2 | | | |
| Lab Tests - Short List-General-T4, Free | | | |
| Lab Tests - Short List-General-Microalbumin & Creatinine, Urine Random | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| **Labs requested to be reviewed by:** | Alexandre, Joel MD/CD | | |

**Supplies Issued:**

| Supply | Quantity | Date Issued |
|---|---|---|
| Bandaids | | 08/29/2016 |
| Cover Sutures in Shower | | |

| | | |
|---|---|---|
| Inmate Name:   **WRIGHT, CHARLES** | | Reg #:    08410-379 |
| Date of Birth: | Sex:    M    Race:  WHITE | Facility:  OAK |
| Encounter Date: 08/29/2016 09:50 | Provider:  Peloquin, C. ANP-BC | Unit:    P03 |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated Format | | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/29/2016 | Counseling | Plan of Care | Peloquin, C. | Verbalizes Understanding |

POC: Ibuprofen; Labs; Healthy Diet with Low Sodium, Exercise as Tolerated and Lose Weight; Return to Clinic as needed

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Peloquin, C. ANP-BC on 08/29/2016 15:29

BOP 0022

Bureau of Prisons
**Health Services** Plaintiff's Exhibit "21"
Clinical Encounter - Administrative Note

| Inmate Name: | WRIGHT, CHARLES | | | | Reg #: | 08410-379 |
|---|---|---|---|---|---|---|
| Date of Birth: | ~~[redacted]~~ | Sex: | M | Race: WHITE | Facility: | OAK |
| Note Date: | 08/29/2016 07:05 | Provider: | | Ducote, Kerstin RN | Unit: | P03 |

Admin Note - Scheduling Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE  1**    **Provider:** Ducote, Kerstin RN
    Shoulder started popping again last night. Very sore.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/29/2016 | 07:05 OAX | 97.3 | 36.3 | | Ducote, Kerstin RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/29/2016 | 07:05 OAX | 62 | | | Ducote, Kerstin RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/29/2016 | 07:05 OAX | 16 | Ducote, Kerstin RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/29/2016 | 07:05 OAX | 123/84 | | | | Ducote, Kerstin RN |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Sick Call/Triage | 08/29/2016 08:00 | MLP 04 |

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ducote, Kerstin RN on 08/29/2016 07:07

BOP 0023

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

Plaintiffs Exhibit "22"

| | |
|---|---|
| Inmate Name:   WRIGHT, CHARLES | |
| Date of Birth: | Sex:   M   Race:   WHITE |
| Encounter Date:   08/26/2016 11:00 | Provider:   Bradford, Patricia RN |

Reg #:   08410-379
Facility:   OAK
Unit:   P03

Nursing - Wound Care encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**      **Provider:** Bradford, Patricia RN

**Chief Complaint:** Dressing Changes
**Subjective:**   I came to have my dressing changed.
**Pain:**          Yes
**Pain Assessment**
**Date:**                    08/26/2016 11:02
**Location:**                Upper Arm-Right
**Quality of Pain:**         Sharp
**Pain Scale:**              4
**Intervention:**            rest
**Trauma Date/Year:**
**Injury:**
**Mechanism:**
**Onset:**                   <30 Minutes
**Duration:**                <30 Minutes
**Exacerbating Factors:**    when try lift the arm
**Relieving Factors:**       stop lifting
**Comments:**

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/26/2016 | 11:00 OAX | 97.7 | 36.5 | | Bradford, Patricia RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/26/2016 | 11:00 OAX | 53 | | | Bradford, Patricia RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/26/2016 | 11:00 OAX | 14 | Bradford, Patricia RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/26/2016 | 11:00 OAX | 133/85 | | | | Bradford, Patricia RN |

**Exam:**
**General**
**Affect**
Yes: Pleasant, Cooperative
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
**Skin**

| Inmate Name:   WRIGHT, CHARLES | | | Reg #:   08410-379 |
|---|---|---|---|
| Date of Birth: | Sex:   M   Race:   WHITE | | Facility:   OAK |
| Encounter Date:  08/26/2016 11:00 | Provider:  Bradford, Patricia RN | | Unit:   P03 |

## Exam:

**Operative Incision**
Yes: Approximated, Within Normal Limits, Scant drainage

**Eyes**
**General**
Yes: PERRLA, Extraocular Movements Intact

**Nose**
**General**
Yes: Nares Patent

**Lips**
**General**
Yes: Within Normal Limits

**Neck**
**General**
Yes: Within Normal Limits, Trachea Midline

**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits
No: Respiratory Distress

**Cardiovascular**
**Observation**
Yes: Within Normal Limits, Normal Rate

**Abdomen**
**Inspection**
Yes: Within Normal Limits

## Comments

Scope surgery to right shoulder,

## ASSESSMENT:

Skin Integrity, Alteration in

Inmate is s/p surgery to right shoulder to repair rotator cuff. This is the first dressing change since surgery. Dressing removed, drainage to gauze is old and dry. There are four small areas with stitches. Stitches are secure with no bleeding or drainage. Surrounding skin has been irritated by very sticky tape. Three areas have developed irritation and redness from the tape. Shoulder was cleaned with Dial soap and water and dried with gauze. Two large band aids covered the two larger wounds and a small band aid covers the small stitch. The irritations were cleaned with Betadine and covered with three small band aids. Inmate tolerated procedure well. Inmate provided additional band aids for showering and will return to health services for the weekend nurse to check.

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/26/2016 | Counseling | Access to Care | Bradford, Patricia | Verbalizes Understanding |
| 08/26/2016 | Counseling | Hand & Respiratory Hygiene | Bradford, Patricia | Verbalizes Understanding |

BOP 0025

| | | |
|---|---|---|
| Inmate Name: WRIGHT, CHARLES | Sex: M Race: WHITE | Reg #: 08410-379 |
| Date of Birth: | | Facility: OAK |
| Encounter Date: 08/26/2016 11:00 | Provider: Bradford, Patricia RN | Unit: P03 |

| Date Initiated Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|
| 08/26/2016 Counseling | Infection Prevention | Bradford, Patricia | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Bradford, Patricia RN on 08/26/2016 12:10
Requested to be cosigned by Alexandre, Joel MD/CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Peloquin, C. ANP-BC.
Review documentation will be displayed on the following page.

BOP 0026

**Bureau of Prisons**
**Health Services** Plaintiffs Exhibit "22" pt.2
**Cosign/Review**

| Inmate Name: | WRIGHT, CHARLES | | | Reg #: | 08410-379 |
|---|---|---|---|---|---|
| Date of Birth: | ~~00/00/0000~~ | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/26/2016 11:00 | Provider: | Bradford, Patricia RN | Facility: | OAK |

Cosigned by Alexandre, Joel MD/CD on 09/12/2016 10:18.

BOP 0027

**Bureau of Prisons**
**Health Services**  Plaintiff's Exhibit "23"
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: WRIGHT, CHARLES | | | | Reg #: 08410-379 |
| Date of Birth: 0■/■/■ | | Sex: M Race: WHITE | | Facility: OAK |
| Encounter Date: 08/23/2016 08:56 | | Provider: Thomas, Mary FNP-C | | Unit: P03 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Thomas, Mary FNP-C

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

**Subjective:** " I just had my shoulder surgery."

Presents to Health Services this am, is s/p right shoulder arthroscopic repair
supra/infraspinatus tears with metallic suture anchors x 2 on 8/22/2016, additional
hand written post procedures diagnoses are illegible, currently AAO x 3, NAD,
reports pain level is currently an 8/10, current treatment regimen is Naproxen
and Acetaminophen, inmate reports having a high pain tolerance, b/p was 152/86
upon return to the facility,all additional vital signs were stable with the exception of
pain level, the following discharge post-operative instructions were recommended;

-Items to report to  physician immediately;

-Temperatures of 101 or more.
-Persistent nausea and/or vomiting.
-Excessive pain and bleeding.
-Numbness, Tingling, or inability to move arm.

-If unable to urinate after 8 hours notify MD or ER.

-Activity; No AROM to operative extremity x 6 weeks
-Start x 3 months.
-Wear sling to operative extremity for 1 month.

Instructions;
-Always wear your arm sling (Sling x 1 month).
-Apply ice for 30 minutes three times a day for 3 days.
-Check circulation regularly by pressing finger of affected arm.
-Color should return in 3 seconds or call physician.
-Move fingers and wrist as much as possible.
-Remove dressing in 4 days, if there is still drainage after removal of dressing apply
 dry dressing daily.
-D/C sutures x 2 weeks.
-F/U Ortho 2 weeks.

Discharge instructions were discussed at great length with the inmate who
is agreeable with the above POC.

**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 08/23/2016 09:00 |
| **Location:** | Shoulder-Right |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 8 |
| **Intervention:** | See plan. |
| **Trauma Date/Year:** | |
| **Injury:** | |

| Inmate Name: | WRIGHT, CHARLES | | | | | Reg #: | 08410-379 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | | | Sex: | M | Race: WHITE | Facility: | OAK |
| Encounter Date: | 08/23/2016 08:56 | | Provider: | Thomas, Mary FNP-C | | Unit: | P03 |

**Mechanism:**

| | |
|---|---|
| **Onset:** | 1-2 Days |
| **Duration:** | 1-2 Days |
| **Exacerbating Factors:** | S/P right shoulder surgery. |
| **Relieving Factors:** | Naproxen and Acetaminophen. |
| **Comments:** | |

**ROS:**

**Musculoskeletal**

**General**

Yes: Shoulder Pain

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/22/2016 | 19:02 OAX | 97.8 | 36.6 | | Perkins, Elizabeth RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/22/2016 | 19:02 OAX | 86 | | | Perkins, Elizabeth RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/22/2016 | 19:02 OAX | 20 | Perkins, Elizabeth RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/22/2016 | 19:02 OAX | 152/86 | | | | Perkins, Elizabeth RN |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Peripheral Vascular**

**Arms**

Yes: Radial Pulse Normal R, Brachial Pulse Normal R, Capillary Refill Normal R

No: Capillary Refill Prolonged R

**Musculoskeletal**

BOP 0029

| Inmate Name: WRIGHT, CHARLES | | | Reg #: 08410-379 |
|---|---|---|---|
| Date of Birth: | Sex: M  Race: WHITE | | Facility: OAK |
| Encounter Date: 08/23/2016 08:56 | Provider: Thomas, Mary FNP-C | | Unit: P03 |

## Exam:

### Shoulder

Yes: Decreased Range of Active Motion, Decreased Range of Passive Motion

No: Full Range of Motion

### Exam Comments

Right shoulder and arm is in a sling, dressing is dry and intact,
old dried blood is assessed to the anterior aspect of the dressing,
able to freely move all fingers to right hand, no alteration in
circulation is assessed.

### ASSESSMENT:

Other specified postprocedural states, Z9889 - Current - *Will place consult for Orthopedist F/U, await additional medical documentation and revise POC as needed, continue pain medication as prescribed.*

### PLAN:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedist | 09/05/2016 | 09/05/2016 | Urgent | No | |

Subtype:

Offsite Appt, non-surgical

**Reason for Request:**

Presents to Health Services this am, is s/p Right shoulder arthroscopic repair
supra/infraspinatus tears with metallic suture anchors x 2, additional hand written
post procedures diagnoses are illegible, currently AAO x 3, NAD, reports pain
level is currently an 8/10, current treatment regimen is Naproxen and Acetaminophen,
inmate reports having a high pain tolerance, b/p was 152/86 upon return to the facility,
all additional vital signs were stable with the exception of pain level, the following
discharge post-operative instructions were recommended;

-F/U with Ortho in 2 weeks.
**Provisional Diagnosis:**

S/P Right shoulder arthroscopic repair supra/infraspinatus tears with metallic suture anchors x 2.

### New Non-Medication Orders:

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Suture Removal | One Time | | Please remove sutures to the operative site on 9/5/2016 (2 weeks post-op). | Thomas, Mary FNP-C |

### Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/23/2016 | Counseling | Plan of Care | Thomas, Mary | Verbalizes Understanding |

BOP 0030

| | | |
|---|---|---|
| Inmate Name: WRIGHT, CHARLES | | Reg #: 08410-379 |
| Date of Birth: ~~09/19/1957~~ | Sex: M Race: WHITE | Facility: OAK |
| Encounter Date: 08/23/2016 08:56 | Provider: Thomas, Mary FNP-C | Unit: P03 |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Thomas, Mary FNP-C on 08/25/2016 06:48

**Bureau of Prisons**
**Health Services** Plaintiff's Exhibit "24"
**Clinical Encounter**



| | |
|---|---|
| Inmate Name:   WRIGHT, CHARLES | Reg #:   08410-379 |
| Date of Birth:   0~~~~ | Sex:   M   Race:   WHITE | Facility:   OAK |
| Encounter Date:   08/22/2016 19:00 | Provider:   Perkins, Elizabeth RN   Unit:   P03 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

   **COMPLAINT  1**      **Provider:** Perkins, Elizabeth RN

   **Chief Complaint:** Joint Instability
   **Subjective:**   "I just got back from the hospital from having surgery on my shoulder"
   **Pain:**      No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/22/2016 | 19:02 OAX | 97.8 | 36.6 | | Perkins, Elizabeth RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/22/2016 | 19:02 OAX | 86 | | | Perkins, Elizabeth RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/22/2016 | 19:02 OAX | 20 | Perkins, Elizabeth RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/22/2016 | 19:02 OAX | 152/86 | | | | Perkins, Elizabeth RN |

**Exam:**
   **General**
      **Affect**
            Yes: Pleasant, Cooperative
            No: Agitated, Anxious
      **Appearance**
            Yes: Alert & Oriented to Person
            No: Appears in Pain, Pale, Diaphoretic
   **Skin**
      **Operative Incision**
            Yes: Within Normal Limits, Sutures
            No: Open wound, Small drainage
      **Vascular**
            Yes: Within Normal Limits
      **Color**
            Yes: Within Normal Limits
            No: Peripheral Cyanosis
      **Nails**
            Yes: Within Normal Limits
   **Face**

| | | | | |
|---|---|---|---|---|
| Inmate Name:   WRIGHT, CHARLES | | | | Reg #:   08410-379 |
| Date of Birth: | Sex:   M   Race:  WHITE | | | Facility:  OAK |
| Encounter Date:  08/22/2016 19:00 | Provider:  Perkins, Elizabeth RN | | | Unit:   P03 |

**Exam:**

**General**

Yes: Symmetric

No: Swelling

**Mouth**

**General**

Yes: Within Normal Limits

**Musculoskeletal**

**Wrist/Hand/Fingers**

Yes: Normal Exam R

**Gait**

Yes: Normal Gait R, Stance Phase Normal R

**ASSESSMENT:**

Skin Integrity, Alteration in

Inmate Wright #08410-379 returned from outside hospital. S/P Right shoulder Arthroscopic repair of tears. Wearing sling. Capillary refill

<3 seconds. Dsg. dry. Consult plan: sling X 1 mo.   No ROM X 6weks.

DC sutures 2 weeks and f/u ortho 2 weeks.

Instructed to always wear arm sling. Apply ice for 30 minutes three times a day for 3 days. Check circulation regularly by pressing fingernail of affected arm. Color should return in 3 seconds or report to medical services.

States he is not in pain now. Inmate Wright reports he has Tylenol and Naproxen for pain. This report called to on call MLP. No orders. To return to HSU in am for evaluation.

**PLAN:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 08/23/2016 08:00 | MLP 02 |
| FU post op orthoscopic shoulder surgery | | |

**Disposition:**

Follow-up in 12-24 Hours

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/22/2016 | Counseling | Post-operative Care | Perkins, Elizabeth | Verbalizes Understanding |
| 08/22/2016 | Counseling | Access to Care | Perkins, Elizabeth | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Perkins, Elizabeth RN on 08/22/2016 19:25

Requested to be cosigned by He, Dandan MD.

Cosign documentation will be displayed on the following page.

BOP 0033

**Bureau of Prisons**
**Health Services** Plaintiff's Exhibit "25"
**Clinical Encounter**

| | |
|---|---|
| Inmate Name:   WRIGHT, CHARLES | Reg #:   08410-379 |
| Date of Birth: | Sex:      M     Race:  WHITE     Facility:  OAK |
| Encounter Date:  08/12/2016 15:22 | Provider:  Peloquin, C. ANP-BC     Unit:     P03 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1     Provider:** Peloquin, C. ANP-BC

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

**Subjective:**     08/12/2016 Medical Trip Return from Orthopedic Center of Louisiana services Dr. DeLapp

No Paperwork on Return
XR and scheduling for Sx Right Shoulder
**Pain:**          No

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/12/2016 | 15:16 OAX | 98.0 | 36.7 | | Catoire, R. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/12/2016 | 15:16 OAX | 76 | | | Catoire, R. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/12/2016 | 15:16 OAX | 18 | Catoire, R. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/12/2016 | 15:16 OAX | 149/86 | | | | Catoire, R. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/12/2016 | 15:29 OAX | 98 | | Peloquin, C. ANP-BC |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 08/12/2016 | 15:29 OAX | 70.0 | 177.8 | Peloquin, C. ANP-BC |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/12/2016 | 15:29 OAX | 218.0 | 98.9 | | Peloquin, C. ANP-BC |

**Exam:**

**General**
  **Affect**
    Yes: Pleasant, Cooperative
  **Appearance**
    Yes: Alert and Oriented x 3
  **Skin**

| Inmate Name:   WRIGHT, CHARLES | | | Reg #:   08410-379 |
| Date of Birth: | Sex:   M   Race:   WHITE | | Facility:  OAK |
| Encounter Date:  08/12/2016 15:22 | Provider:  Peloquin, C. ANP-BC | | Unit:   P03 |

**Exam:**

**General**
Yes: Within Normal Limits, Skin Intact

**Head**
**General**
Yes: Atraumatic/Normocephalic

**Eyes**
**General**
Yes: PERRLA, Extraocular Movements Intact

**Ears**
**Canal**
Yes: Within Normal Limits, Patent

**Nose**
**General**
Yes: Nares Patent, Turbinates Normal

**Mouth**
**General**
Yes: Within Normal Limits

**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits

**Auscultation**
Yes: Clear to Auscultation

**Cardiovascular**
**Observation**
Yes: Within Normal Limits, Normal Rate

**Abdomen**
**Auscultation**
Yes: Normo-Active Bowel Sounds

**Musculoskeletal**
**Gait**
Yes: Favoring Gait

**ROS Comments**

Medical Trip Return from Orthopedic Center of Louisiana services Dr. DeLapp

**ASSESSMENT:**

Injury of shoulder and upper arm, unspecified, S4990XS - Current - *Right Rotator Cuff Tear*

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |

| Inmate Name: WRIGHT, CHARLES | | Reg #: 08410-379 |
| Date of Birth: | Sex: M    Race: WHITE | Facility: OAK |
| Encounter Date: 08/12/2016 15:22 | Provider: Peloquin, C. ANP-BC | Unit: P03 |

| Date Initiated Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|
| 08/12/2016    Counseling | Plan of Care | Peloquin, C. | Verbalizes Understanding |

POC: Healthy Diet with Low Sodium, Exercise as Tolerated and Lose Weight; Return to Clinic as needed

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Peloquin, C. ANP-BC on 08/12/2016 15:44

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #: 08410-379     Inmate Name: WRIGHT, CHARLES

Plaintiff's Exhibit "26"

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Dermatophytosis of unspecified site** <br> 10/20/2015 13:18 EST  Harvey, R. PA-C | III | ICD-9 | 110.9 | 10/20/2015 | Current | 10/20/2015 |
| **Hyperlipidemia, mixed** <br> 09/10/2013 10:22 EST  Garza, Roberto MD/CD | III | ICD-9 | 272.2 | 09/10/2013 | Current | 09/10/2013 |
| **Open angle with borderline findings** <br> 02/14/2014 12:49 EST  Gerdes, Gerald OD | III | ICD-9 | 365.01 | 02/14/2014 | Current | 02/14/2014 |
| **Hypertension, Unspecified essential** <br> 09/10/2013 10:21 EST  Garza, Roberto MD/CD | III | ICD-9 | 401.9 | 09/10/2013 | Current | 09/10/2013 |
| **Disturbances of vision** <br> 11/06/2013 10:04 EST  Garza, Roberto MD/CD <br> HAP <br> Mild allergic conj. <br> Dry eyes <br> Rx manifest <br> Art. tears/ hot towels <br> RTC in 1 yr or prn <br> refer to optometry consult for notes | III | ICD-9 | 438.7 | 11/06/2013 | Current | 11/06/2013 |
| **Hemorrhoids, internal without mention of comp** <br> 09/11/2013 11:36 EST  Garza, Roberto MD/CD | III | ICD-9 | 455.0 | 09/11/2013 | Current | 09/11/2013 |
| **Asthma, unspecified** <br> 09/10/2013 10:22 EST  Garza, Roberto MD/CD | III | ICD-9 | 493.90 | 09/10/2013 | Current | 09/10/2013 |
| **Constipation, unspecified** <br> 09/11/2013 11:36 EST  Garza, Roberto MD/CD | III | ICD-9 | 564.00 | 09/11/2013 | Current | 09/11/2013 |
| **Dermatitis/eczema due to unspecified cause** <br> 02/24/2016 13:16 EST  Moody, Rashauna ANP-BC <br> Dermatitis related to venous insufficiency | III | ICD-9 | 692.9 | 01/26/2016 | Current | 01/26/2016 |

Reg #: 08410-379                    Inmate Name: WRIGHT, CHARLES

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 01/27/2016 11:10 EST Thomas, Mary FNP-C | III | ICD-9 | 692.9 | 01/26/2016 | Current | 01/26/2016 |
| **Arthropathy, unspecified** | | | | | | |
| 04/14/2014 08:37 EST Galante, Gaeton PA-C | III | ICD-9 | 716.9 | 04/14/2014 | Current | 04/14/2014 |
| **Knee, Pain in joint, lower leg** | | | | | | |
| 01/27/2016 11:03 EST Thomas, Mary FNP-C | III | ICD-9 | 719.46 | 01/26/2016 | Current | 01/26/2016 |
| **Nontraum rupture of other tendon** | | | | | | |
| 02/26/2014 08:47 EST Galante, Gaeton PA-C | III | ICD-9 | 727.69 | 02/11/2014 | Current | 02/11/2014 |
| Rupture of right bicept tendon from shoulder incertion. | | | | | | |
| 02/11/2014 09:13 EST Galante, Gaeton PA-C | III | ICD-9 | 727.69 | 02/11/2014 | Current | 02/11/2014 |
| Rupture of right bicept tendon from shoulder incertion. | | | | | | |
| **Spasm of muscle** | | | | | | |
| 03/17/2015 10:26 EST Savant, Theresa FNP | III | ICD-9 | 728.85 | 03/17/2015 | Current | 03/17/2015 |
| left thigh, encouraged massage | | | | | | |
| **Rash and other nonspecific skin eruption** | | | | | | |
| 03/17/2015 10:26 EST Savant, Theresa FNP | III | ICD-9 | 782.1 | 03/17/2015 | Current | 03/17/2015 |
| appearance of cause from over-tight tennis shoe lacing advised to loosen lacings. | | | | | | |
| **Nerve root and plexus disorder** | | | | | | |
| 03/01/2016 15:25 EST Moody, Rashauna ANP-BC | | ICD-10 | G549 | 03/01/2016 | Current | |
| Ulnar nerve | | | | | | |
| **Age-related cataract** | | | | | | |
| 05/10/2016 15:00 EST Nwafor, Shamekia OD | | ICD-10 | H259 | 05/10/2016 | Current | |
| OU | | | | | | |
| **Hypermetropia** | | | | | | |
| 05/10/2016 15:00 EST Nwafor, Shamekia OD | | ICD-10 | H5200 | 05/10/2016 | Current | |
| **Presbyopia** | | | | | | |
| 05/10/2016 15:00 EST Nwafor, Shamekia OD | | ICD-10 | H524 | 05/10/2016 | Current | |
| **Disorder of vein, unspecified** | | | | | | |
| 02/24/2016 13:16 EST Moody, Rashauna ANP-BC | | ICD-10 | I879 | 02/24/2016 | Current | |
| Venous insufficiency | | | | | | |
| **Chronic rhinitis** | | | | | | |

Reg #: 08410-379                     Inmate Name: WRIGHT, CHARLES

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Other disorder of the skin and subcutaneous tissue** | | | | | | |
| 04/12/2016 11:42 EST   Savant, Theresa FNP | | ICD-10 | J310 | 04/12/2016 | Current | |
| 10/27/2016 13:50 EST   Savant, Theresa FNP | | ICD-10 | L988 | 10/27/2016 | Current | |
| multiple nevi, requesting removal. | | | | | | |
| **Cervicalgia** | | | | | | |
| 03/01/2016 15:25 EST   Moody, Rashauna ANP-BC | | ICD-10 | M542 | 03/01/2016 | Current | |
| **Injury of shoulder and upper arm, unspecified** | | | | | | |
| 08/12/2016 16:43 EST   Peloquin, C. ANP-BC | | ICD-10 | S4990X | 08/12/2016 | Current | |
| Right Rotator Cuff Tear | | | | | | |
| **Examination of eyes and vision** | | | | | | |
| 08/14/2014 14:55 EST   Nwafor, Shamekia OD | III | ICD-9 | V72.0 | 08/14/2014 | Current | 08/14/2014 |
| HTN: with no ocular complications OU | | | | | | |

**Resolved**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Other acute sinusitis** | | | | | | |
| 04/12/2016 11:42 EST   Savant, Theresa FNP | III | ICD-9 | 461.8 | 05/27/2015 | Resolved | 04/12/2016 |
| 05/27/2015 08:50 EST   Veals, K. FNP | III | ICD-9 | 461.8 | 05/27/2015 | Current | 05/27/2015 |
| **Cellulitis and abscess of toe, unspecified** | | | | | | |
| 02/23/2016 07:20 EST   SYSTEM | III | ICD-9 | 681.10 | 02/11/2014 | Resolved | 02/26/2014 |
| 02/26/2014 08:47 EST   Galante, Gaeton PA-C | III | ICD-9 | 681.10 | 02/11/2014 | Resolved | 02/26/2014 |
| 02/11/2014 09:00 EST   Galante, Gaeton PA-C | III | ICD-9 | 681.10 | 02/11/2014 | Current | 02/11/2014 |
| **Cellulitis and abscess of trunk** | | | | | | |
| 02/23/2016 07:20 EST   SYSTEM | III | ICD-9 | 682.2 | 02/26/2014 | Resolved | 03/07/2014 |
| 03/14/2014 09:17 EST   Autin, Carol RN, IOP/IDC | III | ICD-9 | 682.2 | 02/26/2014 | Resolved | 03/07/2014 |
| 02/26/2014 08:47 EST   Galante, Gaeton PA-C | III | ICD-9 | 682.2 | 02/26/2014 | Current | 02/26/2014 |
| **History of arthritis** | | | | | | |
| 10/27/2016 13:49 EST   Savant, Theresa FNP | III | ICD-9 | V13.4 | 09/11/2013 | Resolved | 10/27/2016 |
| 09/11/2013 11:34 EST   Garza, Roberto MD/CD | III | ICD-9 | V13.4 | 09/11/2013 | Current | 09/11/2013 |
| **Other specified postprocedural states** | | | | | | |
| 10/27/2016 13:49 EST   Savant, Theresa FNP | | ICD-10 | Z9889 | 08/24/2016 | Resolved | 10/27/2016 |
| Will place consult for Orthopedist F/U, await additional medical documentation and | | | | | | |
| revise POC as needed, continue pain medication as prescribed. | | | | | | |
| 08/24/2016 17:07 EST   Thomas, Mary FNP-C | | ICD-10 | Z9889 | 08/24/2016 | Current | |
| Will place consult for Orthopedist F/U, await additional medical documentation and | | | | | | |

Generated 11/18/2016 14:45 by Howard, Heather AHSA/RN          Bureau of Prisons - OAK

Reg #: 08410-379

Inmate Name: WRIGHT, CHARLES

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| revise POC as needed, continue pain medication as prescribed. | | | | | | |

**Total:** 29

Generated 11/18/2016 14:45 by Howard, Heather AHSARN

Bureau of Prisons - OAK

Page 4 of 4

BOP 0064



**Bureau of Prisons**
**Health Services**
**Medical Duty Status**

Plaintiff's Exhibit "27"

| Reg #: 08410-379 | Inmate Name: WRIGHT, CHARLES |
|---|---|

**Housing Status**

___ confined to the living quarters except ___ meals ___ pill line ___ treatments Exp. Date: _____

___ on complete bed rest: ___ bathroom privileges only Exp. Date: _____

X cell: ___ cell on first floor ___ single cell X lower bunk ___ airborne infection isolation Exp. Date: 09/01/2017

X other: Hx of torn right bicep tendon. Exp. Date: 09/01/2017

**Physical Limitation/Restriction**

___ all sports Exp. Date: _____

___ weightlifting: ___ upper body ___ lower body Exp. Date: _____

___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball Exp. Date: _____
___ football ___ basketball ___ handball ___ stationary equipment

X other: Must wear protective shoeware whever required by policy. Exp. Date: 05/19/2021

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Eye Glasses | 08/09/2016 | | |
| Compression garment - leg | 02/24/2016 | | |
| Sling | 04/14/2014 | | |
| Eye Glasses | 12/18/2013 | | |

**Work Restriction / Limitation:**

Cleared for Food Service: Yes _____

X No Restrictions

Comments: N/A

| Pelequin, C. ANP-BC | 08/09/2016 |
|---|---|
| Health Services Staff | Date |

Inmate Name: ____ WRIGHT, CHARLES ____ Reg #: 08410-379 Quarters: P03

*ALL EXPIRATION DATES ARE AT 24:00*

08/29/2016   10:30 DHDC                                    (FAX)3372309581          P.003/016

#08410-379

Doctor's Hospital at Deer Creek
815 South 10ᵗʰ Street
Leesville, Louisiana 71446
Phone: 337-392-5088   Fax: 337-392-4983

*Plaintiffs Exhibit "28"*

## OPERATIVE REPORT

PATIENT NAME: WRIGHT, CHARLES
ACCOUNT #: 10044392
DATE OF PROCEDURE: 08/22/2016
DATE OF BIRTH: ~~~~~~~~

### PREOPERATIVE DIAGNOSES
Right shoulder:
1. Rotator cuff tear.
2. Bony impingement syndrome with a prominent acromion.
3. Undersurface AC joint spurs.
4. Abnormal signal on the superior labrum.
5. Subscapularis tendinopathy.
6. Infraspinatus tendinopathy.

### POSTOPERATIVE DIAGNOSES
Right shoulder:
1. Supraspinatus rotator cuff tear.
2. Infraspinatus rotator cuff tear.
3. Type 1 SLAP tear.
4. Partial-thickness anterior labral tear.
5. Bony impingement syndrome with a prominent acromion.
6. AC joint degenerative joint disease with undersurface spurring.

SURGEON: David DeLapp, M.D.

### PROCEDURES
Right shoulder arthroscopic:
1. Supraspinatus tendon tear repair with double loaded Healix corkscrew suture anchor.
2. Infraspinatus tendon tear repair with double loaded metallic DePuy-Mitek suture anchor.
3. Resection partial-thickness anterior labral tear.
4. Resection type 1 SLAP tear.
5. Partial acromionectomy.
6. Resection undersurface AC joint spurs.

ANESTHESIA: General endotracheal anesthesia and interscalene block.

FAXED
AUG 2 3 2016
BY:

J. Alexandre', CD
AUG 3 0 2016
FCC Oakdale

8/30/16 Carol DeLay ANP-BC

Carol Palocoin ANP-BC
Health Services Unit
FCI/FDC Oakdale

Continued

PATIENT: Charles Wright
DOB:
OPERATIVE REPORT
PAGE 2

ESTIMATED BLOOD LOSS: Minimal.

COMPLICATIONS: None.

DETAILS OF PROCEDURE: The patient was taken to the operative suite, placed in the supine position and underwent general endotracheal anesthesia by the anesthesia team. The patient was given 1 gram of Kefzol IV for antibiotic prophylaxis. The patient was placed in the beach-chair position with a bump placed between the scapulae and was subsequently appropriately padded. The right upper extremity was prepped and draped in the usual sterile fashion.

After the anatomy was drawn onto the skin, a posterior portal site was made after going 2 cm distal, 1 cm medial from the posterolateral acromion. A stab wound was subsequently made and the trocar subsequently placed through the stab wound and into the subacromial space. The arthroscope was introduced, and the subacromial space was insufflated with normal saline. After thorough observation, the anterolateral portal was made 2 cm distal to the anterolateral edge of the acromion. The exact location was located with an 18-gauge spinal needle and was seen intra-articularly. A stab wound was subsequently made in the skin, and a blunt trocar was placed to establish a working portal site. Hemostasis was obtained with the electrocautery within the subacromial space throughout the case.

The Arthrotec electrocautery wand was introduced, and the underlying soft tissues on the undersurface of the acromion were resected. Pictures were taken of the subacromial impingement. The Acromionizer was subsequently used to debride the bony undersurface of the acromion in a tapered fashion in the usual manner. It appeared that an appropriate amount of bone was removed, and the acromioclavicular joint was not entered. Attempts were made to obtain pictures. The subacromial space was thoroughly irrigated, and all fluid that could be removed was removed. The Acromionizer was also used for resection of the undersurface of the AC joint spurs.

The scope was then introduced through the posterior portal into the glenohumeral joint. The joint was insufflated with normal saline. After thorough observation, the above diagnosis was noted. Through the anterolateral portal, with a combination of an ArthroWand and 4.0 full radius resector, the resection was undertaken of the type 1 SLAP tear, partial-thickness anterior labral tear, full-thickness tear on the supraspinatus and infraspinatus. With the use of the Acromionizer, this was used to lightly dust the cortex of the greater tuberosity. With the use of an 18-gauge spinal needle, two different portals were made anterolaterally and laterally. Placement of the suture anchors was performed. A working cannula was placed in the anterolateral portal. Sutures were

Continued





08/29/2016  10:31 DHDC                                    (FAX)3372389581              P.005/016

PATIENT: Charles Wright
DOB:
OPERATIVE REPORT
PAGE 3

subsequently passed. Double limbs of each anchor were subsequently passed through the
rotator cuff in the infraspinatus and supraspinatus and tied off and cut with good
anatomic re-apposition of the bony footprint. The scope was then placed back through
the posterior portal into the glenohumeral joint. The joint was insufflated with normal
saline. It was noted that the supraspinatus and infraspinatus had been repaired back into
their bony footprint. The joint was copiously irrigated. As much fluid that could be
removed was removed.

An 18-gauge spinal needle was inserted into the subacromial space. The skin edges were
re-apposed with simple interrupted 3-0 Nylon suture. A sterile Adaptic and bulky gauze
dressing was applied and secured with foam tape. The patient was extubated, transferred
to the bed and taken to the recovery room. The patient appeared to tolerate the procedure
well without apparent complications.

_____          _____
David DeLapp, M.D.                  Date and Time

DD/cmh

D:    08/22/2016 02:31:58 PM
T:    8/22/2016 9:25:22 PM

J. Alexandre', CD

AUG 3 0 2016

FCC Oakdale

FAXED

AUG 2 3 2016

BY:

08/29/2016    10:31 DHDC                                    (FAX)3372389581              P.006/016

08/16/2016 09:08 FAX  33723980              Orthopedic Center LLC                        Ø0001/0002

#08410-379                              Plaintiff's Exhibit "29"

**Orthopedic Center of Louisiana, LLC**
5406 Provine Place                                          Phone 337-230-8000
Alexandria, LA 71303                                        Fax 337-230-8003

WRIGHT, CHARLES            OCL010596            08/12/2016

PHYSICAL THERAPIST: none

INSURANCE: IMS

DATE OF BIRTH: ~~█████████~~

DATE OF INJURY: January 2014

CHIEF COMPLAINT:
Right shoulder.

HPI:
Patient is a 60-year-old right hand dominant male who six months prior sustained an injury when he slipped
on the ice in 01/2014. He complains of 8/10 sharp, throbbing, aching pain which wakes him from sleep.
Worse when raising his arm. He is now complaining of pain over the shoulder and states he cannot lift his
arm above a certain level without severe pain. He has not had any treatment for this. He is wearing a sling
for immobilization along with taking naproxen. He is a resident of the Oakdale federal prison. MRI was
ordered. The patient has filed a 1.5 million dollar lawsuit against the prison because he slipped and fell in
the prison.

PAST MEDICAL HISTORY:
Hypertension.

PAST SURGICAL HISTORY:
1.    Left knee.
2.    No complications with anesthesia.

MEDICATIONS:
1.    Amlodipine.
2.    Lipitor.
3.    Acetaminophen.
4.    Albuterol inhaler.
5.    Atorvastatin.
6.    Fluticasone.
7.    Hydrochlorothiazide.
8.    Naproxen.

ALLERGIES:
1.    Aspirin.
2.    Penicillin.

REVIEW OF SYSTEMS:
Constitutional: Normal. Eyes: Glasses. ENT: Hearing loss, ringing in ears. Cardiovascular: High blood
pressure. Respiratory: Normal. GI: Normal. GU: Normal. Skin: Normal. Psychiatric: Normal.
Hematologic: Normal.

FAMILY HISTORY:
Hypertension.

SOCIAL HISTORY:
Patient denies tobacco, alcohol use. Does not exercise regularly. Occupation is Oakdale federal prison
resident.

J. Alexandre', CD

AUG 30 2016

FCC Oakdale

Carol Paloquin ANP-BC
Health Services Unit
FCI/FDC Oakdale
8/30/16  Carol Poloquin  HOPE

Continued...Page 1 of 2              **SCANNED**

10044392 IM-                      818273      P/T-O/P
WRIGHT CHARLES                       M    62
DELAPP DAV        DELAPP DAV
RXP 08/22/16  R/D-█████

#8410-379          Plaintiff's Exhibit "30"

## Doctors Hospital At Deer Creek, L.L.C.

**Post-Operative Discharge Instructions**

**Shoulder Surgery**

Items to report to physician immediately:
- ✓ Temperatures of 101 or more
- ✓ Persistent nausea and/or vomiting
- ✓ Excessive pain and bleeding
- ✓ Numbness, Tingling, or inability to move arm

**Diet**

As tolerated

✓ **If unable to urinate after 8 hours notify MD or Emergency Room**

- ✓ ACTIVITY-NO ACTIVE RANGE OF MOTION TO OPERATIVE EXTREMITY FOR 1 MONTH
- ✓ WEAR SLING TO OPERATIVE EXTREMITY FOR 1 MONTH
- ✓

```
10044392 RM-            018173        P/T-O/P
WRIGHT CHARLES              M    62
DELAPP DAV         DELAPP DAV        SO
              EXP 08/22/16  B/D
```

**Follow-up Appointment:    Date/Time ___9__/_6__/_16__ @ __11__:_10____a.m.**
Patient to make own appointment in _____ weeks.
Dr. DeLapp_____    Office # ___239-8000_____

**Instructions:**
- ✓ Always wear your arm sling.
- ✓ Apply ice for 30 minutes three times a day for 3 days
- ✓ Check circulation regularly by pressing fingernail of affected arm. Color should return in 3 seconds or call physician.
- ✓ Move fingers and wrist as much as possible.
- ✓ Remove dressing in 4 days. If there is still drainage after removal of dressing apply dry dressing daily.

| DRUG | DOSAGE | FREQUENCY | INSTRUCTIONS | |
|------|--------|-----------|--------------|--|
|      |        |           |              |  |
|      |        |           |              |  |
|      |        |           |              |  |

**Treatment/Care & Comments:**
- ✓ May take as much as 6 months to return to full activity
- ✓ Take pain medications as prescribed
- ✓ Do **NOT** drive until off pain medications for 24 hours and can turn and look behind you without pain.

pch 8 - 30-16
Dr. Joel D. Alexandre
Clinical Director

8/25/2016 FnRC
Notheonas
M.T...... APPA-TNR-C
PCS Oakdale
RCI I PCI II

04/03/2015  13:13  Page  1 — CHRISTUS St. Frances Cabrini Hospital Radiology

**CHRISTUS**
**Central Louisiana Imaging Center**
**3704 North Blvd.**
**Alexandria, LA 71301**

# 08410-379

**Radiology Results**
**Signed**

Plaintiffs Exhibit "31"

Pt Name: WRIGHT,CHARLES
~~~~~~~/60 Y/M
MR: MF00700272
Acct: AF0001412693
Pt Location: AF.CLIC

Deliver To: GAETON R GALANTE, P.A.
915 3RD STREET
ALEXANDRIA, LA  71301

Exam Date & Time: 04/01/15   1330
Exam:
0401-0001 MRI/UPPER EXTREMITY JOINT W CONT
Exam CPT: 73222

Report #
RAD 0401-0405

Requisition#
15-0043663

MR arthrogram right shoulder 04/01/2015

History:  Right shoulder pain.  Fall.  Rotator cuff tear.

Technique:  Multiplanar, multisequence images were obtained of the right
shoulder post intra-articular injection of dilute gadolinium solution.

Findings:

Full-thickness tear of the anterior aspect of the supraspinatus with 2 cm
retraction.  Posterior aspect of the supraspinatus shows mild abnormal
bursal surface signal.  Abnormal bursal surface signal of the
infraspinatus.  Abnormal internal signal of the subscapularis.  Teres minor
tendon appears intact.  The long head biceps tendon and biceps anchor
appear intact.  Diminished expected size to the superior labrum with mild
abnormal internal signal.  Type 2 acromion is seen with mild AC joint
hypertrophy and reactive marrow changes.  No acute fracture or dislocation.
Extension of interarticular gadolinium into the subacromial/subdeltoid
bursal space.

Impression:

1. Full-thickness tear supraspinatus with mild retraction.

2. Tendinopathy of the subscapularis and infraspinatus.

3. Mild AC joint hypertrophy with inferior spur formation.

CC: GALANTE,GAETON R P.A.
Admitting Phy:
Ordering Phy: GALANTE,GAETON R P.A.
Attending Phy: GALANTE,GAETON R P.A.
Family Phy:

Patient Status: REG CLI
Admit Service Date: 04/01/15
Discharge Service Date:

Theresa Savant, FNP-~
FCC Oakdale
FCI1/FC~

Page 1 of 2

RADIOLOGY REPORT
Ordering Physician's copy

Report # RAD 0401-0405

**Bureau of Prisons**
**Health Services** Plaintiff's Exhibit "32"
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name:  WRIGHT, CHARLES | | Reg #:  08410-379 |
| Date of Birth: | Sex:  M   Race:  WHITE | Facility:  OAK |
| Encounter Date:  05/14/2015 09:34 | Provider:  Veals, K. FNP | Unit:  P04 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**      **Provider:** Veals, K. FNP

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

**Subjective:**   Presents to health services after medical trip return stating:  I just returned from Ortho clinic in Leesville.  I slipped on ice in front of pill window in Feb 2014 and injured right shoulder.  The doctor told me I have 3 things wrong with my right shoulder; tear to cartilage, tear to rotator cuff and a bone spur.  After I have surgery can I get my bottom bunk pass back.  I'm not worried about it now.  After the surgery I was told not to climb, push or pull.

Medical Surgery Order form from Orthopedic Center of Louisiana:  Procedure Description & Diagnosis are required for scheduling surgery.  Procedure Description: Right Shoulder Ortho repair full thickness supraspinates RTC tear, resect vs repair superior labral tear, PA , resect undersurface.

**Pain:**   No

**ROS:**

**Musculoskeletal**
**General**
Yes: Hx of Falls, Joint pain

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/12/2015 | 07:51 OAX | 97.1 | 36.2 | | Ducote, Kerstin RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/12/2015 | 07:51 OAX | 54 | | | Ducote, Kerstin RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/12/2015 | 07:51 OAX | 16 | Ducote, Kerstin RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/12/2015 | 07:51 OAX | 175/99 | | | | Ducote, Kerstin RN |

**Exam:**
**General**
**Affect**
Yes: Pleasant, Cooperative
**Appearance**
Yes: Alert and Oriented x 3
**Pulmonary**

| | | |
|---|---|---|
| Inmate Name: WRIGHT, CHARLES | | Reg #: 08410-379 |
| Date of Birth: | Sex: M    Race: WHITE | Facility: OAK |
| Encounter Date: 05/14/2015 09:34 | Provider: Veals, K. FNP | Unit: P04 |

## Exam:

**Observation/Inspection**
Yes: Within Normal Limits

**Cardiovascular**
**Observation**
Yes: Within Normal Limits

**Musculoskeletal**
**Gait**
Yes: Normal Gait

## ASSESSMENT:

Arthropathy, unspecified, 716.9 - Current, Chronic, Not Improved/Same - *Medical trip return from the Orthopedic clinic.*

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedic Surgery | 07/22/2015 | | Routine | No | |

**Subtype:**
Offsite Appt

**Reason for Request:**
A 60 y/o WM fell in front of pill window in Feb 2014 and injured right shoulder. Inmate returned from the orthopedic clinic in Leesville on 5/1/15 with Dx: RTC tear, and Labral tear. Recommending: R Shoulder Arthroscopy, Sling x1 month post op, Naprosyn BID.A 60 y/o WM fell in front of pill window in Feb 2014 and injured right shouMedical Surgery Order form from Orthopedic Center of Louisiana: Procedure Description & Diagnosis are required for scheduling surgery. Procedure Description: Right Shoulder Ortho repair full thickness supraspinates RTC tear, resect vs repair superior labral tear, PA , resect undersurface.lder. Inmate returned from the orthopedic clinic in Leesville on 5/1/15 with Dx: RTC tear, and Labral tear. Recommending: R Shoulder Arthroscopy, Sling x1 month post op, Naprosyn BID.

## Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

| | | |
|---|---|---|
| Inmate Name: WRIGHT, CHARLES | | Reg #: 08410-379 |
| Date of Birth: | Sex: M Race: WHITE | Facility: OAK |
| Encounter Date: 05/14/2015 09:34 | Provider: Veals, K. FNP | Unit: P04 |

**Copay Required:** No  **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Veals, K. FNP on 05/14/2015 09:56

**Bureau of Prisons** Plaintiffs Exhibit "33"
**Health Services**

## Clinical Encounter - Administrative Note

| | | | | | | Reg #: | 08410-379 |
|---|---|---|---|---|---|---|---|
| Inmate Name: | WRIGHT, CHARLES | | | | | | |
| Date of Birth: | | Sex: | M | Race: WHITE | | Facility: | OAK |
| Note Date: | 07/21/2014 14:23 | Provider: | | Galante, Gaeton PA-C | | Unit: | P04 |

Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**     **Provider:** Galante, Gaeton PA-C

This is not a gface to face encounter with the inmate. He was seen by Dr. DeLapp in Leesville and was diagnosed with a Right shoulder RCT and rupture of the long head bibep. Bicep does not need surgery. he wants a MRI Arthogram of the right shoulder and then a f/u in his office after the MRI is complete.

**New Consultation Requests:**

| **Consultation/Procedure** | **Due Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|
| Radiology | | | No | |

    **Reason for Request:**

       Need MRI Arthogram right shoulder.

He was seen by Dr. DeLapp in Leesville and was diagnosed with a Right shoulder RCT and rupture of the long head bibep. Bicep does not need surgery. he wants a MRI Arthogram of the right shoulder and then a f/u in his office after the MRI is complete.
    **Provisional Diagnosis:**
       Right shoulder RCT

Orthopedic Surgery                                                            No
    **Reason for Request:**
       Inmate needs a f/u appointment with Dr. DeLapp in leesville LA after his MRI right shoulder is complete.
    **Provisional Diagnosis:**
       Right shoulder RCT

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Galante, Gaeton PA-C on 07/21/2014 14:29

**WRI 0084**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

 Plaintiffs Exhibit "34"

| | | |
|---|---|---|
| Inmate Name: WRIGHT, CHARLES | | Reg #: 08410-379 |
| Date of Birth: | Sex: M Race: WHITE | Facility: OAK |
| Encounter Date: 07/18/2014 14:26 | Provider: Bradford, Patricia RN | Unit: P04 |

Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Bradford, Patricia RN

**Chief Complaint:** Other Problem
**Subjective:**   back from ortho appt
**Pain Location:**
**Pain Scale:**   0
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/18/2014 | 14:26 OAX | 98.2 | 36.8 | | Bradford, Patricia RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/18/2014 | 14:26 OAX | 68 | | | Bradford, Patricia RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/18/2014 | 14:26 OAX | 14 | Bradford, Patricia RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/18/2014 | 14:26 OAX | 130/78 | | | | Bradford, Patricia RN |

**Exam:**
**General**
**Affect**
Yes: Pleasant, Cooperative
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
**Skin**
**General**
Yes: Within Normal Limits
**Head**
**General**
Yes: Symmetry of Motor Function
**Eyes**

WRI 0085

Inmate Name:  WRIGHT, CHARLES
Date of Birth:
Encounter Date:  07/18/2014 14:26

Sex:  M  Race:  WHITE
Provider:  Bradford, Patricia RN

Reg #:  08410-379
Facility:  OAK
Unit:  P04

**Exam:**

**General**
Yes: PERRLA

**Nose**
**General**
Yes: Nares Patent

**Lips**
**General**
Yes: Within Normal Limits

**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits

**Cardiovascular**
**Observation**
Yes: Within Normal Limits

**Musculoskeletal**
**Shoulder**
No: Full Range of Motion

**ASSESSMENT:**

Other

Inmate return from ortho appt. Dx: right shoulder RCT, long head bicep rupture. Recommends MRI of right shoulder. Bicep does not need surgical intervention. Steroid injection given today, continue Naproxen 500mg.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/18/2014 | Counseling | Plan of Care | Bradford, Patricia | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Bradford, Patricia RN on 07/18/2014 14:33

**Bureau of Prisons**
**Health Services**
**Patient Education Assessments & Topics**

Plaintiff's Exhibit "35"

Reg #: 08410-379        Inmate Name: WRIGHT, CHARLES

## Assessments

| Assessment | Learns Best By | Format | Primary Language | Handout/Topic | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|---|---|

Total: 0

## Topics

| Date Initiated | | | | Outcome | | | Provider |
|---|---|---|---|---|---|---|---|
| 06/02/2015 | Medication | | | | Pharmacy No participation | | Hebert, Sarah |
| | Orig Entered: 06/02/2015 12:35 EST | Hebert, Sarah | Ciprofloxacin 500 MG Tab | | | | |
| 05/27/2015 | Counseling | | Access to Care | | Verbalizes Understanding | | Veals, K. |
| | Orig Entered: 05/27/2015 08:56 EST | Veals, K. | | | | | |
| 05/27/2015 | Counseling | | New Medication | | Verbalizes Understanding | | Veals, K. |
| | Orig Entered: 05/27/2015 08:56 EST | Veals, K. | | | | | |
| 05/27/2015 | Counseling | | Plan of Care | | Verbalizes Understanding | | Veals, K. |
| | Orig Entered: 05/27/2015 08:56 EST | Veals, K. | | | | | |
| 05/16/2015 | Medication | | Atorvastatin 20 MG TAB | | Pharmacy No participation | | Mayeaux, Jarryd |
| | Orig Entered: 05/16/2015 12:10 EST | Mayeaux, Jarryd | | | | | |
| 05/16/2015 | Medication | | amLODIPine 5 MG TAB | | Pharmacy No participation | | Mayeaux, Jarryd |
| | Orig Entered: 05/16/2015 12:10 EST | Mayeaux, Jarryd | | | | | |
| 05/15/2015 | Counseling | | Access to Care | | Verbalizes Understanding | | Alexandre, Joel |
| | Orig Entered: 05/15/2015 11:28 EST | Alexandre, Joel | | | | | |
| 05/12/2015 | Counseling | | Access to Care | | Verbalizes Understanding | | Veals, K. |
| | Orig Entered: 05/12/2015 13:01 EST | Veals, K. | | | | | |
| 05/12/2015 | Counseling | | Plan of Care | | Verbalizes Understanding | | Veals, K. |
| | Orig Entered: 05/12/2015 13:01 EST | Veals, K. | | | | | |
| 05/01/2015 | Counseling | | Access to Care | | Verbalizes Understanding | | Veals, K. |
| | Orig Entered: 05/01/2015 16:16 EST | Veals, K. | | | | | |
| 04/06/2015 | Counseling | | Plan of Care | | Verbalizes Understanding | | Mayeaux, Jarryd |
| | Orig Entered: 04/06/2015 15:03 EST | Mayeaux, Jarryd | | | | | |
| 03/17/2015 | Counseling | | Plan of Care | | Verbalizes Understanding | | Savant, Theresa |
| | Orig Entered: 03/17/2015 10:26 EST | Savant, Theresa | | | | | |

Reg #: 08410-379          Inmate Name: WRIGHT, CHARLES

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 12/01/2014 | Counseling | Access to Care | Verbalizes Understanding | Alexandre, Joel |
| | Orig Entered: 12/01/2014 14:23 EST Alexandre, Joel | | | |
| 11/18/2014 | Counseling | Access to Care | Verbalizes Understanding | Galante, Gaeton |
| | Orig Entered: 11/18/2014 08:53 EST Galante, Gaeton | | | |
| 11/18/2014 | Counseling | Access to Care | Verbalizes Understanding | Galante, Gaeton |
| | Orig Entered: 11/18/2014 08:53 EST Galante, Gaeton | | | |
| 10/30/2014 | Counseling | Plan of Care | Verbalizes Understanding | Nwafor, Shamekia |
| | Orig Entered: 10/30/2014 13:25 EST Nwafor, Shamekia | | | |
| 10/16/2014 | Medication | Lisinopril 20 MG Tab | Pharmacy No participation | Hebert, Sarah |
| | Orig Entered: 10/16/2014 13:02 EST Hebert, Sarah | | | |
| 10/16/2014 | Medication | Hydrochlorothiazide 25 MG Tab | Pharmacy No participation | Hebert, Sarah |
| | Orig Entered: 10/16/2014 13:02 EST Hebert, Sarah | | | |
| 10/15/2014 | Counseling | Plan of Care | Verbalizes Understanding | Thomas, Mary |
| | Orig Entered: 10/15/2014 15:30 EST Thomas, Mary | | | |
| 09/15/2014 | Medication | Hydrochlorothiazide 12.5 MG Cap | Pharmacy No participation | Hebert, Sarah |
| | Orig Entered: 09/15/2014 12:51 EST Hebert, Sarah | | | |
| 09/15/2014 | Medication | Tears, Artificial (Polyvinyl Alcohol 1.4 %) 15ML | Pharmacy No participation | Hebert, Sarah |
| | Orig Entered: 09/15/2014 12:51 EST Hebert, Sarah | | | |
| 09/15/2014 | Medication | Meloxicam 7.5 MG Tab | Pharmacy No participation | Hebert, Sarah |
| | Orig Entered: 09/15/2014 12:51 EST Hebert, Sarah | | | |
| 09/15/2014 | Medication | Lisinopril 10 MG Tab | Pharmacy No participation | Hebert, Sarah |
| | Orig Entered: 09/15/2014 12:51 EST Hebert, Sarah | | | |
| 09/08/2014 | Counseling | Access to Care | Verbalizes Understanding | Melendez, J. |
| | Orig Entered: 09/08/2014 11:30 EST Melendez, J. | | | |
| 08/14/2014 | Counseling | Other | Verbalizes Understanding | Nwafor, Shamekia |
| | Educated on importance of getting VF testing | | | |
| | Orig Entered: 08/14/2014 14:56 EST Nwafor, Shamekia | | | |
| 07/18/2014 | Counseling | Plan of Care | Verbalizes Understanding | Bradford, Patricia |
| | Orig Entered: 07/18/2014 15:33 EST Bradford, Patricia | | | |

**Total: 26**

Plaintiffs Exhibit "36"

05-01-'15 14:57 FROM- Orthopedic Ctr of LA   13372398003     T-514   P0001/0001 F-938

8/1
7,19
9458

## Doctor's Hospital at Deer Creek
Main # (337) 392-5088 Scheduling # (337) 392-4977 Fax # (337) 392-4982

# SURGERY ORDER FORM

#08410-379

Type of admit: ☑ Outpatient  ☐ Admit _____ days  ☐ 23 hour Observation  ☐ In-Patient

Surgery Date: ___/___/___              Surgeon: Dr. DeLapp

Pre-Registration Appt. I / B / D   Time _____   Post Op Appt. ___/___/___

Patient's Name: Charles Wright           Date of Birth: __ / __ / __

Patient's Address: _____
(Street Address/City/Sate/Zip)

Phone #(s) Home: ( ) _____ Work ( ) _____ Cell: ( ) _____

Social Security #: ___ - ___ - ___   Sex: _____

AUTH #: _____        Diabetic Patient: ☐ Yes ☐ No

*BOTH:* Procedure Description & Diagnosis are required for scheduling this surgery.

Procedure Description: ① shoulder arthro  ② post full thickness supraspinatus
RTC tear, resect vs repair superior labral tear, PA, resect undersurface
ACS osteophyte

| | | |
|---|---|---|
| 1) 846.4 | R C T | 29827 |
| (Diagnosis ICD-9 Code) | (Diagnosis Only) | (CPT Code) |
| 2) 846.6 | labral tear | 29807 |
| (Diagnosis ICD-9 Code) | (Diagnosis Only) | (CPT Code) |
| 3) 726.2 | B T S | 29826 |
| (Diagnosis ICD-9 Code) | (Diagnosis Only) | (CPT Code) |
| 726.9 | ACJ osteophyte | 29824 |
| (Diagnosis ICD-9 Code) | (Diagnosis Only) | (CPT Code) |

Case Comments: ☐ Left ☑ Right ☐ Upper ☐ Lower ☐ Bilateral ☐ Levels

Anesthesia Type: ☑ Per Anesthesiologist/CRNA

*LIST SPECIAL EQUIPMENT, SUPPLIES, OR INSTRUMENTS NEEDED FOR THIS CASE:*
_____
_____

5-13-15
JULY C. ALEXANDRE, MN
CI MCM DIRECTOR
FCC OAKDALE

H & P: ☐ Dictated  ☐ Hand Deliver  ☑ Fax
Clearance: ☑ not required  ☐ performed by _____ on ___/___/___

PHYSICIAN SIGNATURE _____  DATE 5-1-15

***PLEASE FAX A COPY OF THE FRONT & BACK OF THE PATIENT'S INSURANCE CARDS ALONG WITH THIS FORM!!***
(if the subscriber is not the patient, please provide the DOB & SSN of the subscriber. Thank You!!)

Insurance Cards: ☐ Faxed  Booked With: _____ Date: _____ Time: _____

*Updated December 30, 2014*                                    PAGE A

Reviewed
5/4/15
IL Woolf, FNPC

Oakdale FCI 1

WRI 0118

**Bureau of Prisons**
**Health Services**
**Consultation Request**

Plaintiffs Exhibit "37"

| | | |
|---|---|---|
| Inmate Name: WRIGHT, CHARLES | Reg #: 08410-379 | Complex: OAX |
| Date of Birth: | Sex: M | |

**Report of Consultation**

Inmate Name: WRIGHT, CHARLES
Date of Birth: 05/16/1954
Institution: OAKDALE FCI
1507 EAST WHATLEY ROAD
OAKDALE, Louisiana 71463
3183354070

Reg #: 08410-379
Sex: M

5/1/15

Dx: RTC Tear, Labral Tear

Recommending (R) Shoulder Arthroscopy

Sling x Tmc post op

Naprosyn BID

Reviewed by:
K. Wms FNP-C

Completed By:
5/1/15

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

5-14-15
JOEL D. ALEXANDRE, M.D.
CLINICAL DIRECTOR
FCC OAKDALE

WRI 0119

# 08410-379    5-16-54

07-24-'14 10:34 FROM- Orthopedic Center of LA    13372393003    T-863 R0009/0010 F-186

*FCI Oakdale*

## Orthopedic Center of Louisiana, LLC
500 South Sixth Street
Leesville, LA 71446

Phone 337-239-8000
Fax 337-239-8003

**WRIGHT, CHARLES**    OCL010598    **07/18/2014**

PHYSICAL THERAPIST: none

INSURANCE: IMS

DATE OF BIRTH:

DATE OF INJURY: January 2014

*Plaintiff's Exhibit "38"*

**CHIEF COMPLAINT:**
Right arm.

**HPI:**
Patient is a 60-year-old right hand dominant male who six months prior sustained an injury when he slipped on the ice in 01/2014. He complains of 8/10 sharp, throbbing, aching pain which wakes him from sleep. Worse when raising his arm. He is now complaining of pain over the shoulder and states he cannot lift his arm above a certain level without severe pain. He has not had any treatment for this. He is wearing a sling for immobilization along with taking naproxen. He is a resident of the Oakdale federal prison.

**PAST MEDICAL HISTORY:**
Per the chart.

**PAST SURGICAL HISTORY:**
Per the chart.

**MEDICATIONS:**
Per the chart.

**ALLERGIES:**
Per the chart.

**REVIEW OF SYSTEMS:**
Constitutional: Normal. Eyes: Normal. ENT: Normal. Cardiovascular: Normal. Respiratory: Normal. GI: Normal. GU: Normal. Skin: Normal. Psychiatric: Normal. Hematologic: Normal.

**FAMILY HISTORY:**
Per the chart.

**SOCIAL HISTORY:**
Per the chart.

**EXAMINATION:**
VITAL SIGNS: Height 5 feet 10 inches with shoes. Weight 211 pounds. Temperature 98.6F. BMI 30.3.
GENERAL: Alert and oriented, well developed and well nourished male in severe distress.
RESPIRATION: Unlabored.
RIGHT ARM: Positive long head of the biceps Popeye deformity with short head of the biceps still remaining intact. Pain with cross body abduction. Positive impingement symptoms. Pain across the rotator cuff with resistance but negative drop arm sign.
RANGE OF MOTION: Limited through range of motion. Severe pain through range of motion.
          AROM
Forward Flexion: 90 degrees
Abduction:      90 degrees

Gaeton R. Galante, P.A.
FCC Oakdale
OCT 16 2014

Continued...Page 1 of 2

#08410-379   5-16-54

FCI Oakdale

07-24-'14 10:34 FROM- Orthopedic Ctr of La 13372398003   ~ T-863 - P0010/0010 F-186

## Orthopedic Center of Louisiana, LLC

**WRIGHT, CHARLES**          OCLO10598          **07/18/2014**

Continuation:

**RADIOGRAPHIC EVALUATION:**
RIGHT ARM: Two views on 07/18/2014 dPemonstrate type II acromion with mild degenerative joint disease through the AC joint. No acute bony abnormalities.

**ASSESSMENT:**
Right shoulder injury after slipping on the ice in January with
1.    Long head of the biceps complete rupture of the insertion at the shoulder with Popeye deformity.
2.    Rotator cuff tear.
3.    Bony impingement syndrome.

**PLAN:**
1.    We discussed various treatment options at great length with the patient.
2.    We will obtain an MRI for further evaluation.
3.    He has been provided with a subacromial steroid injection here in clinic for pain and anti-inflammatory relief.
4.    Continue with the naproxen.
5.    He may wear the sling only to his comfort.
6.    Follow up in the clinic with the above MRI test results.


TIFFANY HAYES, PA-C                    DATE

As the attending physician, I personally participated in the history, examination, and treatment for this patient and I agree with this report.


JDD/egr
DD: 07/18/2014
DT: 07/18/2014

J. DAVID DELAPP, M.D., FAAOS          DATE

702_2716
Page 2 of 2

Gaeton R. Galante, P.A.
FCC Oakdale

OCT 16 2014

WRI 0129

FCC OAKDALE *Plaintiff's Exhibit "39"*

## UTILIZATION REVIEW DECISION

| Inmate: *Wright, Charles* | Reg. # *08410-379* |
|---|---|
| Unit: *Rap.1* | Date of Review: *7-31-14* |

Be advised your case was reviewed by the Utilization Review Committee on the above date.

The request for ____ *Orthopedic* ____ ,
has been:

☒ Approved and:
    ☐    Will be handled in-house.
    ☒    Will be scheduled with an outside contract specialist.
    *Consult to follow after MRI Completed.*

☐ Denied, your condition will continue to be monitored with ongoing treatment provided as necessary.

☐ Deferred, determined not medically necessary at this time, your condition will continue to be monitored and will be re-evaluated in _____
_____ .

☐ Forwarded to the Regional Medical Director for review.

Utilization Review Committee
Dr. K. Russell, SCR MAST MD
Chairman

cc: Inmate
    Medical File

FCC OAKDALE Plaintiff's Exhibit "40"

## UTILIZATION REVIEW DECISION

| Inmate: Wright, Charles | Reg.# 08410-379 |
| Unit: Rap. 1- | Date of Review: 7-31-14 |

Be advised your case was reviewed by the Utilization Review Committee on the above date.

The request for _____ Radiology _____,
has been:

☐ Approved and:
    ☐   Will be handled in-house.
    ☐   Will be scheduled with an outside contract specialist.

☐ Denied, your condition will continue to be monitored with ongoing treatment provided as necessary.

☐ Deferred, determined not medically necessary at this time, your condition will continue to be monitored and will be re-evaluated in _____
_____ .

☑ Forwarded to the Regional Medical Director for review.

Utilization Review Committee
Dr. K. Russell, SCR MAST MD
Chairman

cc: Inmate
    Medical File

FCI/FDC OAKDALE *Plaintiffs Exhibit "41"*

UTILIZATION REVIEW DECISION

| Inmate: Wright, Charles | Reg. #    08410-379 |
|---|---|
| Unit: Rapides 1 | Date of Review:   7/29/2014 |

Be advised your case was reviewed by the Utilization Review Committee on the above date.

The request for_____Orthopedic_____, has been:

☑  Approved and:

        Will be handled in-house.

        ☑  Will be scheduled with an outside contract specialist.

☐  Denied, your condition will continue to be monitored with ongoing treatment provided as necessary.

☐  Deferred, determined not medically necessary at this time, your condition will continue to be monitored and will be re-evaluated in _____ .

☐  Forwarded to the Regional Medical Director for review.

Utilization Review Committee
Dr. K. Russell, SCR MAST MD
Chairman

cc: Inmate
    Medical File

WRI 0138

#08410-379   5-16-54

FCI Oakdale

Plaintiff's Exhibit "42"

**Orthopedic Center of Louisiana, LLC**

| Sports Medicine | Spine | Joint Replacement | Pediatrics | Trauma | Hand | Foot | Fracture Care |

500. Sixth St. Ste. A Leesville, LA 71446      Phone: 337-239-8000      Fax: 337-239-8003
Dr. J. David DeLapp, M.D.,                                                        Tiffany Hayes, PA-C
Board Certified-FAAOS

7-18-14

Pt: Charles (Wright

DX: ⓑShoulder RCT, Long Head Bicep Rupture;
         Bony Impingement

- MRI ⓞShoulder ordered
- Bicep does not need surgical intervention
- Steroid injection given
- Continue Naprosyn 500mg
- F/u p MRI c̄ Test Results

Gaeton R. Galante, P.A.
FCC Oakdale

JUL 2 1 2014

WRI 0139

**Bureau of Prisons
Health Services
Cosign/Review**

Plaintiff's Exhibit "43"

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WRIGHT, CHARLES | Sex: | M | Reg #: 08410-379 |
| Date of Birth: | | | | Race: WHITE |
| Scanned Date: | 08/01/2014 10:33 | | | Facility: OAK |

**Reviewed by Ballom, Te Cora DO RMD on 11/03/2014 20:01.**

Integrated Medical Solutions

*Plaintiff's Exhibit "44"*

## Appointment

| | |
|---|---|
| Rescheduled | 04/03/2015 09:00 AM - Charles Wright (08410-379) - Orthopedic Center of LA LLC - Orthopedic Surgery - FCI Oakdale - CONSULT |
| Date | 01/27/2015    09:00 AM |
| Type | Offsite appointment |
| MRR | Wright, Charles - 08410-379 |
| Patient | Wright, Charles - 08410-379 |
| Provider | Orthopedic Center of LA LLC |
| Specialty | Orthopedic Surgery |
| Req. location | FCI Oakdale |
| Type of service | CONSULT |

☐BMP  ☐BUN  ☐CBC  ☐CMP  ☐Creatine  ☐CXR  ☐EKG  ☐HBT  ☐PTT

☐UA  ☐NPO  ☐Platelets  ☐PT  ☐Radiology/Films  ☐Bowel Prep  ☐Other

| | |
|---|---|
| Y-Reg | PENDING |
| Diagnosis | R/Shoulder RCT |
| Provider instructions | Ortho Center of LA<br>500 S. 6th, suite A<br>Leesville, LA 71446<br>PH: 337-239-8000 Sandy |
| Comments | Schedule after Radiology Consult<br>Radiology consult pending URC approval |
| Seen | PROV rescheduled |

## Claim types

| Type | Estimated cost | Received | Notes |
|---|---|---|---|
| No claim types. | | | |

<< Prev  1  Next >> +

## Documents

| Date | Category | Filename | Type | View | Download |
|---|---|---|---|---|---|
| 08/08/2014 | BEMR Consult | wright.pdf | PDF | View | Download |

<< Prev  1  Next >> +

## Other

Claims Audit

Integrated Medical Solutions

Plaintiff's Exhibit "45"

**Appointment**

| | |
|---|---|
| Date | 04/03/2015   09:00 AM |
| Type | Offsite appointment |
| MRR | Wright, Charles - 08410-379 - |
| Patient | Wright, Charles - 08410-379 - |
| Provider | Orthopedic Center of LA LLC |
| Specialty | Orthopedic Surgery |
| Req. location | FCI Oakdale |
| Type of service | CONSULT |

☐ BMP  ☐ BUN  ☐ CBC  ☐ CMP  ☐ Creatine  ☐ CXR  ☐ EKG  ☐ HBT  ☐ PTT

☐ UA  ☐ NPO  ☐ Platelets  ☐ PT  ☐ Radiology/Films  ☐ Bowel Prep  ☐ Other

| | |
|---|---|
| Y-Reg | PENDING |
| Diagnosis | R/Shoulder RCT |
| Provider Instructions | Ortho Center of LA<br>500 S. 6th, suite A<br>Leesville, LA 71446<br>PH: 337-239-8000 Sandy |
| Comments | Schedule after Radiology Consult<br>Radiology consult pending URC approval<br><br>I spoke lassetie on 3/26/15 @ 10:28am appointment needs to rescheduled the office is going to closed do to good Friday. |
| Seen | PROV rescheduled |
| Rescheduled from | 01/27/2015 09:00 AM - Charles Wright (08410-379) - Orthopedic Center of LA LLC - Orthopedic Surgery - FCI Oakdale - CONSULT |

**Claim types**

| Type | Estimated cost | Received | Notes |
|---|---|---|---|
| No claim types. | | | |

<< Prev  1  Next >> +

**Documents**

| Date | Category | Filename | Type | View | Download |
|---|---|---|---|---|---|
| 01/23/2015 | BEMR Consult | wright.pdf | PDF | View | Download |

<< Prev  1  Next >> +

**Other**

Claims Audit

Integrated Medical Solutions

Plaintiff's Exhibit "46"

**Appointment**

| | |
|---|---|
| Date | 05/01/2015  10:00 AM |
| Type | Offsite appointment |
| MRR | Wright, Charles - 08410-379 - |
| Patient | Wright, Charles - 08410-379 - |
| Provider | Orthopedic Center of LA LLC |
| Specialty | Orthopedic Surgery |
| Req. location | FCI Oakdale |
| Type of service | CONSULT |

☐ BMP ☐ BUN ☐ CBC ☐ CMP ☐ Creatine ☐ CXR ☐ EKG ☐ HBT ☐ PTT

☐ UA ☐ NPO ☐ Platelets ☐ PT ☐ Radiology/Films ☐ Bowel Prep ☐ Other

| | |
|---|---|
| Y-Reg | PB230013 |
| Diagnosis | R/Shoulder RCT |
| Provider instructions | Ortho Center of LA<br>500 S. 6th, suite A<br>Leesville, LA 71446<br>PH: 337-239-8000 Sandy |
| Comments | Schedule after Radiology Consult<br>Radiology consult pending URC approval<br><br>I spoke lassette on 3/26/15 @ 10:28am appointment needs to rescheduled the office is going to closed do to good Friday. |
| Seen | Yes |
| Rescheduled from | 04/03/2015 09:00 AM - Charles Wright (08410-379) - Orthopedic Center of LA LLC - Orthopedic Surgery - FCI Oakdale - CONSULT |

**Claim types**

| Type | Estimated cost | Received | Notes |
|---|---|---|---|
| Professional | 194.05 | Yes | 05/18/15 - Tiffany Hayes bd 5/28/15 inv 18254 |

<< : Prev   1   Next   >>   +

**Documents**

| Date | Category | Filename | Type | View | Download |
|---|---|---|---|---|---|
| 05/06/2015 | Clinical Notes | Wright, Charles.pdf | PDF | View | Download |
| 03/26/2015 | BEMR Consult | wright.pdf | PDF | View | Download |
| Add | | | | | |

<< : Prev   1   Next   >>   +

**Other**

Claims Audit

**Bureau of Prisons**
**Health Services** Plaintiff's Exhibit "47"
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name:  WRIGHT, CHARLES | | | Reg #:  08410-379 |
| Date of Birth: | Sex:    M    Race:  WHITE | | Facility:  OAK |
| Encounter Date:  03/01/2016 14:00 | Provider:  Moody, Rashauna ANP- | | Unit:    P04 |

Mid Level Provider - Chronic Care Follow up encounter performed at Health Services.

**SUBJECTIVE:**

   **COMPLAINT  1**       **Provider:** Moody, Rashauna ANP-BC

   Chief Complaint: ORTHOPEDIC/RHEUMATOLOGY

   **Subjective:**    I been having pain and numbness to the right elbow that travels down to my pinky finger. I
                have torn my right bicep tendon and right rotator cuff.  The Meloxicam only works for a short
                period of time. I been eating Tylenol at night I take about 3 at a time. The Meloxicam doesn't
                last me the whole month. I used to drive trucks and used to rest my right elbow and had this
                same pain the right pinky finger. I was told that the cartilage was wore down in my neck. Can I
                have my bottom bunk pass renewed?

   **Pain:**       Yes

   **Pain Assessment**
      **Date:**                   03/01/2016 14:10
      **Location:**               Multiple Locations
      **Quality of Pain:**        Pins and Needles
      **Pain Scale:**             7
      **Intervention:**           See plan
      **Trauma Date/Year:**
      **Injury:**
      **Mechanism:**
      **Onset:**                  2-6 Months
      **Duration:**               2-6 Months
      **Exacerbating Factors:**   Lifting
      **Relieving Factors:**      None
      **Comments:**

**ROS:**

   **General**
      **Constitutional Symptoms**
         No: Chills, Fever, Night Sweats
   **Musculoskeletal**
      **General**
         Yes: Elbow Pain, Joint pain, Muscle Aches, Neck Pain, Shoulder Pain, Stiffness
         No: Swelling

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/26/2016 | 08:02 OAX | 96.8 | 36.0 | | Autin, Carol RN, IOP/IDC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/26/2016 | 08:02 OAX | 60 | | | Autin, Carol RN, IOP/IDC |

**Respirations:**

WRI 0157

| Inmate Name: | WRIGHT, CHARLES | | | | | Reg #: | 08410-379 |
| Date of Birth: | | Sex: | M | Race: WHITE | | Facility: | OAK |
| Encounter Date: | 03/01/2016 14:00 | Provider: | Moody, Rashauna ANP- | | | Unit: | P04 |

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 02/26/2016 | 08:02 OAX | 18 | Autin, Carol RN, IOP/IDC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 02/26/2016 | 08:02 OAX | 147/89 | | | | Autin, Carol RN, IOP/IDC |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears in Pain, Writhing in Pain

**Neck**

**General**

Yes: Symmetric

**Musculoskeletal**

Yes: Tenderness, Paravertebral Tenderness on Palpation

No: Full ROM, Swelling, Muscle Spasms, Trauma, Midline Tenderness on Palpation, Step-offs

**Musculoskeletal**

**Shoulder**

Yes: Symmetric R, Tenderness R, Decreased Range of Active Motion R

No: Full Range of Motion R, Normal Active ROM R

**Elbow**

Yes: Full Range of Motion R, Symmetric R, Medial Epicondyle Tenderness R, Tenderness R, Decreased Range of Active Motion R

**Exam Comments**

Musculoskeletal: Very limited ROM of the cervical spine. + paraspinous musculature tenderness bilaterally of the cervical spine with increased tenderness to right paraspinous musculature. Tenderness of right elbow that follow the ulnar nerve distribution. Limited abduction of the right shoulder to appx 90 degrees with pain in the AC joint region.

**ASSESSMENT:**

Arthropathy, unspecified, 716.9 - Current

Cervicalgia, M542 - Current

Nerve root and plexus disorder, G549 - Current - *Ulnar nerve*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|-----|------------|------------|------------------|

WRI 0158

| Inmate Name: | WRIGHT, CHARLES | | | | Reg #: | 08410-379 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Race: WHITE | Facility: | OAK |
| Encounter Date: | 03/01/2016 14:00 | Provider: | Moody, Rashauna ANP- | | Unit: | P04 |

## New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Acetaminophen 325 MG Tablet | 03/01/2016 14:00 | 325 mg Orally - three times a day PRN x 180 day(s) -- 3 tablets (975 mg) three times daily as needed for breakthrough pain. D/C use of OTC Tylenol |

**Indication:** Arthropathy, unspecified, Nerve root and plexus disorder, Cervicalgia

## Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

## Other:

Bottom bunk renewed (for 6 months) chronic shoulder pain/rotator cuff injury/past history of bicep tendon rupture. At the end of encounter, inmate mentioned he would be out of prescription medications soon. Chart Review chronic care medications not due to expire until May 14, 2016. Has chronic care visit scheduled for May 2016.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/01/2016 | Counseling | Exercise | Moody, Rashauna | Verbalizes Understanding |

Rotator cuff exercises demonstrated and neck exercises demostatrated with hand outs provided. Ulnar exercises also given.

| 03/01/2016 | Counseling | Plan of Care | Moody, Rashauna | Verbalizes Understanding |
|---|---|---|---|---|

Tylenol 975 mg three times daily as needed for breakthrough pain. You are not to exceed 15 mg of Meloxicam daily.
Await call out for neck x-ray. MDS updated for bottom bunk for 6 months.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Moody, Rashauna ANP-BC on 03/01/2016 14:32

WRI 0159

**Bureau of Prisons**
**Health Services**    Plaintiff's Exhibit "48"
**Clinical Encounter - Administrative Note**

| Inmate Name: | WRIGHT, CHARLES | | | | Reg #: | 08410-379 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Race: WHITE | Facility: | OAK |
| Note Date: | 02/26/2016 08:02 | Provider: | Autin, Carol RN, IOP/IDC | | Unit: | P04 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE  1**    **Provider:** Autin, Carol RN, IOP/IDC
    I have numbness in my forearm and need to renew my bottom bunk pass.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/26/2016 | 08:02 OAX | 96.8 | 36.0 | | Autin, Carol RN, IOP/IDC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/26/2016 | 08:02 OAX | 60 | | | Autin, Carol RN, IOP/IDC |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/26/2016 | 08:02 OAX | 18 | Autin, Carol RN, IOP/IDC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/26/2016 | 08:02 OAX | 147/89 | | | | Autin, Carol RN, IOP/IDC |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Sick Call/Triage | 03/01/2016 10:00 | MLP 03 |

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Autin, Carol RN, IOP/IDC on 02/26/2016 08:06

WRI 0160



**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

Plaintiff's Exhibit "49"

| | |
|---|---|
| Inmate Name: **WRIGHT, CHARLES** | Reg #: 08410-379 |
| Date of Birth: | Sex: M Race: WHITE     Facility: OAK |
| Encounter Date: 02/24/2016 09:48 | Provider: Moody, Rashauna ANP-     Unit: P04 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**        **Provider:** Moody, Rashauna ANP-BC

        **Chief Complaint:** Skin Problem

        **Subjective:**     I came to follow-up on my leg rash. It has been there for about one year. The cream helped it
                 but it really never went away. I noticed they started around my ankles especially around the
                 left ankle and crept up my leg. When questioned about lower extremity edema, inmate reports
                 more swelling in the left lower leg intermittently.

                 Chart Review: Evaluated by MLP on 1/26/16 for bilateral lower extremity rash for one year
                 duration. Diagnosed with dermatitis and treated with Triamcinolone for 14 days as directed.
                 History of hypertension and hyperlipidemia.

        **Pain:**        No

**ROS:**

    **General**

        **Constitutional Symptoms**

             No: Chills, Fever, Night Sweats

    **Integumentary**

        **Skin**

             Yes: Rashes

             No: Pruritus

    **Cardiovascular**

        **Arteries and Veins**

             Yes: Varicose Veins

             No: Claudication, Phlebitis, Raynaud's Phenomenon, Hx DVT

        **General**

             Yes: Edema

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/19/2016 | 07:19 OAX | 97.2 | 36.2 | | Ducote, Kerstin RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/19/2016 | 07:19 OAX | 62 | | | Ducote, Kerstin RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/19/2016 | 07:19 OAX | 16 | Ducote, Kerstin RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

| Inmate Name: WRIGHT, CHARLES | | | | | | Reg #: 08410-379 | |
|---|---|---|---|---|---|---|---|
| Date of Birth: | | | Sex: M | Race: WHITE | | Facility: OAK | |
| Encounter Date: 02/24/2016 09:48 | | | Provider: Moody, Rashauna ANP- | | | Unit: P04 | |

| Date | Time | Value | Location | Position | Cuff Size | Provider | |
|---|---|---|---|---|---|---|---|
| 02/19/2016 | 07:19 OAX | 122/86 | | | | Ducote, Kerstin RN | |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears in Pain, Writhing in Pain

**Skin**

**General**

Yes: Dry, Skin Intact

**Lesions**

Yes: Macules

No: Papules, Plaques, Nodules, Wheals, Vesicles, Bullae, Pustules, Cysts, Erosions, Scaling, Asteatosis, Scars, Crusts, Burrows, Induration, Comedomes, Ulceration, Nevus/Nevi, Drainage, Excoriations, Necrosis, Follicular Lesion(s), Pressure Sore(s), Target Lesion(s), Fibroma, Tumor(s), Lipoma(s)

**Peripheral Vascular**

**General**

Yes: Varicosities L

**Exam Comments**

Peripheral vascular: Varicose veins noted to left medial malleolus of left ankle. No acute edema bilaterally. No calf tenderness.

Skin: Flat macular lesion to bilateral lower extremities that are hyperpigmented.

**ASSESSMENT:**

Dermatitis/eczema due to unspecified cause, 692.9 - Current - *Dermatitis related to venous insufficiency*

Disorder of vein, unspecified, I879 - Current - *Venous insufficiency*

**PLAN:**

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Therapy | One Time | | Please provide TED Hoes. | Moody, Rashauna ANP-BC |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Other:**

At the end of the exam, inmate was trying to discuss chronic care problems such as right shoulder pain and blurted out "I need my bottom bunk renewed; I hadn't had it in a long time and they are checking papers for bottom bunk." He was advised his chronic care issues and bottom bunk request was not going to be discussed and his visit was already concluded. MDS updated for compression TED Hoes.

**Patient Education Topics:**

| Date Initiated Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|

WRI 0162

| Inmate Name: WRIGHT, CHARLES<br>Date of Birth:<br>Encounter Date: 02/24/2016 09:48 | Sex:   M   Race: WHITE<br>Provider: Moody, Rashauna ANP- | Reg #:   08410-379<br>Facility: OAK<br>Unit:   P04 | |
|---|---|---|---|

| Date Initiated Format | | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/24/2016 | Counseling | Diagnosis | Moody, Rashauna | Verbalizes Understanding |
| Venous insufficiency | | | | |
| 02/24/2016 | Counseling | Plan of Care | Moody, Rashauna | Verbalizes Understanding |
| Low salt diet, walking, TED HOES, blood pressure control. | | | | |
| 02/24/2016 | Counseling | Plan of Care | Moody, Rashauna | Needs Reinforceme |

Your sick call visit has been concluded and chronic care concerns and request for bottom bunk were done when visit was concluded and will not be addressed today.

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Moody, Rashauna ANP-BC on 02/24/2016 12:21

WRI 0163

**Bureau of Prisons**
**Health Services**  Plaintiff's Exhibit "50"
**Medical Duty Status**

| Reg #:  08410-379 | Inmate Name:  WRIGHT, CHARLES |
|---|---|

**Housing Status**

___ confined to the living quarters except ___meals ___pill line ___treatments    Exp. Date: _____

___ on complete bed rest: ___bathroom privileges only    Exp. Date: _____

_X_ cell: ___cell on first floor ___single cell _X_lower bunk ___airborne infection isolation    Exp. Date: __09/01/2016__

_X_ other: __Hx of torn right bicep tendon.__    Exp. Date: __09/01/2016__

**Physical Limitation/Restriction**

___ all sports    Exp. Date: _____

___ weightlifting: ___upper body ___lower body    Exp. Date: _____

___ cardiovascular exercise: ___running ___jogging ___walking ___softball    Exp. Date: _____
___ ___football ___basketball ___handball ___stationary equipment

_X_ other: __Must wear protective shoeware whever required by policy.__    Exp. Date: __05/19/2021__

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Compression garment - leg | 02/24/2016 | | |
| Sling | 04/14/2014 | | |
| Eye Glasses | 12/18/2013 | | |

**Work Restriction / Limitation:**

Cleared for Food Service:  Yes _____

_X_ No Restrictions

**Comments:**  N/A

| Alexandre, Joel MD/CD | 05/05/2016 |
|---|---|
| Health Services Staff | Date |

| Inmate Name: __WRIGHT, CHARLES__ | Reg #: __08410-379__ | Quarters: __P03__ |
|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*

**Bureau of Prisons**
**Health Services** *Plaintiff's Exhibit "5"*
**Medical Duty Status**

Reg #: 08410-379                    Inmate Name: WRIGHT, CHARLES

**Housing Status**

___ confined to the living quarters except ___meals    ___pill line    ___treatments    Exp. Date: _____

___ on complete bed rest: ___bathroom privileges only                                    Exp. Date: _____

_X_ cell:  ___cell on first floor  ___single cell  _X_lower bunk  ___airborne infection isolation    Exp. Date: _09/01/2016_

_X_ other:  Hx of torn right bicept tendon.                                               Exp. Date: _09/01/2016_

**Physical Limitation/Restriction**

___ all sports                                                                          Exp. Date: _____

___ weightlifting:  ___upper body  ___lower body                                        Exp. Date: _____

___ cardiovascular exercise:  ___running  ___jogging  ___walking  ___softball           Exp. Date: _____
         ___football  ___basketball  ___handball  ___stationary equipment

___ other: _____                   Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Compression garment - leg | 02/24/2016 | | |
| Sling | 04/14/2014 | | |
| Eye Glasses | 12/18/2013 | | |

**Work Restriction / Limitation:**

Cleared for Food Service:  Yes _____

_X_ No Restrictions

**Comments:**  N/A

Moody, Rashauna ANP-BC                                          03/01/2016
Health Services Staff                                              Date

Inmate Name: _____ **WRIGHT, CHARLES** _____  Reg #: _08410-379_  Quarters: _P03_

*ALL EXPIRATION DATES ARE AT 24:00*

**Bureau of Prisons**
**Health Services** *Plaintiffs Exhibit "52"*
**Medical Duty Status**

Reg #:  08410-379                                    Inmate Name:  WRIGHT, CHARLES

**Housing Status**

___ confined to the living quarters except ___meals   ___pill line   ___treatments        Exp. Date: _____

___ on complete bed rest: ___bathroom privileges only                                   Exp. Date: _____

___ cell:  ___cell on first floor ___single cell  ___lower bunk  ___airborne infection isolation    Exp. Date: _____

_X_ other:  Temp bottom bunk pass given for torn right bicept tendon.                   Exp. Date: _____

**Physical Limitation/Restriction**

___ all sports                                                                          Exp. Date: _____

___ weightlifting:  ___upper body   ___lower body                                       Exp. Date: _____

___ cardiovascular exercise:  ___running  ___jogging  ___walking  ___softball           Exp. Date: _____
                              ___football  ___basketball  ___handball  ___stationary equipment

___ other: _____                              Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Compression garment - leg | 02/24/2016 | | |
| Sling | 04/14/2014 | | |
| Eye Glasses | 12/18/2013 | | |

**Work Restriction / Limitation:**

Cleared for Food Service:  Yes_____

_X_ No Restrictions

**Comments:**  N/A

Moody, Rashauna ANP-BC                                          **02/24/2016**

Health Services Staff                                              Date

Inmate Name: _____ **WRIGHT, CHARLES** _____ Reg #: __ **08410-379** __ Quarters: __ **P03** __

*ALL EXPIRATION DATES ARE AT 24:00*

Bureau of Prisons
Health Services
Clinical Encounter

 *Plaintiff's Exhibit "53"*

| | |
|---|---|
| Inmate Name:   WRIGHT, CHARLES | Reg #:   08410-379 |
| Date of Birth: | Sex:   M   Race:  WHITE       Facility:  OAK |
| Encounter Date: 04/14/2014 07:28 | Provider:  Galante, Gaeton PA-C   Unit:   P04 |

Sick Call/Triage encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**     **Provider:** Galante, Gaeton PA-C

**Chief Complaint:** Pain
**Subjective:**    pain right arm.  States that the pain is increasing over the past week.
**Pain Location:**
**Pain Scale:**
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/14/2014 | 07:30 OAX | 64 | | | Galante, Gaeton PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/14/2014 | 07:30 OAX | 18 | Galante, Gaeton PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/14/2014 | 07:30 OAX | 149/97 | | | | Galante, Gaeton PA-C |

**Exam:**
**General**
**Appearance**
Yes: Appears Well, Appears Distressed

Inmate failed to take his BP medication this morning.  Ck of BP hx is stable and WNL.
**Musculoskeletal**

Inmate has decreased ROM with pain on rotation, flexion and extension.  Pain is around the AC joint
and the deltoid muscle.  X-ray Feb 2014 shows mild AC joint DJD and bronchiectasis.
**ASSESSMENT:**

Arthropathy, unspecified, 716.9 - Current, Chronic, Initial

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed

**WRI 0236**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: WRIGHT, CHARLES | | | | Reg #: | 08410-379 |
| Date of Birth: | | Sex: M Race: WHITE | | Facility: | OAK |
| Encounter Date: 04/14/2014 07:28 | | Provider: Galante, Gaeton PA-C | | Unit: | P04 |

**Other:**

sling issued

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/14/2014 | Counseling | Access to Care | Galante, Gaeton | Verbalizes Understanding |

**Copay Required:** Yes      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Galante, Gaeton PA-C on 04/14/2014 07:43

WRI 0237

Bureau of Prisons
Health Services   Plaintiff's Exhibit "54"
Clinical Encounter



| Inmate Name: WRIGHT, CHARLES | | Reg #: 08410-379 |
|---|---|---|
| Date of Birth: | Sex: M Race: WHITE | Facility: OAK |
| Encounter Date: 02/26/2014 07:40 | Provider: Galante, Gaeton PA-C | Unit: P04 |

Sick Call/Triage encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**        **Provider:** Galante, Gaeton PA-C

**Chief Complaint:** Pain
**Subjective:**   c/o pain in right arm. He has a known torn bicepts tendon. c/o an infection in axilla right arm
**Pain Location:**
**Pain Scale:**
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/11/2014 | 06:54 OAX | 68 | | | McMickin, Joey D RN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/11/2014 | 06:54 OAX | 16 | McMickin, Joey D RN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/11/2014 | 06:54 OAX | 152/103 | | | | McMickin, Joey D RN |

Exam:
**General**
    **Appearance**
        Yes: Appears Well, NAD
**Skin**
    **General**
        Yes: Skin Intact, Dry

        he has a 5cm abscess just below the right axilla. It is erythematous and warm to touch. No drainage.

**ASSESSMENT:**

Cellulitis and abscess of toe, unspecified, 681.10 - Resolved, History/Resolved, Not Assessed

Cellulitis and abscess of trunk, 682.2 - Current, Temporary/Acute, Initial

Nontraum rupture of other tendon, 727.69 - Current, Chronic, Not Assessed

**PLAN:**

**WRI 0240**

| Inmate Name: WRIGHT, CHARLES | | | | Reg #: 08410-379 |
| Date of Birth: | | Sex: M   Race: WHITE | | Facility: OAK |
| Encounter Date: 02/26/2014 07:40 | | Provider: Galante, Gaeton PA-C | | Unit: P04 |

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
| --- | --- | --- | --- |
| | Naproxen Tablet | 02/26/2014 07:40 | 500mg Orally  -  Two Times a Day x 180 day(s) |

Indication: Nontraum rupture of other tendon

One Time Dose Given: No

| | Sulfamethoxazole/Trimeth DS 800-160 Mg Tablet | 02/26/2014 07:40 | 800-160mg Orally  -  Two Times a Day x 10 day(s) Pill Line Only |

Indication: Cellulitis and abscess of trunk

One Time Dose Given: No

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
| --- | --- | --- | --- |
| 128445-OAX | Meloxicam 15 MG Tab | 02/26/2014 07:40 | Take one tablet by mouth each day with food |

Discontinue Type:   When Pharmacy Processes
Discontinue Reason: new order written
Indication:

One Time Dose Given:

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

meds ordered

**Patient Education Topics:**

| Date Initiated Format | | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 02/26/2014 | Counseling | Access to Care | Galante, Gaeton | Verbalizes Understanding |

**Copay Required:** Yes        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Galante, Gaeton PA-C on 02/26/2014 07:51

WRI 0241

**Bureau of Prisons**  Plaintiffs Exhibit "55"
**Health Services**

## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | WRIGHT, CHARLES | | | | Reg #: | 08410-379 |
| Date of Birth: | | Sex: | M | Race: WHITE | Facility: | OAK |
| Note Date: | 02/26/2014 14:15 | Provider: | Joffrion, D. RN | | Unit: | P04 |

Sick Call/Triage encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**        **Provider:** Joffrion, D. RN

Request for pain to right shoulder and complaint of new infection under same arm.  Inmate was given appointment and seen by MLP.

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Joffrion, D. RN on 02/26/2014 14:17

**WRI 0242**

**Bureau of Prisons**
**Health Services**    
**Clinical Encounter**

| Inmate Name: WRIGHT, CHARLES | | Reg #: 08410-379 |
|---|---|---|
| Date of Birth: ~~████████~~ | Sex: M    Race: WHITE | Facility: OAK |
| Encounter Date: 02/11/2014 07:53 | Provider: Galante, Gaeton PA-C | Unit: P04 |

Sick Call/Triage encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT  1**    **Provider:** Galante, Gaeton PA-C

        **Chief Complaint:** Pain
        **Subjective:**    c/o pain in right shoulder.  States he fell on ice about 2 weeks ago.
                        c/o infected toe on right foot.
        **Pain Location:**
        **Pain Scale:**
        **Pain Qualities:**
        **History of Trauma:**
        **Onset:**
        **Duration:**
        **Exacerbating Factors:**
        **Relieving Factors:**
        **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/11/2014 06:54 OAX | | 68 | | | McMickin, Joey D RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/11/2014 | 06:54 OAX | 16 | McMickin, Joey D RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/11/2014 06:54 OAX | | 152/103 | | | | McMickin, Joey D RN |

**Exam:**

    **General**

        **Appearance**
            Yes: Appears Well, NAD

    **Skin**

        3rd toe on right foot is infected.  There is erythema and warmth to touch and the toe is tender.  No
        drainage.  Total area is 2cm.
        He has a 5cm infected area inthe right axella.  Pos erythema and warm to touch with tenderness.  No
        drainage.

    **Musculoskeletal**

        Right shoulder--the inmate has a "Popie" looking mass in the right arm close to the right elbow.  There
        is also a bruse in this location.  This is indicative a a ruptured bicept tendon.  He has tenderness at the
        incertion of the bicept tendon on the shoulder.

**ASSESSMENT:**

        Cellulitis and abscess of toe, unspecified, 681.10 - Current, Temporary/Acute, Initial

        Nontraum rupture of other tendon, 727.69 - Current, Temporary/Acute, Initial - *Rupture of right bicept tendon from*

WRI 0250

| Inmate Name: WRIGHT, CHARLES | | | | Reg #: 08410-379 |
| Date of Birth: | Sex: M | Race: WHITE | | Facility: OAK |
| Encounter Date: 02/11/2014 07:53 | Provider: Galante, Gaeton PA-C | | | Unit: P04 |

*shoulder incertion.*

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Sulfamethoxazole/Trimeth DS 800-160 Mg Tablet | 02/11/2014 07:53 | 800-160mg Orally - Two Times a Day x 10 day(s) Pill Line Only |

       **Indication:** Cellulitis and abscess of toe, unspecified

        **One Time Dose Given:** No

| | Meloxicam Tablet | 02/11/2014 07:53 | 15mg Orally - daily x 90 day(s) |
|---|---|---|---|

       **Indication:** Nontraum rupture of other tendon

        **One Time Dose Given:** No

### New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Shoulder-3 View x/ Axillary [Right] | One Time | | 02/18/2014 | Routine |

     **Specific reason(s) for request (Complaints and findings):**

       Ruptured bicept tendon...R/O boney damage

### New Consultation Requests:

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Orthopedic Surgery | | | No | |

     **Reason for Request:**

     Right shoulder--the inmate has a "Poppie" looking mass in the right arm close to the right elbow.  There is also a bruse in this location.  This is indicative a a ruptured bicept tendon.  He has tenderness at the incertion of the bicept tendon on the shoulder.

     **Provisional Diagnosis:**

     Ruptured right bicept tendon

### Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 02/24/2014 00:00 | IOP/IDC |

     left 3rd toe infected
     right axella abscess.

### Disposition:

Follow-up at Sick Call as Needed

### Other:

meds ordered
consult requested
x-ray requested

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/11/2014 | Counseling | Access to Care | Galante, Gaeton | Verbalizes Understanding |

WRI 0251

| Inmate Name: | WRIGHT, CHARLES | | | | Reg #: | 08410-379 |
Date of Birth: ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ Sex: M Race: WHITE   Facility: OAK
Encounter Date: 02/11/2014 07:53 Provider: Galante, Gaeton PA-C   Unit: P04

| **Date Initiated Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|

**Copay Required:** Yes  **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Galante, Gaeton PA-C on 02/11/2014 08:21

WRI 0252

**Bureau of Prisons**
**Health Services**
**Medical Duty Status**

Plaintiffs Exhibit "57"

| Reg #: 08410-379 | Inmate Name: WRIGHT, CHARLES |
|---|---|

**Housing Status**

___ confined to the living quarters except ___ meals ___ pill line ___ treatments    Exp. Date: _____

___ on complete bed rest: ___ bathroom privileges only    Exp. Date: _____

X cell: ___ cell on first floor ___ single cell X lower bunk ___ airborne infection isolation    Exp. Date: 12/09/2014

X other: Temp bottom bunk pass given for torn right bicept tendon.    Exp. Date: _____

**Physical Limitation/Restriction**

___ all sports    Exp. Date: _____

___ weightlifting: ___ upper body ___ lower body    Exp. Date: _____

___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball    Exp. Date: _____
___ football ___ basketball ___ handball ___ stationary equipment

___ other: _____    Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Sling | 04/14/2014 | | |
| Eye Glasses | 12/18/2013 | | |

**Work Restriction / Limitation:**

Cleared for Food Service: Yes _____

X No Restrictions

**Comments:** N/A

| Galante, Gaeton PA-C | 06/09/2014 |
|---|---|
| Health Services Staff | Date |

| Inmate Name: | WRIGHT, CHARLES | Reg #: | 08410-379 | Quarters: | P03 |
|---|---|---|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*



**Bureau of Prisons**
**Health Services**
**Medical Duty Status**

Plaintiff's Exhibit "58"

Reg #: 08410-379 Inmate Name: WRIGHT, CHARLES

**Housing Status**

__ confined to the living quarters except __meals __pill line __treatments Exp. Date: ________

__ on complete bed rest: __bathroom privileges only Exp. Date: ________

__cell: __cell on first floor __single cell __lower bunk __airborne infection isolation Exp. Date: ________

__ other: ________ Exp. Date: ________

**Physical Limitation/Restriction**

__ all sports Exp. Date: ________

__ weightlifting: __upper body __lower body Exp. Date: ________

__ cardiovascular exercise: __running __jogging __walking __softball Exp. Date: ________
__football __basketball __handball __stationary equipment

__ other: ________ Exp. Date: ________

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Sling | 04/14/2014 | | |
| Eye Glasses | 12/18/2013 | | |

**Work Restriction / Limitation:**

Cleared for Food Service: Yes

X No Restrictions

**Comments:** N/A

**Galante, Gaeton PA-C** **04/14/2014**
Health Services Staff Date

Inmate Name: **WRIGHT, CHARLES** Reg #: **08410-379** Quarters: **P03**

***ALL EXPIRATION DATES ARE AT 24:00***

**Bureau of Prisons**
**Health Services** Plaintiffs Exhibit "59"
**Medical Duty Status**

| Reg #:  08410-379 | Inmate Name:  WRIGHT, CHARLES |
|---|---|

**Housing Status**

___ confined to the living quarters except ___meals   ___pill line  ___treatments     Exp. Date: _____

___ on complete bed rest:     ___bathroom privileges only               Exp. Date: _____

___ cell:  ___cell on first floor  ___single cell  ___lower bunk  ___airborne infection isolation    Exp. Date: _____

___ other: _____                   Exp. Date: _____

**Physical Limitation/Restriction**

___ all sports                                                     Exp. Date: _____

___ weightlifting:  ___upper body   ___lower body                Exp. Date: _____

___ cardiovascular exercise:  ___running  ___jogging  ___walking  ___softball     Exp. Date: _____
                    ___football  ___basketball  ___handball  ___stationary equipment

___ other: _____                   Exp. Date: _____

**May have the following equipment in his / her possession:**

**Work Restriction / Limitation:**

Cleared for Food Service:  Yes _____

_X_ No Restrictions

**Comments:**  N/A

| Molina, Frank HSS | 09/11/2013 |
|---|---|
| Health Services Staff | Date |

| Inmate Name: | **WRIGHT, CHARLES** | Reg #: | **08410-379** | Quarters: | **P03** |
|---|---|---|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*

WRI 0321

*Plaintiff's Exhibit "60"*

# DIANAssociates

PRIME : EMTEC
UNIVERSITY OF MARYLAND
RADIOLOGY REPORT

**PATIENT NAME:**          WRIGHT CHARLES
**DATE OF BIRTH:**
**PATIENT NUMBER:**        08410-379
**REF. PHYSICIAN:**
**INSTITUTION NAME:**      FCI Oakdale
**EXAM DATE:**             2014/02/19 14:36
**OBSERVATION DATE:**      2014/02/19 15:16
**EXAM TYPE:**             RT. SHOULDER PAIN SHOULDER
**READING RADIOLOGIST:** Sunita Nankoo          , MD

**HISTORY and STUDY COMMENTS**

RT. SHOULDER PAIN Shoulder

**FINDINGS AND CONCLUSION**

Negative except for: mild ac jt djd bronchiectasis

Findings and Conclusion ----------------------- Negative except for: mild ac jt djd
bronchiectasis

**FEB 1 9 2014**

Carl Phillips APRN FNP-C
FCC Oakdale

2-19-14



FCC OAKDALE Plaintiff's Exhibit "61"

## UTILIZATION REVIEW DECISION

| Inmate: Wright, Charles | Reg. # 08410-379 |
|---|---|
| Unit: Rap 1 | Date of Review: 2/12/14 |

Be advised your case was reviewed by the Utilization Review Committee on the above date.

The request for _____ Orthopedic _____, has been:

☑ Approved and:
      ☐ Will be handled in-house.
      ☑ Will be scheduled with an outside contract specialist.

☐ Denied, your condition will continue to be monitored with ongoing treatment provided as necessary.

☐ Deferred, determined not medically necessary at this time, your condition will continue to be monitored and will be re-evaluated in _____ _____ .

☐ Forwarded to the Regional Medical Director for review.

Utilization Review Committee
Dr. K. Russell, SCR MAST MD
Chairman

cc: Inmate
     Medical File

MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT   Plaintiff's Exhibit "62"
U.S. Department of Justice

| I. PRISONER/ALIEN | | | |
|---|---|---|---|

TB Clearance ☒ Yes ☐ No

1. DPPD Completed 3/14/13
   Date
   Results  Ou

2. CXR Completed _____
   Date
   Results _____

3. Health Authority
   J. Kelso, LVN
   Clearance _____
   _____ 9/9/13
   Sign        Date
   Note: Date liste above must be
   within one year of transfer.

Name  Wright Charles
Prisoner/Alien Reg. #  08410379
D.O.B. _____

Departed From:  JCdt
Date Departed  9-9-13

Destination _____
Reason for Transfer _____

Dist. Name _____
Dist. # _____
Date in Custody _____

**II. Current Medical Problems**
1. HLD
2. H+a
3. asthma
4. _____
5. _____
6. _____

| Medication | Dose | Route | Medication Required for Care En Route |
|---|---|---|---|
| | | | Instructions For Use (Include Proper Time for Administering) |
| Lopressor | 50mg | PO | Bid |
| Lisinopril | 30mg | PO | Bid |
| Norvac | 10mg | PO | QD |
| Zocor | 20mg | PO | QHS |
| Albuterol Neb. | 0.083% | 4H N | ÷ Bid PRN   SOB. |
| | | | |
| | | | DOCUMENT REVIEWED |
| | | | BY: _____ |
| | | | DATE: 9/9/13 |
| | | | FDC Houston, Health Services Unit |

Additional Comments:
allergy to> PCN, ASA

                                    Sara Ross, RN
                                    USPHS
                                    Houston, Texas

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

| | | | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ☒ Yes | ☐ No | If no, Why not? |
| Is prisoner medically able to travel by airplane? | ☒ Yes | ☐ No | If no, Why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ☒ Yes | ☐ No | If no, Why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ☐ Yes | ☒ No | If yes, state reason: |
| Does prisoner require any medical equipment while in transport status? | ☐ Yes | ☒ No | If yes, What equipment? |

Sign & Print Name - Certifying Health Authority
J. Kelso, LVN

Phone Number
JCDF 936-521-4000 x 145

Date Signed
9-9-13

Yellow (original) - Upon Transfer

MCP - 015

WRI 0348

WRIGHT, CHARLES
08410-379

**INITIAL AND CHANGE IN SENTRY CLASSIFICATION**
*Federal Detention Center, Houston*

Plaintiff's Exhibit "63"

**MEDICAL DUTY STATUS (MDS)**

FPC HOUSTON, TX

| ASSIGNMENT | DESCRIPTION | | ASSIGNMENT | DESCRIPTION |
|---|---|---|---|---|
| REG DUTY | No Medical Restrictions | | NO POLLUT | Assigned to Pollution Free Area |
| REG DUTY W | Regular Duty w/Medical | | NOT MED CL | Not Medically Cleared |
| ART LIMB | Artificial Arm/Leg | | OTHER | Other Medical Restriction |
| ATH RESTR | No Sports/No Weight Restriction | | PRE-NATAL | Pre-natal |
| COLD/WIND | No Excess Cold/Wind | | SMOKE FREE | Assign to Smoke Free |
| EXT-ACC N | Missing Extremity/architectural | | SOFT SHOES | Soft Shoes Only (with Clinical |
| HEAR RSTR | No Work in High Noise Area | | STAND RSTR | No Prolonged Standing |
| HGT RESTR | No Ladders/No Upper Bunk | | WGT 15 LB | No Lifting Over 15 lbs |
| LIMIT SUN | No Excess Sun | | WGT 20 LB | No Lifting Over 20 lbs |
| LOWER BUNK | Lower Bunk Required | | WGT 25 LB | No Lifting Over 25 lbs |
| NO DUTY | No Duty Due to Medical Condition | | YES F/S | Cleared to Work Food Service |
| NO F/S | No Food Service Work | | | |

**DISABILITY ASSIGNMENT**

| | | | | |
|---|---|---|---|---|
| Disfigurement | | Missing Extremity - Upper | | Vision Impairment |
| Partial Paralysis - Lower | | Wheelchair | | Hearing Loss |
| Partial Paralysis - Upper | | Orthopedic Disability | | |
| Missing Extremity - Lower | | Total Blindness | | |

**MEDICAL CARE LEVEL ASSIGNMENT**

CARE1 — Health Individual or with +Ppd, Mild Asthma, Chronic Musculoskeletal Pain, Seasonal Allergies, Chronic Headaches, Orthopedic Injuries w/o Chronic Rehabilitation, Hyperlipidemia (<2 Cardiac Risk & w/o CVD/PVD), Peptic Ulcer Disease/GERD (Uncomplicated), Benign Prostatic Hypertorphy.

CARE2 — +HIV w/o Antiretroviral Medication, Chronic Hepatitis C w/o Cirrhosis, Asthma/Hypertension (Step 1&2), Diabetics (Controlled w/o Significant Retinopathy/nephropathy, Hyperlipidemia w/o CVD/PVD, Seizure Disorder (Stable), Mental Illness (Stable)

CARE3 — HIV/AIDS (Antiretroviral), Hepatitis C (W/liver Failure), Seizure Disorder (Complicated), Severe Mental Disorders, Organ Transplant Recipients (Stable)

CARE4 — Cancer (Chemotherapy/Radiation/Hospice), Renal Failure, Liver Failure, CHF(Stage IV), Asthma (Severe), Seizure Disorder (Uncontrolled), AIDS (Complicated OIs/failed Antiretroviral Therapy, Neurologic Deficits Requiring Rehabilitation/Treatment, Cognitive Disorders Such as Dementia Requiring Highly Structured Environment, Major Mental Illness Requiring Intensive Monitoring

PATIENT'S IDENTIFICATION:(For typed or written entries, give:
Name - last, first, middle; Register No.; Sex; Date of Birth.)

Staff Signature: _F A Calica_

Printed Name: _____

Date: _9-13-13_

BP-A354.060
NOV 94     **INTAKE SCREENING (MEDICAL)**     U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

**MEDICAL STAFF SHALL COMPLETE THIS SCREENING FORM ON ALL ARRIVALS TO THE INSTITITION**

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| FDC Houston | 9/9/2013 | 1530 |
| Name of Inmate | Register Number | |
| WRIGHT, CHARLES | 08410-379 | |

## MEDICAL CLEARANCE

BP-149 (60) reviewed?
☑ Yes
☐ No

Explain
Medical transfer form reviewed.

*Plaintiff's Exhibit "64"*

General Population Housing Approved?
☑ Yes
☐ No

Specify limitation or need
N/A

Approved for Temporary Work Assignment?
☐ Yes
☑ No

Specify limitation or exclusion
Await A&O physical exam for medical clearance.

For Holdovers: OK for Continued Transportation?
☑ Yes
☐ No

Explain
Approved for transfers.

Disabilities?
☐ Yes
☑ No

If yes, enter code(s) into MDS)
No disability.

Remarks
No lice observed. Inmate denies suicidal or homicidal ideations. Denies history of sexual assault.

Medical Staff Signature

Medical Staff Title
T.ROSS, RN

| Date | Time |
|---|---|
| 09/09/2013 | 16:07 |

Record Copy - Inmate Central File; Copy - File

Replaces BP-354(60) of APRIL 90 and BP-S354 of AUG 94

WRI 0364

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

----------------------------------------------------------------------------------------------------------

FROM: 10579062
TO:
SUBJECT: SF95_WrightCTimeline
DATE: 01/17/2017 06:05:23 PM

*Plaintiff's Exhibit "65"*

\*          TIMELINE OF EVENTS FOR CHARLES WILLIAM WRIGHT, JR.

(A list of useful abbreviations is included in the pleading entitled "Plaintiff's First Submission of Exhibits..." and filed contemporaneously herewith.)

| BATES ## | DATE | EVENT |
|---|---|---|

[none]          1-29-14          Injury - no staff available to evaluate or treat

[none]          1-30-14          Went to sick call, documented on calendar.  Plaintiff was told that no staff were available to provide care.  However, there is no documentation of this sick call in the record.

[none]          1-31-14          Went to sick call, was told that the doctor was "booked up."  However, this clinical encounter is also not recorded.

[none]          intervening          For the intervening time period no one was available to treat Plaintiff.

B253, 250-252   2-11-14          Seen the 1st time, given an appointment to see an MLP the same day, apparently x-rays were taken.

B345          2-12-14          Orthopedic approved

B343          2-19-14          Radiology report on the x-rays taken

B240-241   2-26-14          Came to sick call, given appointment to see Gaeton Galante, PA-C.  Galante notes that this involves a "known torn" bicep, yet Plaintiff gets no MRI or other diagnostic indicated for soft tissue damage.

[None]          3-20-14          BP8 submitted to Counselor Mr. Miller, documented on calendar.  Mr. Miller never filled out his part of the form.

[None]          3-21-14          Cop-out to Counselor Miller.  Counselor Miller never responded to this either.

B236-237   4-14-14          Medical evaluation on the basis of x-ray, Plaintiff is issued a sling for the first time since the injury

[None]          5-20-14          Cop-out to Health Services Administrator Sonia.  No response was had.

B233          6-4-14          Sick call appointment

B224-232   6-9-14          Call-out for Orthopedic for July.  See also Bates B321 in which Plaintiff is provided with a bottom bunk pass.

B128-129 & 139  7-18-14   Visit to Dr. David DeLapp, who tells Plaintiff that it is too late to repair the torn bicep.

B84          7-21-14          MRI request

B138          7-29-14          URC approves Orthopedic

B137          7-31-14          Radiology request forwarded to Regional

B136          7-31-14          Othopedic approved after MRI

B140          8-1-14          Review by Regional Medical Director (RMD) Te Cora Ballom

See B141          8-8-14          Integrated Medical Systems - Radiology Consult pending URC, reschedule to 4-3-15 (the number of

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

-------------------------------------------------------------------------------------------------------

intermediate "reschedules" is unknown)

| B75-80 | 9-8-14 | Comment about injury in general/summary medical paperwork |
| B126 | 10-28-14 | Te Cora Ballom, RMD, approves Radiology |
| B63-64 | 11-18-14 | Spinal x-ray ordered |
| B125 | 11-24-14 | Radiology report on spinal x-ray |
| B29-62 | 12-1-14 | Clinical Encounter (CE) with Dr. Joel Alexandre, MD |
| [none] | 1-20-15 | Plaintiff files a Tort Claim (Exhibit "1" to Complaint) |

See B142  1-23-15    Integrated Medical Solutions screenshot. BEMR consult - the communications for this are unknown. Activity on this date presumed on the basis of files shown on the screenshot.

B120    1-26-15    Cop-out for medical records. Approx 200 pages delivered 3-16-15, see B56.

B141    1-27-15    Integrated Medical Solutions screenshot. Reschedule Ortho consult after Radiology, which is pending URC approval.

A95    4-1-15    Radiology results for MRI. Only one page of a 2 page Radiologist report is provided.

B142    4-3-15    Screenshot of Integrated Medical Solutions document. Comments say to schedule after Radiology consult.

B118    5-1-15    Surgery Order Form from Doctor's Hospital at Deer Creek, where Dr. DeLapp practices.

B119    5-1-15    Consultation request for shoulder arthroscopy, by Joel Alexandre, MD. Boilerplate at bottom says that "Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. ... Please notify institution prior to scheduling surgery dates or follow-up appointments. Inmate not to be informed of appointment dates."

B143    5-1-15    Integrated Medical Solutions document from which other information can be derived.

B41-43    5-14-15    Return from Ortho clinic in Leesville. Plaintiff asks if he can get his bottom bunk pass back.

B19-23    5-15-15    Clinical encounter for MRI done last month.

B117    5-27-15    Dr. Alexandre, as Chairman of local URC, forwards request for Orthopedics to Regional Medical Director for review.

B1    5-29-15    Chart review by Dr. Alexandre.

[None]    8-24-15    Regional Counsel Jason Sickler issues "right to sue" letter in response to Tort Claim.

B174-175 11-13-15    "Chronic right shoulder and lower back pain. 2+ years." (sic - it wasn't quite 2 years at the time.) Exacerbating factors: Exercise worsens right shoulder pain. Relieving factors:  NSAIDS Meloxicam 15 mg for pain renewed.

[None]    11-23-15    Plaintiff files an FTCA Tort Claim Complaint

B161-163  2-24-16    CE with Rashauna Moody, ANP-BC
   Other: At the end of the exam, inmate was trying to discuss chronic care problems such as right shoulder pain and blurted out "I need my bottom bunk renewed. I hadn't(sic) had it in a long time and they are checking papers for bottom bunk." He was advised his chronic care issues and bottom bunk request was not going to be discussed and his visit was already concluded. ...
   Page 163  Counseling: Plan of Care: Your sick call visit has been concluded and chronic care concerns and request for bottom bunk were done when visit was concluded and will not be addressed today.

B202    2-24-16    Medical Duty Status: Despite the foregoing colloquy the record includes a bottom bunk pass issued by

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: OAK-E-B

--------------------------------------------------------------------------------------------------------------

Ms. Moody on the basis of his torn right bicept tendon. There is no expiration date.

B160    2-26-16    CEAN: Plaintiff tells Ms. Autin, RN, OIP/IDC "I have numbness in my forearm and need to renew my bottom bunk pass," an odd request indeed if in fact Ms. Moody issued Plaintiff a bottom bunk pass just 2 days previous.

B201    3-1-16    Medical Duty Status form: Rashauna Moody, ANP-BC issues a bottom bunk pass on the basis of torn right bicep tendon, expiring 9-1-16.

B148-152  5-5-16    CE with Joel Alexandre, MD: Indicates a belief that an MRI was done the previous month, probably because the actual MRI was done in April of 2015, just over 13 months previous.  Counseling: Access to care.  Discussions of pain medication.

B200    5-5-16    Medical Duty Status form: Lower bunk pass, expires 9-1-16, issued by Dr. Alexandre contemporaneous with visit set forth above.

A72    8-9-16    Medical Duty Status form - lower bunk pass, sling, by Carol Peloquin ANP/BC

A35-37  8-12-16    Medical return trip encounter, for trip preparatory for surgery 8-22-16.

A93    8-12-16    Document from Doctor's Hospital preparatory for surgery on 8-22-16.

A94    8-22-16    POST OPERATIVE DISCHARGE INSTRUCTIONS from Dr. DeLapp.  Follow-up appointment 9-6-16 @ 11:10 AM.

A92    8-22-16    Anesthesia Record

A85-87  8-22-16    Operative Report of surgery

A32-33  8-22-16    CE - Medical return trip encounter - initial encounter upon return from surgery, by Elizabeth Perkins, RN.

A28-31  8-23-16    CE - more comprehensive medical return trip encounter.  Orthopedist visit 2 weeks out is given the Priority designation "Urgent."   Note below says "-F/U with Ortho in 2 weeks." By Mary Thomas, FNP-C.

A24-26  8-26-16    CE - came to have bandages changed.  Patricia Bradford, RN, cosigned by Dr. Joel Alexandre:

A23    8-29-16    CEAN - Shoulder started popping last night, very sore. Kerstin Ducote, RN

A19-22  8-29-16    CE - Complaints of popping to right shoulder starting last night, very painful.  Surgery date and surgeon noted. On page 21 it says "Awaiting scheduling for follow-up with Ortho." Carol Peloquin, ANP-BC

A18    8-30-16    CEAN - paperwork on 8-12-16 medical return trip.  Doesn't appear to be an in-person visit.  Carol Peloquin, ANP-BC

A17    8-30-16    CEAN - paperwork for return from surgery 8-22-16.  Doesn't appear to be an in-person visit.  Carol Peloquin, ANP-BC

A3-8    11-1-16    CE - Appears to be a general workup of medical issues.  Has notes about the injury in which he first heard something "pop" in his shoulder.  This says Plaintiff is waiting for a follow-up appointment.  Theresa Savant, FNP

[None]   12-7-16    Medical Duty Status form - bottom bunk pass on the basis of a torn right bicep tendon.  Theresa Savant, FNP

3