U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 0 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CHARLES WILLIAM WRIGHT<br>BOP # 08410-379 | * | CIVIL ACTION NO. 2:15-CV-2734 |
| v. | * | JUDGE JAMES T. TRIMBLE, JR. |
| UNITED STATES OF AMERICA | * | MAGISTRATE JUDGE KAY |

*************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 26) of the Magistrate Judge previously filed herein, after an independent review of the record; a review of the objections (Rec. Doc. 49), filed by the plaintiff; a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss (Rec. Doc. 26) is **GRANTED** and the plaintiff's premises maintenance claim is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 20th day of September, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE